**COVER SHEET**
**Civil Case Filing Form**
*(To be completed by Attorney/Party Prior to Filing of Pleading)*

Mississippi Supreme Court Form AOC/01
Administrative Office of Courts (Rev 2020)

Court Identification Docket #: 30 | | CO — County # / Judicial District / Court ID (CH, CI, CO)
Case Year: 2026
Docket Number: 22153
Local Docket ID: | | |
10 06 2026 — Month / Date / Year
This area to be completed by clerk
Case Number if filed prior to 1/1/94

In the County Court of Jackson County — 19th Judicial District

**Origin of Suit (Place an "X" in one box only)**

- [X] Initial Filing
- [ ] Remanded
- [ ] Reinstated
- [ ] Reopened
- [ ] Foreign Judgment Enrolled
- [ ] Joining Suit/Action
- [ ] Transfer from Other court
- [ ] Appeal
- [ ] Other

**Plaintiff - Party(ies) Initially Bringing Suit Should Be Entered First - Enter Additional Plaintiffs on Separate Form**

Individual: Hudson (Last Name) Benjamin (First Name) ______ (Maiden Name, if applicable) W. (M.I.) Jr. (Jr/Sr/III/IV)

____ Check ( x ) if Individual Plainitiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of ______
____ Check ( x ) if Individual Planitiff is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity
D/B/A or Agency ______

Business ______
Enter legal name of business, corporation, partnership, agency - If Corporation, indicate the state where incorporated
____ Check ( x ) if Business Planitiff is filing suit in the name of an entity other than the above, and enter below:
D/B/A ______

Address of Plaintiff ______

Attorney (Name & Address) J. Tyler Cox, 113 Jackson ave. Pascagoula, MS — MS Bar No. 105807
____ Check ( x ) if Individual Filing Initial Pleading is NOT an attorney
Signature of Individual Filing: [signature]

**Defendant - Name of Defendant - Enter Additional Defendants on Separate Form**

Individual: Sushka (Last Name) Jennifer (First Name) ______ (Maiden Name, if applicable) M. (M.I.) ______ (Jr/Sr/III/IV)

____ Check ( x ) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of ______
____ Check ( x ) if Individual Defendant is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity:
D/B/A or Agency ______

Business ______
Enter legal name of business, corporation, partnership, agency - If Corporation, indicate the state where incorporated
____ Check ( x ) if Business Defendant is acting in the name of an entity other than the above, and enter below:
D/B/A ______

Attorney (Name & Address) - If Known ______ MS Bar No. ______

__ **Check ( x ) if child support is contemplated as an issue in this suit.***
*If checked, please submit completed Child Support Information Sheet with this Cover Sheet

**Nature of Suit (Place an "X" in one box only)**

**Domestic Relations**
- [ ] Child Custody/Visitation
- [ ] Child Support
- [ ] Contempt
- [ ] Divorce:Fault
- [ ] Divorce: Irreconcilable Diff.
- [ ] Domestic Abuse
- [ ] Emancipation
- [ ] Modification
- [ ] Paternity
- [ ] Property Division
- [ ] Separate Maintenance
- [ ] Term. of Parental Rights-Chancery
- [ ] UIFSA (eff 7/1/97; formerly URESA)
- [ ] Other ______

**Appeals**
- [ ] Administrative Agency
- [ ] County Court
- [ ] Hardship Petition (Driver License)
- [ ] Justice Court
- [ ] MS Dept Employment Security
- [ ] Municipal Court
- [ ] Other ______

**Business/Commercial**
- [ ] Accounting (Business)
- [ ] Business Dissolution
- [ ] Debt Collection
- [ ] Employment
- [ ] Foreign Judgment
- [ ] Garnishment
- [ ] Replevin
- [ ] Other ______

**Probate**
- [ ] Accounting (Probate)
- [ ] Birth Certificate Correction
- [ ] Mental Health Commitment
- [ ] Conservatorship
- [ ] Guardianship
- [ ] Joint Conservatorship & Guardianship
- [ ] Heirship
- [ ] Intestate Estate
- [ ] Minor's Settlement
- [ ] Muniment of Title
- [ ] Name Change
- [ ] Testate Estate
- [ ] Will Contest
- [ ] Alcohol/Drug Commitment (Involuntary)

- [ ] Alcohol/Drug Commitment (Voluntary)
- [ ] Other

**Children/Minors - Non-Domestic**
- [ ] Adoption - Contested
- [ ] Adoption - Uncontested
- [ ] Consent to Abortion
- [ ] Minor Removal of Minority
- [ ] Other ______

**Civil Rights**
- [ ] Elections
- [ ] Expungement
- [ ] Habeas Corpus
- [ ] Post Conviction Relief/Prisoner
- [ ] Other ______

**Contract**
- [ ] Breach of Contract
- [ ] Installment Contract
- [ ] Insurance
- [ ] Specific Performance
- [ ] Other ______

**Statutes/Rules**
- [ ] Bond Validation
- [ ] Civil Forfeiture
- [ ] Declaratory Judgment
- [X] Injunction or Restraining Order
- [ ] Other ______

**Real Property**
- [ ] Adverse Possession
- [ ] Ejectment
- [ ] Eminent Domain
- [ ] Eviction
- [ ] Judicial Foreclosure
- [ ] Lien Assertion
- [ ] Partition
- [ ] Tax Sale: Confirm/Cancel
- [ ] Title Boundary or Easement
- [ ] Other ______

**Torts**
- [ ] Bad Faith
- [ ] Fraud
- [ ] Intentional Tort
- [ ] Loss of Consortium
- [ ] Malpractice - Legal
- [ ] Malpractice - Medical
- [ ] Mass Tort
- [ ] Negligence - General
- [ ] Negligence - Motor Vehicle
- [ ] Premises Liability
- [ ] Product Liability
- [ ] Subrogation
- [ ] Wrongful Death
- [ ] Other ______

IN THE County COURT OF Jackson COUNTY, MISSISSIPPI
19th JUDICIAL DISTRICT, CITY OF Pascagoula

Docket No.______ - ________ ________
File Yr / Chronological No. / Clerk's Local ID

Docket No. If Filed
Prior to 1/1/94________

**PLAINTIFFS IN REFERENCED CAUSE - Page__ of __ Plaintiffs Pages**
**IN ADDITION TO PLAINTIFF SHOWN ON CIVIL CASE FILING FORM COVER SHEET**

**Plaintiff # 2:**
**Individual:** Hudson (Last Name) Carter (First Name) (______ Maiden Name, if Applicable) ___ Middle Init. ___ Jr/Sr/III/IV

___Check (✓) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of ________

___Check (✓) if Individual Plaintiff is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:
D/B/A ________

**Business** ________
Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Plaintiff is filing suit in the name of an entity other than the name above, and enter below:
D/B/A ________

ATTORNEY FOR THIS PLAINTIFF: 105907 Bar # or Name: J. Tyler Cox *Pro Hac Vice* (✓)___ Not an Attorney(✓)___

**Plaintiff # 3:**
**Individual:** Pitelo (Last Name) Eli (First Name) (______ Maiden Name, if Applicable) J. Middle Init. ___ Jr/Sr/III/IV

___Check (✓) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of ________

___Check (✓) if Individual Plaintiff is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:
D/B/A ________

**Business** ________
Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Plaintiff is filing suit in the name of an entity other than the name above, and enter below:
D/B/A ________

ATTORNEY FOR THIS PLAINTIFF: 105907 Bar # or Name: J. Tyler Cox *Pro Hac Vice* (✓)___ Not an Attorney(✓)___

**Plaintiff # 4:**
**Individual:** Seymour (Last Name) Morgan (First Name) (______ Maiden Name, if Applicable) ___ Middle Init. ___ Jr/Sr/III/IV

___Check (✓) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of ________

___Check (✓) if Individual Plaintiff is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:
D/B/A ________

**Business** ________
Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Plaintiff is filing suit in the name of an entity other than the name above, and enter below:
D/B/A ________

ATTORNEY FOR THIS PLAINTIFF: 105807 Bar # or Name: J. Tyler Cox *Pro Hac Vice* (✓)___ Not an Attorney(✓)___

**COUNTY - CIVIL** HANDED ☐ MAILED ☐

**No. 78031**

Date 10/7 20 26

Received Of Taylor + Cox

Cause No. 26-22153

| | | |
|---|---|---|
| For: | Clerk's Fees | $85.00 |
| | JSO Fund | $40.00 |
| | Steno Tax | $10.00 |
| | Jury Tax | $3.00 |
| | Law Library | $2.50 |
| | SCEF | $2.00 |
| | Court Adm. Fund | $2.00 |
| | CECSF | $10.00 |
| | CLAF | $5.00 |
| | SCCF | $0.50 |
| | RM FEE | $1.00 |
| | Copy of Summons Return | |
| | Other Advance Cost | |
| | TOTAL | $161 |

Total Amount Paid $ 161.00 Check No. 1720

For Complaint

**RANDY CARNEY**
CIRCUIT CLERK OF JACKSON COUNTY

By
DEPUTY CIRCUIT CLERK

**IN THE COUNTY COURT OF JACKSON COUNTY, MISSISSIPPI**

**BENJAMIN WARREN HUDSON, JR.**, a minor,
by and through his parent and next friend,
DR. BENJAMIN HUDSON

**CARTER HUDSON**, a minor,
by and through his parent and next friend,
DR. BENJAMIN HUDSON

**ELI JAX PITALO**, a minor,
by and through his parent and next friend,
GEORGE "TRAE" PITALO, III

and
**MORGAN SEYMOUR**, a minor,
by and through his parent and next friend,
MICHAEL SEYMOUR

FILED
OCT 06 2026
RANDY CARNEY, CLERK
BY________________D.C.

**PLAINTIFFS**

VERSUS CAUSE NO.: CO-2026-22,153

**JENNIFER M. SUSHKA a/k/a "JAY MEGAN"** **DEFENDANT**

---

**COMPLAINT FOR DAMAGES,**
**PRELIMINARY INJUNCTION AND PERMANENT INJUNCTION**
**(JURY TRIAL DEMANDED)**

---

COME NOW the Plaintiffs, Benjamin Warren Hudson, Jr., a minor, by and through his parent and next friend, Dr. Benjamin Hudson; Carter Hudson, a minor, by and through his parent and next friend, Dr. Benjamin Hudson; Eli Jax Pitalo, a minor, by and through his parent and next friend, George "Trae" Pitalo, III; and Morgan Seymour, a minor, by and through his parent and next friend, Michael Seymour, by and through their counsel, J. Tyler Cox of *Taylor and Cox Law Firm*, and file this their Complaint against the Defendant, Jennifer M. Sushka, and would show the following, to-wit:

**INTRODUCTION**

1. Plaintiffs Benjamin Warren Hudson, Jr. (hereinafter "Warren"), Eli Jax Pitalo (hereinafter "Jax"), Morgan Seymour (hereinafter "Morgan"), and Carter Hudson (hereinafter "Carter") bring this action to redress the injury and damage resulting from the false and defamatory statements, accusations,

and insinuations of and concerning them that Defendant Jennifer M. Sushka (hereinafter "Sushka") has published, and continues to publish, on YouTube through the channel "Jay Megan" (@Nerdypinkpanda), and to stop Sushka from continuing to brand them as killers before an audience of tens of thousands while asking that audience for money. Sushka is not a journalist. She is not an investigator. She is not a witness. She is a YouTuber hundreds of miles away in Illinois, who has appointed herself judge, jury, and coroner in a case she knows nothing about.

2. The gist of Sushka's publications is that Nolan Xavier Wells ("Nolan") was killed; that Warren, Jax, and Morgan took part in his death or in covering it up; that Carter, Warren's seventeen-year-old brother, was drunk and fighting on Horn Island and that Nolan died while trying to calm him down; and that Plaintiffs and their families hid and disposed of his body, tampered with his phone, deleted messages, fabricated evidence, and lied. After the Jackson County Grand Jury returned a No True Bill, Sushka told her audience that Nolan's injuries "have me leaning more towards the side of murder," and that "they intentionally tried to speed up the decomposition in the upper half of the body to cover up these injuries." The gist of Sushka's publications is false and defamatory and is actionable per se, as are the specific statements described below.

3. Warren, Carter, Jax, and Morgan did not kill Nolan. They did not harm him. They did not hide his body, tamper with his phone, delete his messages, or cover up anything. They had nothing to do with causing his death. Those are the facts. Nolan was their close friend, and they have been forced to grieve him while a stranger from Illinois tells the world they killed him. Sushka never met Nolan. She has never met Plaintiffs. She was not on Horn Island. She has no evidence. What she has is an internet connection, a donation link, a main character complex, and an audience that wants a villain.

4. After a death investigation in which 132 subpoenas were issued and 43 witnesses testified, the Jackson County Grand Jury unanimously returned a No True Bill and found that the allegations against the occupants of the boats on which Warren, Jax, and Morgan traveled "are not based in truth and are solely the result of public clamor and private malice." The Grand Jury's report was publicly released on September 21, 2026.

5. Sushka read the report. She discussed it with her audience the day after it was released. Then she doubled down. Where 132 subpoenas and 43 witnesses produced a No True Bill, Sushka's satellite images and hunches produced a murder. After the report was released, she published a series of videos stating that Nolan was murdered, that his body was hidden, that his phone was tampered with, and that Plaintiffs deleted messages and built an alibi.

6. Sushka's statements, accusations, and insinuations are not based on truthful facts or credible evidence and are not privileged. They were published negligently and with knowledge of, or reckless disregard for, their falsity, on a channel through which Sushka solicits money from her viewers. Sushka has turned a family's tragedy and four young men's good names into content, and that content into money. Every accusation came with a donation link. For Sushka, tragedy is not a cause. It is a business model.

7. Sushka was told in writing that her statements were false. On September 22, 2026, she read to her audience a written notice dated September 11, 2026, stating that her statements about Warren, Jax, and Morgan "are false and have been broadcasted to the entire world." The notice also told her that she had "turned [her] ire on a minor child, Carter Hudson." She then told her audience, "Oh, and don't worry, I never responded to this email." Sushka treated the notice the way she has treated every fact that gets in her way: she ignored it. And she continued to publish.

8. Sushka also had the opportunity to learn the truth and refused it. On September 2, 2026, she told her audience that if Plaintiffs' counsel invited her to Ocean Springs she would come, "sit in your office," and "look at your evidence." By her own account, counsel responded in less than twenty-four hours and extended the invitation. Sushka did not go, did not call, and did not respond. She instead told her audience that the invitation was "a trap," and explained why she stayed away: if she saw the evidence and kept talking, "they would try to haul me into court for defamation." Sushka did not want the truth. She wanted deniability. The self-styled truth-seeker demanded the evidence, was invited to see it, and, like the coward she is, ran from it. And then she kept publishing.

9. Sushka has promised her audience that more is coming. Plaintiffs ask this Court to stop her campaign against them now, before it does further damage. They seek damages within this Court's jurisdictional limit; a preliminary injunction barring Sushka from posting, commenting, and hosting or joining LIVE broadcasts until a trial on the merits; and, in the alternative and in any event, injunctive relief directed to the disclosure of their nonpublic locating information, the public identification of the minor Plaintiffs, direct contact with them, the solicitation of others to confront them, the preservation of evidence, and the specific statements finally adjudicated to be false and defamatory.

**PARTIES**

10. Warren is over the age of eighteen but under the age of twenty-one (21) and is therefore a minor under Mississippi law. He resides in Jackson County, Mississippi. He brings this action by and through his father and next friend, Dr. Benjamin Hudson, an adult resident citizen of Jackson County, Mississippi.

11. Carter is seventeen (17) years of age and is a minor. He is Warren's brother. He resides in Jackson County, Mississippi. He brings this action by and through his father and next friend, Dr. Benjamin Hudson, an adult resident citizen of Jackson County, Mississippi.

12. Jax is over the age of eighteen but under the age of twenty-one (21) and is therefore a minor under Mississippi law. He resides in Jackson County, Mississippi. He brings this action by and through his father and next friend, George "Trae" Pitalo, III, an adult resident citizen of Jackson County, Mississippi.

13. Morgan is over the age of eighteen but under the age of twenty-one (21) and is therefore a minor under Mississippi law. He resides in Jackson County, Mississippi. He brings this action by and through his father and next friend, Michael Seymour, an adult resident citizen of Jackson County, Mississippi.

14. The foregoing allegations concerning Plaintiffs' minority and next-friend representation are made pursuant to Miss. Code Ann. § 1-3-27 and Mississippi Rule of Civil Procedure 17(c).

15. Each Plaintiff is a private citizen and has never attained the status of a public official, public figure, or vortex public figure for purposes of filing and prosecuting a defamation action. None sought public attention or voluntarily injected himself into any public controversy. After public accusations concerning Nolan's death were leveled against them, Warren, Jax, and Morgan gave interviews denying involvement. Carter has given no interview. Those responses were made solely to defend against accusations made by others.

16. Sushka, also known as J Megan Sushka, Megan Sushka, and "Jay Megan," is an adult resident citizen of the State of Illinois whose last known address is 1822 16th Avenue, Moline, Illinois 61265. Upon information and belief, Sushka operates the publicly available YouTube channel "Jay Megan," located at youtube.com/@Nerdypinkpanda, on which she appears on camera and refers to herself as "Jay." The conduct of this Defendant, which is the subject of this litigation, occurred, in whole or in part, within the State of Mississippi. Sushka may be served with process in any manner authorized by Mississippi Rule of Civil Procedure 4.

**JURISDICTION AND VENUE**

17. This Court has proper *in personam* and subject matter jurisdiction. Pursuant to Miss. Code Ann. § 9-9-21, Plaintiffs limit the amount or value in controversy, including the aggregate compensatory and punitive damages sought and the value of any equitable relief, to an amount not exceeding $200,000.00, exclusive of costs and interest.

18. Sushka is subject to the jurisdiction of this Court pursuant to Mississippi's long-arm statute, Miss. Code Ann. § 13-3-57, because she committed a tort, in whole or in part, in the State of Mississippi against residents of this State.

19. Sushka focused her publications on Plaintiffs and expressly aimed her false and defamatory accusations and insinuations at them, knowing they are residents of Jackson County, Mississippi. Her publications concern a death that occurred in Jackson County and an investigation conducted by a Jackson County grand jury. She names Plaintiffs, including a seventeen-year-old, their families, and their homes in

Ocean Springs, Mississippi; she tags her videos "#mississippi," "#oceansprings," and "#hornisland"; and she announced to her audience her intention to begin "cold calling" witnesses in this County.

20. Sushka's publications were and continue to be published and accessible to viewers in Jackson County, Mississippi. It was the natural and foreseeable result of those publications that Sushka's false and defamatory accusations and insinuations would be published and republished in Jackson County, Mississippi, causing harm, injury, and damage to Plaintiffs in Jackson County, Mississippi, where they reside.

21. Sushka knew, or should have known, and intended that the brunt of the harm her publications caused and continue to cause Plaintiffs would be felt in Jackson County, Mississippi. Sushka reasonably anticipated being haled into court in Mississippi to answer for her statements, and sufficient minimum contacts exist with respect to this action and the State of Mississippi to satisfy the requirements of due process.

22. Venue is proper in this Court pursuant to Miss. Code Ann. § 11-11-3 because substantial acts or omissions or substantial events causing Plaintiffs' injuries and damages occurred in Jackson County, Mississippi. In the alternative, Sushka is a nonresident, and each Plaintiff resides in Jackson County, Mississippi.

## FACTUAL BACKGROUND

### A. Warren, Jax, Morgan, and Nolan

23. Nolan was Plaintiffs' close friend. Warren, Jax, and Morgan loved Nolan like a brother.

24. Carter is Warren's younger brother. He was seventeen years old on July 4, 2026.

25. On July 4, 2026, Warren, Jax, and Morgan traveled to Horn Island, a barrier island in Jackson County, Mississippi, as part of a group of approximately thirty friends aboard three boats: the Triton, the Palm Beach, and the Tideline. Nolan traveled to Horn Island aboard the Triton.

26. At approximately 4:28 p.m., the three boats departed Horn Island. Nolan, by his own choice, remained on the island to socialize with other people who were also there. Nolan was alive and well when the three boats left.

27. On the return trip, the Triton was taking on water because of a bilge pump malfunction. At approximately 4:48 p.m., a member of the group called Sea Tow. The Tideline towed the Triton, and the three boats reached the mainland at approximately 6:01 p.m. Nolan was not aboard any of them.

28. That night, when no one in the group had heard from Nolan, Warren telephoned Nolan's mother at approximately 11:07 p.m. and the United States Coast Guard at approximately 11:13 p.m. to report that Nolan had not returned. Warren also spoke with the Jackson County Sheriff's Department.

29. Nolan's phone had remained with the group on the return trip. In the early morning hours of July 5, 2026, it was handed over, without delay, to persons who came asking for it. No Plaintiff touched, possessed, accessed, altered, or erased data from Nolan's phone. Nolan's keys, which he had left in Jax's bedroom, were turned over to Nolan's stepfather.

30. On the morning of July 5, 2026, Warren and Jax returned to Horn Island by boat to search for their friend.

31. Carter was not in any physical altercation or argument with Nolan on July 4, 2026, did not harm Nolan, and had nothing to do with his disappearance or death.

32. No Plaintiff has any knowledge of what happened to Nolan after the three boats left Horn Island, and no Plaintiff had any involvement in his disappearance or death.

**B. The Grand Jury Investigation and No True Bill**

33. The Jackson County Grand Jury investigated Nolan's death. It issued 132 subpoenas, heard from 43 witnesses, and had full and open access to the complete Jackson County Sheriff's Office investigative file, including materials from assisting agencies. The materials it considered included the Wells family's preliminary and final forensic cellphone reports and a 261-page Snapchat Conversation Report. A true and correct copy of the Grand Jury's report is attached as Exhibit A.

34. The Grand Jury unanimously returned a No True Bill with respect to the death investigation of Nolan Xavier Wells. Its report was filed on September 18, 2026. On September 21, 2026, the Jackson County District Attorney publicly announced the decision and released the report, which was widely reported.

35. The Grand Jury made the following findings concerning the public allegations against the people who rode to and from Horn Island, Ex. A at 5:

> The Grand Jury finds no credible evidence to support the public allegations that any persons who rode to or from Horn Island on July 4, 2026, on the Triton, the Palm Beach, or the Tideline engaged in any criminal conduct related to the death of Mr. Wells. The allegations against the occupants of the Triton, the Palm Beach, and the Tideline are not based in truth, and are solely the result of public clamor and private malice. Further, the public clamor and malicious allegations against the occupants of the Triton, the Palm Beach, and the Tideline have extended to their family members and friends. The Grand Jury finds that the public attacks on the occupants of the Triton, the Palm Beach, and the Tideline, as well as their family and friends, are malicious, false, and have no truth in fact or evidence.

36. Each Plaintiff rode to or from Horn Island on July 4, 2026, aboard the Triton, the Palm Beach, or the Tideline, and is therefore among the persons as to whom the Grand Jury found no credible evidence of any criminal conduct related to Nolan's death.

37. The Grand Jury also found that Nolan chose to remain on Horn Island after the three boats departed; that "Mr. Wells' phone was not the only phone to travel back to the mainland without its owner"; that Nolan "was not in any physical altercation or argument on July 4, 2026"; that "GPS data and security footage confirm the accounts of the passengers on the Triton, Palm Beach, and Tideline"; that those passengers "cooperated fully with this investigation"; and that the Sea Tow calls and interpretations circulating on the internet and social media "are not true and accurate." Ex. A at 5-6.

38. Plaintiffs do not allege that the No True Bill conclusively established the cause of Nolan's death. They allege that the Grand Jury, after examining the available evidence, found no credible evidence that Plaintiffs engaged in any criminal conduct related to Nolan's death, and that the public allegations against them are false.

**C. Sushka's YouTube Channel**

39. Sushka operates the YouTube channel "Jay Megan" (@Nerdypinkpanda), through which she publishes recorded videos to a public audience. As of October 5, 2026, the channel had approximately 84,700 subscribers and more than 2.5 million total views. Sushka appears on camera in her videos and speaks in her own voice.

40. Sushka solicits money through the channel. The channel's description asks viewers to donate "To Support My Work" and links to an online fundraiser. The descriptions of her videos about Nolan state "DONATE HERE" and provide a fundraiser link and a Venmo account, and in her videos she tells viewers, "if you like what I do and want to support my work, you know where the link is."

41. Sushka has made Nolan's death the central subject of the channel. Between August 23, 2026, and September 30, 2026, she published at least eighteen videos about Nolan's death and about Plaintiffs. As of October 5, 2026, those videos had been viewed more than 1.6 million times. Unofficial transcripts of the videos described below, with the date and view count of each, are attached collectively as Exhibit B.

42. Sushka presents her videos to her audience as the product of an investigation and not as rumor. She told her audience, "I don't just take rumors and I run with them. . . . I wait until I find a verified source," Jay Megan (@Nerdypinkpanda), *9/2 Crocs Flipped With NO REAL EVIDENCE*, YouTube (Sept. 2, 2026), https://www.youtube.com/watch?v=dwVqLHOOmhQ (last visited Oct. 6, 2026) (Ex. B-3 at 02:44–03:00), and, "Genuinely, legitimately, guys, I think I've solved it." Jay Megan (@Nerdypinkpanda), *9/6 I Think I Solved The #NolanWells Case....*, YouTube (Sept. 6, 2026), https://www.youtube.com/watch?v=1pHSkncpEig (last visited Oct. 6, 2026) (Ex. B-5 at 00:00–00:07).

43. Sushka identifies Plaintiffs to her audience. She refers to Warren, Jax, and Morgan by name and as "the Horn Island boys," she refers to Carter by name and as "17-year-old . . . Carter," and she displays their photographs and footage of their televised interviews. Sushka's audience understood her statements to be of and concerning Plaintiffs.

### D. Sushka's Publications Before the Grand Jury's Report

#### 1. Sushka Falsely Insinuates that Blood Was Cleaned from the Boat and that Evidence Was Altered

44. On August 26, 2026, Sushka published a video in which she displayed a photograph of the Triton and told her audience that it showed a "mysterious red watered down liquid dripping down the side of the boat." Jay Megan (@Nerdypinkpanda), *Defamation Letter Exposes More LIES in #NolanWells Case!!!*, YouTube (Aug. 26, 2026), https://www.youtube.com/watch?v=hIiKUINjg5A (last visited Oct. 6, 2026) (Ex. B-1 at 00:16–00:23). She said (Ex. B-1 at 01:16–01:25, 01:46–02:03):

> Sushka: To me, it seems pretty obvious what this liquid is. . . . Oh, why would they need a towel if they're in the middle of sinking, unless they're trying to clean something up?

45. In the same video, Sushka said of Warren's account of the morning of July 4, 2026, "No wonder he was stuttering all over that story. It was a [expletive] lie." Ex. B-1 at 10:46–10:50. On August 28, 2026, Sushka published a video stating that security-camera footage of the boats leaving for Horn Island was "clearly an AI video" and that "[t]hey digitally altered it to cover up the boat back there." Jay Megan (@Nerdypinkpanda), *#NolanWells Case is Falling Apart Because Of Their OWN LAWYER*, YouTube (Aug. 28, 2026), https://www.youtube.com/watch?v=-kLRI1vpPUI (last visited Oct. 6, 2026) (Ex. B-2 at 07:31–07:55).

46. The gist of these statements is that Nolan's blood was on the Triton and was cleaned up, that Warren lied about the events of July 4, 2026, and that Plaintiffs or those acting for them fabricated video evidence. The gist of these statements and the statements themselves are false and defamatory and portray Plaintiffs in a false light.

#### 2. Sushka Falsely States that Plaintiffs Are Lying

47. On September 2, 2026, Sushka published a video in which she said (Ex. B-3 at 07:23–07:42, 09:39–09:57):

> Sushka: I'll tell you why they said that she was the last person to see him. Because they're [expletive] lying. . . . [T]his is definitive proof that he lied either to Miss Christine that night or he lied in those interviews and made up a huge story.

48. The gist of these statements is that Plaintiffs lied about when and where they last saw Nolan in order to conceal what happened to him. The gist of these statements and the statements themselves are false and defamatory and portray Plaintiffs in a false light.

**3. Sushka Falsely States that Nolan's Body Was Hidden by Plaintiffs and Their Families**

49. On September 6, 2026, Sushka published a video titled "I Think I Solved The #NolanWells Case," in which she said (Ex. B-5 at 14:30–14:53):

> Sushka: That's why . . . Warren got dropped off at his parents' place where the body was actually at. . . . And that's why this whole thing started is because the parents knew that they would be liable for Nolan's death from the beginning.

50. On September 10, 2026, Sushka published a video in which she said (Jay Megan (@Nerdypinkpanda), *9/10 So If Their YACHT was on #HornIsland...*, YouTube (Sept. 10, 2026), https://www.youtube.com/watch?v=4Tb1UA8PIqg (last visited Oct. 6, 2026) (Ex. B-6 at 09:46–09:55, 12:25–12:54)):

> Sushka: Warren, in an effort to protect his family, is now orchestrating all of these [points]. . . . They obviously were not going out there looking for Nolan. They went out there so that they could insert themselves into the investigation like a lot of perpetrators tend to do. I mean, that's like serial killer 101 . . . . What if the original plan was that they were never supposed to find the body?

51. In the same video, Sushka said that the purpose of Plaintiffs' being interviewed elsewhere was "keeping them away from his mom and stepdad's house where the body was." Ex. B-6 at 10:46–10:54.

52. The gist of these statements is that Nolan died in the presence of Plaintiffs or their families, that his body was hidden at the home of Warren's family, that Warren orchestrated a cover-up, and that Plaintiffs searched for Nolan on July 5, 2026, only to insert themselves into the investigation as perpetrators do. The gist of these statements and the statements themselves are false and defamatory and portray Plaintiffs in a false light. Warren and Jax returned to Horn Island on July 5, 2026, to search for their friend, and the Grand Jury found that the position, condition, time of discovery, and location of Nolan's body "is consistent with drowning." Ex. A at 6.

**E. Sushka's Publications After the Grand Jury's Report**

53. Sushka knew of the Grand Jury's findings. On September 22, 2026, the day after the report was released, she published a video titled "9/22 Nolan Wells Grand Jury," in which she told her audience that "this isn't a grand jury finding that there was no crime committed. It was a grand jury that was not presented the evidence in its actuality." Jay Megan (@Nerdypinkpanda), *9/22 Nolan Wells Grand Jury*, YouTube (Sept. 22, 2026), https://www.youtube.com/watch?v=d-5tHow6Fw4 (last visited Oct. 6, 2026) (Ex. B-8 at 00:13–00:28). In a video published the next day she said she had "been going over the grand jury report." Jay Megan (@Nerdypinkpanda), *9/23- #NolanWells #Autopsy RELEASED! Here's My Opinion…They Changed My Mind.*, YouTube (Sept. 23, 2026), https://www.youtube.com/watch?v=mLA2HvrwwjY (last visited Oct. 6, 2026) (Ex. B-9 at 00:08–00:17).

54. Sushka also knew that her statements were disputed as false. In her September 22, 2026 video, she read aloud a written notice dated September 11, 2026, which stated in part: "The statements you've made are very concerning for us. Those statements are false and have been broadcasted to the entire world." Sushka told her audience, "Oh, and don't worry, I never responded to this email." Ex. B-8 at 01:55–02:02, 03:24–03:32.

55. Sushka nevertheless continued. The Grand Jury's findings did not slow her down; she escalated. No grand jury, no evidence, and no amount of truth was going to get in the way of a good story,

or of the views and donations that came with it. After the report was released, she published the videos described below, in which she accused Plaintiffs of covering up a murder.

**1. Sushka Falsely States that Nolan Was Murdered and that the Killing Was Covered Up**

56. On September 23, 2026, Sushka published a video whose description states that the evidence "points to an INTENTIONAL death and #coverup." In the video she said (Ex. B-9 at 11:50–12:32, 12:40–13:04):

> Sushka: Now, y'all know I have always been on the side that this was an accident . . . that just something happened and the boys and the families all panicked and they tried to cover it up. [T]hese injuries, they have me leaning more towards the side of murder. . . . [T]hey intentionally tried to speed up the decomposition in the upper half of the body to cover up these injuries.
>
> - -
>
> Sushka: [E]ither he was held down in the water like this, like they stunned him to the back of the head before getting on top of him and holding him down. Or he might have been suffocated face down . . . .

57. In the same video, Sushka said that the witnesses who testified before the Grand Jury "probably ha[ve] a motive to lie to the grand jury," and that the death could be concealed by "a couple of doctor parents who know forensics." Ex. B-9 at 13:13–13:48. In Sushka's telling, the 43 witnesses who testified under oath were liars, the parents were forensic co-conspirators, and the only person who could be trusted was the woman in Illinois who had never seen the evidence.

58. The gist of these statements is that Nolan was murdered, that "the boys and the families" covered it up, and that they deliberately caused his body to decompose in order to conceal his injuries. The gist of these statements and the statements themselves are false and defamatory and portray Plaintiffs in a false light.

### 2. Sushka Falsely States that Plaintiffs Hid Nolan's Body and Tampered with His Phone

59. On September 25, 2026, Sushka published a video whose description states, "the #HornIsland boys might want to rethink their story…AGAIN." In the video she said that the boats met at an island "to possibly hide his body until they could figure out the next steps," and, of Warren's account, "So, right there is another lie told by Warren." Jay Megan (@Nerdypinkpanda), *9/25- Nolan Wells Phone GPS Plotted On FULL TIMELINE*, YouTube (Sept. 25, 2026), https://www.youtube.com/watch?v=jb7-2Tdo00c (last visited Oct. 6, 2026) (Ex. B-11 at 14:00–14:07, 17:42–17:58).

60. On September 26, 2026, Sushka published a video in which she said of the location data from Nolan's phone, "there is a gap here that has no logical sense unless the phone was tampered with." Jay Megan (@Nerdypinkpanda), *9/26- WE HAVE NOLAN's MESSAGES!!!*, YouTube (Sept. 26, 2026), https://www.youtube.com/watch?v=1aqy6Jxf8U0 (last visited Oct. 6, 2026) (Ex. B-12 at 07:59–08:06).

61. On or about September 30, 2026, Sushka published a forty-three-minute video in which she displayed and narrated what she represented to be the private group messages of Plaintiffs and their friends. She said (Jay Megan (@Nerdypinkpanda), *9/30 Snapchat Timeline & NEW Surveillance Video(pt 1)*, YouTube (Sept. 30, 2026), https://www.youtube.com/watch?v=1loWSSqNKhA (last visited Oct. 6, 2026) (Ex. B-13 at 19:37–20:29, 40:42–40:50, 42:26–42:50)):

> Sushka: I have a feeling she didn't let them know that they were coming so that they couldn't be doing any tampering like they were trying to do. . . . I think they were going to try and keep the phone until all of the snaps were expired, which is why they tried to hide the location.

- -

> Sushka: This just to me is more proof that they were deleting messages . . . .

- -

> Sushka: And I can't help but wonder if they were just going to never let his body be found because I think after people started suspecting them and after the police started questioning them . . . they realized that they needed to have a body for people to find.

62. In the same video, Sushka said that Plaintiffs' messages of concern for Nolan were "performative and alibi building," and that "they were intentionally trying to mislead us" with security-camera footage. Ex. B-13 at 01:02–01:11, 16:21–16:29.

63. The gist of these statements is that Plaintiffs hid Nolan's body and later placed it where it would be found, tampered with his phone and concealed its location, deleted messages, and manufactured an alibi. The gist of these statements and the statements themselves are false and defamatory and portray Plaintiffs in a false light. No Plaintiff touched, possessed, accessed, altered, or erased data from Nolan's phone.

**F. Sushka's Publications About Carter, a Seventeen-Year-Old Minor**

64. Sushka has made Carter, a seventeen-year-old, the centerpiece of her account of how Nolan died, casting a child as a drunken brawler who killed Nolan in a story with no basis in any evidence. In her September 6, 2026 video, immediately before stating that Nolan's body was at the home of Warren's family, she said (Ex. B-5 at 14:00–14:30):

> Sushka: Oh my god, that's when it happened. I bet that is when it happened, y'all. Carter was drunk. He was fighting on the shore. They were dragging his ass out into the water to go back to mom and dad's boat. Nolan, the peacekeeper, probably went with Carter. And . . . Carter was still looking for a fight and Nolan was trying to calm him down.

65. In her September 10, 2026 video, Sushka said (Ex. B-6 at 05:04–05:29, 08:03–08:19):

> Sushka: Now, I'm thinking that 17-year-old jiujitsu training Carter might have a hair trigger. [F]actor in his age and alcohol consumption, there's a good chance that he was just flapping around, unable to settle down.

- -

Sushka: But if Nolan was dead on the yacht at this point, along with Carter and all these rich parents who are now worried about their personal liability . . . .

66. Sushka was told in writing on September 11, 2026, that her statements were false and that she had "turned [her] ire on a minor child, Carter Hudson." She read those words to her audience on September 22, 2026, the day after the Grand Jury's report was released, and in the same video repeated that she "thought it was possible that Carter and [another young man] were the ones fighting each other." Ex. B-8 at 02:02–02:10, 02:44–03:00. The Grand Jury had found that Nolan "was not in any physical altercation or argument on July 4, 2026." Ex. A at 5-6.

67. On September 25, 2026, Sushka again placed Nolan's death with Carter. She said that Nolan "may have left his phone on one of the boats while he went with Carter or [another] or whoever back to the mommy boat to cool off, which is probably when something happened." Ex. B-11 at 17:18–17:35.

68. The gist of these statements is that Carter, a minor, was intoxicated and violent on July 4, 2026, that Nolan was alone with him when Nolan died, that Carter caused or was present for Nolan's death, and that Carter's family concealed it. The gist of these statements and the statements themselves are false and defamatory and portray Carter in a false light.

**G. Sushka Tracks Down Plaintiffs' Homes and Displays Them to Her Audience**

69. Sushka has located Plaintiffs' homes and shown them to her audience, and then invited that audience to inspect a minor's backyard as though the absence of a swimming pool were evidence of a homicide. In her September 24, 2026 video, she displayed a map marking a residence with the label "Nolan stayed here · Night of July 3, 2026," and then displayed a close-range satellite photograph of a single residence, its yard, and its driveway, with a marker placed on the roof. She told her audience (Jay Megan (@Nerdypinkpanda), *9/24- Nolan Phone Data BROKEN DOWN(First Look)*, YouTube (Sept. 24, 2026), https://www.youtube.com/watch?v=bwfHlfsA-3I (last visited Oct. 6, 2026) (Ex. B-10 at 00:16–00:49)):

> Sushka: Now, I was able to track down this house, and it is in fact Jax's actual house, not his grandparents' house, or at least it's the house that's registered to him as his address. Interestingly enough, no pool . . . . I don't see a pool in this yard.

70. In her September 6, 2026 video, Sushka displayed a satellite map of the Ocean Springs harbor on which the names of the surrounding streets were legible, pointed to a location on it, and said, "what if I tell you that Warren's mom and his stepdad [are] right over here, right there? . . . I won't tell you where, but right in here." She then displayed photographs of a boat docked at a residence, which she described as "this boat at Warren's parents' house." Ex. B-5 at 06:10–06:26, 11:27–11:36. Still images from these videos are attached collectively as Exhibit C.

71. On September 22, 2026, Sushka told her audience that, the Grand Jury's investigation being over, "there shouldn't be any problem with me cold calling all of these witnesses, the dozens of people I've been able to identify." Ex. B-8 at 03:39–03:56. Sushka apparently believes that the end of a grand jury's investigation is just business as usual for this con-artist.

**H. Sushka Is Offered the Evidence and Refuses to Look at It**

72. On September 2, 2026, Sushka addressed Plaintiffs' counsel by name on her channel and said (Ex. B-3 at 13:20–13:43):

> Sushka: How about that, Tyler Cox? If you invite me down to Ocean Springs, I will come meet you personally. I will sit in your office and I will look at your evidence and I will come back and objectively tell the people what I saw. And if you can convince me, well, I think the whole thing would be over.

73. The next day, September 3, 2026, Sushka published a video titled "The LAWYER Has Entered The CHAT," in which she told her audience that counsel had answered: "Tyler Cox has entered the chat, y'all. Took less than 24 hours for him to respond." She said, "I'm more than willing to drive down to Mississippi," and asked her audience, "Should I go meet with Tyler Cox? Y'all let me know." Jay Megan (@Nerdypinkpanda), *9/3 The LAWYER Has Entered The CHAT & FULL #NolanWells*

*TIMELINE*, YouTube (Sept. 3, 2026), https://www.youtube.com/watch?v=m1H3zG0q67Q (last visited Oct. 6, 2026) (Ex. B-4 at 00:00–00:10, 00:27–00:35, 17:18).

74. Sushka did not come, did not call, and did not respond. The armchair detective who dared Plaintiffs' counsel to invite her never got out of the armchair. On September 13, 2026, she told her audience (Jay Megan (@Nerdypinkpanda), *9/13 Tyler Cox ADMITS HE LIED ABOUT ME in an attempt to sow doubt and ruin my reputation.*, YouTube (Sept. 13, 2026), https://www.youtube.com/watch?v=6Dk4QPngBOA (last visited Oct. 6, 2026) (Ex. B-7 at 03:51–04:15)):

> Sushka: It was totally a trap. I am so glad I came to y'all. I'm so glad y'all told me not to come. And honestly, I'm glad that I just didn't get around to maybe calling him.

75. In the same video, Sushka explained why she stayed away. She said that if she were shown "all this evidence that exonerates their client" and "still continued to talk about them and what I think they did and how I think they did it," then "they would try to haul me into court for defamation. Because in the eyes of the law, intent is what? [V]ital." Ex. B-7 at 04:34–05:03. Few defamation defendants announce their strategy for evading liability on camera. Sushka did. She understood exactly what the evidence would show and made sure she never saw it.

76. On September 22, 2026, Sushka confirmed that "Tyler Cox extended his invitation" to "go see him," that "I didn't respond to him," and, of the written notice of September 11, 2026, "I never responded to this email." Ex. B-8 at 02:24–02:31, 03:24–03:32.

77. Sushka thus asked to see the evidence, was invited to see it, and chose not to, for the stated reason that seeing it would make her answerable for what she said afterward. Sushka chose not to know so that she could keep talking. Purposeful avoidance of the truth is not a defense to defamation; it is evidence of actual malice. She then continued to publish the statements described in this Complaint.

**I. Sushka's Knowledge and Fault**

78. Sushka published the statements described in Section E, and those described in Sections F through H that postdate the report, after the Grand Jury's report had been filed, publicly released, and widely reported, after she had herself discussed the report with her audience, after she had been told in writing that her statements were false, and after she had declined the opportunity she herself requested to review the evidence. Sushka purposefully avoided the truth. The Grand Jury had before it the Wells family's forensic cellphone reports and a 261-page Snapchat Conversation Report when it found that the allegations against the boat occupants are false.

79. Sushka knew or should have known, in the exercise of due diligence, that her statements, accusations, and insinuations of and concerning Plaintiffs are false. Nevertheless, Sushka intentionally, maliciously, in bad faith, recklessly, and/or negligently published, and continues to publish, those statements, accusations, and insinuations to the viewing public.

**J. The Resulting Harm and the Threat of Further Harm**

80. Sushka lit the match; her audience carried the torch. After Sushka's publications, Plaintiffs and their families received threatening and harassing messages, calls, and comments.

81. As a direct and proximate result of Sushka's conduct, each Plaintiff has suffered injury to his reputation, humiliation, fear for his safety, anxiety, and restriction of his ordinary activities and routines. Each Plaintiff seeks recovery only for his own injury proximately caused by Sushka's actionable conduct, not for injury caused by others in the wider controversy.

82. Sushka's conduct is ongoing, and she is not finished. She titled her September 30, 2026 video "pt 1" and closed it by telling her audience, "I'll keep y'all updated as I plot out more Snapchats." Ex. B-13 at 42:50. "Pt 1" is not a title. It is a threat. Unless restrained by this Court, Sushka is likely to continue directing her audience's hostility toward Plaintiffs.

83. The threatened injury is immediate and irreparable. No award of money damages after trial can undo physical harm or restore a young man's safety or his name. Sushka can delete a video. She cannot un-ring the bell she has rung across the internet.

**COUNT I: DEFAMATION *PER SE***

84. Plaintiffs hereby adopt and re-allege each and every paragraph preceding Count One of this Complaint and make the same a part of this Count.

85. Sushka has libeled and slandered Plaintiffs through her false and defamatory statements and her unprivileged publication of those statements to viewers in Jackson County, Mississippi and elsewhere. The statements referenced herein, or the substance or gist of same, are of and concerning each Plaintiff and are libelous and slanderous per se because they impute to each Plaintiff criminal responsibility for Nolan's death, tampering with physical evidence, and hindering prosecution, each a felony under Mississippi law. Miss. Code Ann. §§ 97-3-19, 97-9-125, 97-9-105. Others are libelous and slanderous when viewed in their context and in the context of Sushka's wrongful acts. Sushka's acts were malicious, in bad faith, and made with knowledge of or reckless disregard for their falsity or were at least negligent. Sushka is liable for the foreseeable republication of her statements.

86. The publication of these false and defamatory statements has injured and damaged each Plaintiff's reputation; has diminished the esteem, respect, goodwill, and confidence in which each Plaintiff is held; has excited adverse, derogatory, and unpleasant feelings and opinions against each of them; and has caused each of them to suffer humiliation, emotional distress, and other damages.

**COUNT II: TORTIOUS INVASION OF PRIVACY THROUGH PUBLICITY PLACING A PERSON IN A FALSE LIGHT**

87. Plaintiffs hereby adopt and re-allege each and every paragraph preceding Count Two of this Complaint and make the same a part of this Count.

88. Through the unprivileged publication of the statements, images, and videos described herein, Sushka gave publicity to matters concerning Plaintiffs and placed them before the public in a false light, as persons responsible for their friend's death who concealed it and escaped justice, which would be

highly offensive to a reasonable person. Sushka had knowledge of, or acted in reckless disregard as to, the falsity of the publicized matters and the false light in which Plaintiffs would be placed, including by publishing after the Grand Jury's findings were made public.

89. As a direct and proximate result, each Plaintiff has suffered mental anguish, emotional distress, humiliation, and fear for his safety. This Count is pleaded in addition to and in the alternative to Count One, and Plaintiffs seek no duplicate recovery.

**COUNT III: CIVIL STALKING**

90. Plaintiffs hereby adopt and re-allege each and every paragraph preceding Count Three of this Complaint and make the same a part of this Count.

91. Mississippi law prohibits any person from purposefully engaging in a course of conduct directed at a specific person, or making a credible threat, when the person knows or should know that the conduct would cause a reasonable person to fear for his safety or the safety of another. Miss. Code Ann. § 97-3-107. That statute was enacted to protect persons in Plaintiffs' position from the type of harm Plaintiffs have suffered.

92. Sushka violated that statute by purposefully engaging in a course of conduct directed at Plaintiffs, consisting of at least eighteen videos published over a period of weeks to an audience of more than a million viewers branding Plaintiffs as responsible for Nolan's death, including a seventeen-year-old, continued after she was notified in writing that her statements were false and after the Grand Jury's findings were made public, together with her tracking down and display of Plaintiffs' homes and her announcement that she would begin "cold calling" witnesses, when she knew or should have known that such conduct would cause a reasonable person to fear for his safety.

93. Sushka's violation of that statute establishes the standard of conduct Sushka breached, supports negligence per se, and furnishes grounds for the injunctive relief requested herein. As a direct and proximate result, each Plaintiff has suffered fear for his safety, emotional distress, restriction of his activities, and other damages. This Count is pleaded in the alternative and without duplicate recovery.

## COUNT IV: PRELIMINARY INJUNCTION

94. Plaintiffs hereby adopt and re-allege each and every paragraph preceding Count Four of this Complaint and make the same a part of this Count. This Count is asserted under Mississippi Rule of Civil Procedure 65(a).

95. As shown by the specific facts set forth in this Complaint, Plaintiffs will suffer immediate and irreparable injury, loss, or damage unless Sushka is enjoined pending final judgment. Sushka is engaged in an ongoing course of publications branding Plaintiffs as responsible for Nolan's death and continues to publish. Sushka's channel is the instrument of the harm. Every video renews her accusation before her audience and inflicts injury that no later judgment can undo. Sushka has told her audience that more is coming.

96. Upon notice and hearing, Plaintiffs request a preliminary injunction, effective immediately and continuing until final judgment after a trial on the merits, that prohibits and enjoins Sushka, and those persons in active concert or participation with her who receive actual notice of the order, from: (i) creating, posting, publishing, uploading, scheduling, sharing, reposting, stitching, duetting, or otherwise disseminating any content of any kind and on any subject, whether video, audio, photograph, image, text, or otherwise, on TikTok, Instagram, YouTube, Facebook, X, Threads, Snapchat, Twitch, Kick, Rumble, Discord, Reddit, or any other social-media, video-sharing, or livestreaming platform, whether through her own accounts, any new, alternate, anonymous, or pseudonymous account, any account belonging to another person, or any person acting at her direction or on her behalf; (ii) starting, hosting, co-hosting, joining, requesting to join, accepting an invitation to join, appearing in, speaking in, being seen or heard in, moderating, or otherwise participating in any LIVE, livestream, LIVE battle, multi-guest LIVE, co-host session, audio room, or other real-time broadcast on any such platform, whether on camera, off camera, or by voice only, and whether from her own device or another person's; and (iii) posting, publishing, or sending any comment, reply, direct message, or chat on any such platform, including in the chat or comments of another person's LIVE or post. In the alternative, Plaintiffs request a preliminary injunction that:

(a) prohibits and enjoins Sushka, and those persons in active concert or participation with her who receive actual notice of the order, from publishing, posting, broadcasting, or otherwise disseminating any Plaintiff's home address, school, workplace, telephone number, vehicle description, or other nonpublic identifying or locating information, or that of any member of a Plaintiff's household;

(b) prohibits and enjoins Sushka from encouraging, soliciting, or directing others to locate, contact, visit, follow, threaten, harass, or confront any Plaintiff or any member of a Plaintiff's household;

(c) prohibits and enjoins Sushka from publishing, posting, broadcasting, or otherwise disseminating the name, photograph, video image, voice, or likeness of any Plaintiff, or any username, social-media handle, or other identifier of any Plaintiff, in any content within her control;

(d) prohibits and enjoins Sushka from directly or indirectly contacting, messaging, tagging, or mentioning by username or handle any Plaintiff or any member of a Plaintiff's household, and from recording, broadcasting, or livestreaming within [500] feet of any Plaintiff's residence or school;

(e) requires Sushka to remove from any account within her control any content that discloses any Plaintiff's nonpublic identifying or locating information or that displays any Plaintiff's name, photograph, video image, or likeness; and

(f) requires Sushka to preserve, and not delete, destroy, or alter, all content, recordings, messages, and data relating to Plaintiffs, Nolan Wells, or the subject matter of this action, including content removed under subparagraph (e).

97. Nothing less than the complete restraint requested in the first sentence of Paragraph 96 will stop the harm. Sushka has used recorded videos, Plaintiffs' photographs, footage of Plaintiffs' own interviews, and what she represents to be Plaintiffs' private messages to brand Plaintiffs as responsible for Nolan's death, and an order limited to particular content would invite evasion through rephrased statements

and new accounts. Should the Court decline to enter that restraint, the alternative restraint set forth in subparagraphs (a) through (f) of Paragraph 96 is narrowly tailored and should issue at a minimum. The alternative restraint does not restrict Sushka's commentary on the investigation of Nolan's death or any other matter of public concern; it reaches only the disclosure of Plaintiffs' nonpublic locating information, the public identification of the minor Plaintiffs by name, image, or likeness, direct contact with Plaintiffs and their households and proximity to their homes and schools, the solicitation of others to locate, contact, or confront Plaintiffs, the removal of content so disclosing or identifying them, and evidence preservation. Plaintiffs request that security under Rule 65(c) be set in a nominal amount.

98. Plaintiffs are entitled to a preliminary injunction because there is a substantial likelihood that they will prevail on the merits; the injunction is necessary to prevent irreparable injury; the threatened injury to Plaintiffs outweighs any harm the injunction might do to Sushka; and entry of the injunction is consistent with the public interest.

**COUNT V: PERMANENT INJUNCTION**

99. Plaintiffs hereby adopt and re-allege each and every paragraph preceding Count Five of this Complaint and make the same a part of this Count.

100. Upon final adjudication, Plaintiffs request a permanent injunction (a) continuing the relief described in Paragraph 96; (b) requiring Sushka to remove from any account within her control the specific statements finally adjudicated false and defamatory; and (c) prohibiting Sushka from republishing the specific statements so adjudicated. Damages alone are an inadequate remedy because, absent such relief, Sushka's adjudicated falsehoods will remain online and continue to injure Plaintiffs indefinitely.

101. Any injunctive relief will describe the restrained conduct in reasonable detail and will bind nonparties only as permitted by Mississippi Rule of Civil Procedure 65(d).

**DAMAGES**

102. As a direct and proximate result of the acts and omissions of Sushka described herein and to be proven at trial, each Plaintiff has sustained serious damage to his reputation as well as mental and emotional distress, and each will continue to experience such damage in the future. Accordingly, each

Plaintiff is entitled to an award of actual or compensatory damages, including presumed damages as permitted by law, in an amount that will fully and fairly compensate him for the damages and injuries suffered, past, present, and future. Because Sushka's statements falsely impute to each Plaintiff criminal responsibility for Nolan's death, tampering with physical evidence, and hindering prosecution, they are defamatory per se, and injury to each Plaintiff's reputation is presumed as a matter of law without proof of special damages. Sushka made those statements with knowledge of their falsity or with reckless disregard for whether they were false, and each Plaintiff is therefore entitled to presumed damages in addition to any actual damages proven at trial.

103. Additionally, Sushka's willful and grossly negligent conduct complained of herein and to be proven at trial entitles Plaintiffs to an award of punitive damages pursuant to Miss. Code Ann. § 11-1-65. Sushka acted with actual malice and with gross negligence evidencing a willful, wanton, and reckless disregard for the safety of others, including by continuing to publish false criminal accusations after the Grand Jury's findings were made public, after she was notified in writing that her statements were false, and after she refused the opportunity to review the evidence. Punitive damages exist to punish and deter precisely this kind of conduct.

104. All monetary and equitable relief sought is subject to the jurisdictional limitation stated in Paragraph 17. The compensatory and punitive damages requested are aggregate amounts for this action, not separate demands for each Plaintiff.

**WHEREFORE, PREMISES CONSIDERED**, the Plaintiffs, Benjamin Warren Hudson, Jr., Carter Hudson, Eli Jax Pitalo, and Morgan Seymour, each by and through his father and next friend, demand a trial by jury and judgment against the Defendant, Jennifer M. Sushka, and pray that process issue to the Defendant as required by law and that the Court grant the following relief:

(a) A Preliminary Injunction as described in Paragraph 96, upon nominal security, and a Permanent Injunction as described in Count Five;

(b) Actual, compensatory, and presumed damages, and punitive damages under Miss. Code Ann. § 11-1-65, in amounts to be determined by the jury, provided that all damages and

the value of all equitable relief shall not exceed $200,000.00 in the aggregate, exclusive of costs and interest; and

(c) Costs of court, prejudgment and post-judgment interest as allowed by law, and such other relief as the Court finds just.

**RESPECTFULLY SUBMITTED**, this the 4 day of October 2026.

FOR: BENJAMIN WARREN HUDSON, JR., CARTER HUDSON, ELI JAX PITALO, and MORGAN SEYMOUR, each by and through his father and next friend, **PLAINTIFFS**

BY: Tyler Cox
HON. J. TYLER COX, ATTORNEY FOR PLAINTIFFS

BY: Edward Paltzik
HON. EDWARD PALTZIK, Pro Hac Vice Forthcoming

**PREPARED AND SUBMITTED BY:**

**TAYLOR AND COX LAW FIRM**

HON. J. TYLER COX, 105807
HON. NICHOLAS MOBLEY, 105832
HON. ROSS H. TAYLOR, 107237
POST OFFICE BOX 0006
PASCAGOULA, MS 39568
PHONE: 228-696-0111
EMAIL: tyler@taylorandcox.com

**TAYLOR DYKEMA PLLC**

HON. EDWARD ANDREW PALTZIK
(PRO HAC VICE FORTHCOMING)
914 E. 25TH STREET
HOUSTON, TX 77009
PHONE: 516-526-0341
EMAIL: edward@taylordykema.com

STATE OF MISSISSIPPI
COUNTY OF JACKSON

PERSONALLY CAME AND APPEARED before me, the undersigned authority in and for the jurisdiction aforesaid, BENJAMIN WARREN HUDSON, JR., Plaintiff, and DR. BENJAMIN HUDSON, his father and next friend, who, after first being duly sworn, each state on oath that he has read the foregoing Complaint; that the matters and facts stated therein concerning himself and his own experiences are true and correct of his own personal knowledge; and that all other matters stated therein are true and correct to the best of his knowledge, information, and belief, and as to those matters he believes them to be true.

______________________________
BENJAMIN WARREN HUDSON, JR.

Dr. Ben Hudson
DR. BENJAMIN HUDSON, Next Friend

SWORN TO AND SUBSCRIBED before me, this the 6 day of October 2026.

Christine Seaman
NOTARY PUBLIC

My Commission Expires:
____________________

STATE OF MISSISSIPPI
CHRISTINE SEAMAN
NOTARY PUBLIC
Jackson County
Commission Expires
July 19, 2027
COMMISSION NUMBER 368644

STATE OF MISSISSIPPI
COUNTY OF JACKSON

PERSONALLY CAME AND APPEARED before me, the undersigned authority in and for the jurisdiction aforesaid, CARTER HUDSON, Plaintiff, and DR. BENJAMIN HUDSON, his father and next friend, who, after first being duly sworn, each state on oath that he has read the foregoing Complaint; that the matters and facts stated therein concerning himself and his own experiences are true and correct of his own personal knowledge; and that all other matters stated therein are true and correct to the best of his knowledge, information, and belief, and as to those matters he believes them to be true.

Carter Hudson
CARTER HUDSON

Dr. Ben Hudson
DR. BENJAMIN HUDSON, Next Friend

SWORN TO AND SUBSCRIBED before me, this the 6 day of October 2026.

Christine Seaman
NOTARY PUBLIC

My Commission Expires:

____________________

STATE OF MISSISSIPPI
CHRISTINE SEAMAN
NOTARY PUBLIC
Jackson County
Commission Expires
July 19, 2027
COMMISSION NUMBER 368644

STATE OF MISSISSIPPI

COUNTY OF JACKSON

PERSONALLY CAME AND APPEARED before me, the undersigned authority in and for the jurisdiction aforesaid, ELI JAX PITALO, Plaintiff, and GEORGE "TRAE" PITALO, III his father and next friend, who, after first being duly sworn, each state on oath that he has read the foregoing Complaint; that the matters and facts stated therein concerning himself and his own experiences are true and correct of his own personal knowledge; and that all other matters stated therein are true and correct to the best of his knowledge, information, and belief, and as to those matters he believes them to be true.

Jax Pitalo
ELI JAX PITALO

George Pitalo, III
GEORGE "TRAE" PITALO, III, Next Friend

SWORN TO AND SUBSCRIBED before me, this the 6 day of October 2026.

Christine Seaman
NOTARY PUBLIC

My Commission Expires:

STATE OF MISSISSIPPI
CHRISTINE SEAMAN
NOTARY PUBLIC
Jackson County
Commission Expires
July 19, 2027
COMMISSION NUMBER 368644

STATE OF MISSISSIPPI

COUNTY OF JACKSON

PERSONALLY CAME AND APPEARED before me, the undersigned authority in and for the jurisdiction aforesaid, MORGAN SEYMOUR, Plaintiff, and MICHAEL SEYMOUR, his father and next friend, who, after first being duly sworn, each state on oath that he has read the foregoing Complaint; that the matters and facts stated therein concerning himself and his own experiences are true and correct of his own personal knowledge; and that all other matters stated therein are true and correct to the best of his knowledge, information, and belief, and as to those matters he believes them to be true.

Morgan Seymour
MORGAN SEYMOUR

M. Seymour
MICHAEL SEYMOUR, Next Friend

SWORN TO AND SUBSCRIBED before me, this the 4 day of October 2026.

Christine Seaman
NOTARY PUBLIC

My Commission Expires:

______________________

STATE OF MISSISSIPPI
CHRISTINE SEAMAN
NOTARY PUBLIC
Jackson County
Commission Expires
July 19, 2027
COMMISSION NUMBER 368644

**EXHIBIT A – GRAND JURY REPORT - FILED COVER**

FILED
SEP 18 2026 R
RANDY CARNEY, CLERK
BY__________________D.C.




# Jackson County
# Grand Jury Report
# September 14-18, 2026

EXHIBIT A – GRAND JURY REPORT - PRINTED PAGE 1

IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSISSIPPI
19TH CIRCUIT COURT DISTRICT

IN RE: DEATH INVESTIGATION
OF NOLAN XAVIER WELLS

**GRAND JURY REPORT**

The Jackson County Grand Jury was impaneled on April 20, 2026, reconvened on September 14, 2026, and adjourned on September 18, 2026. The Grand Jury finds that the death of Nolan Xavier Wells on or about July 4, 2026, in Jackson County, Mississippi, being of great public concern, is within the Grand Jury's investigative authority. The Grand Jury engaged in a thorough and complete investigation into the death of Mr. Wells. Our sworn duty is to allow or deny issuance of an indictment. As the foreperson of the Grand Jury, I report that the Grand Jury unanimously returns a No True Bill with respect to the death investigation of Nolan Xavier Wells.

Pursuant to Rule 13.6 of the Mississippi Rules of Criminal Procedure, the Grand Jury is authorized to issue a report of its findings related to the death investigation of Mr. Wells, and said report is being filed with the Circuit Clerk of Jackson County, Mississippi.

Pursuant to Rule 13.5 of the Mississippi Rules of Criminal Procedure, a Grand Juror, except when called as a witness in court, shall keep secret the proceedings and actions taken in reference to matters brought before the Grand Jury for six (6) months after final adjournment of the Grand Jury, and the name and testimony of any witnesses appearing before the Grand Jury shall be kept secret. The date of final adjournment of the Grand Jury is unknown as of the date of this report.

The Grand Jury was impaneled pursuant to Rule 13.1 of the Mississippi Rules of Criminal Procedure, consisting of twenty-five (25) Grand Jurors from a cross section of citizens of Jackson County, Mississippi. Two (2) Grand Jurors requested to be excused from this session for unavoidable and urgent reasons. The twenty-three (23) Grand Jurors that heard this matter ranged in age from twenty-seven (27) to sixty-eight (68) years of age and included thirteen (13) males, ten (10) females, twelve (12) Caucasians, five (5) African Americans, one (1) Asian, two (2) Hispanics, two (2) Native Americans, and one (1) individual who preferred "other."

EXHIBIT A – GRAND JURY REPORT - PRINTED PAGE 2

The Grand Jury was expressly charged by the impaneling Circuit Judge with not only being the means of bringing to trial those people who are accused of a crime, but "also to protect persons from unfounded accusations whether presented by legal officers or by others who may be motivated by public clamor or private malice."

The District Attorney advised the Grand Jury as to all relationships and interactions of any kind amongst the various individuals involved in the case, including witnesses, investigators, or prosecutors. The Grand Jury finds no conflicts of interest in the investigation and presentation of this matter.

The Grand Jury issued one hundred thirty-two (132) subpoenas and heard from forty-three (43) witnesses. Seven (7) individuals were invited to testify before the Grand Jury. [redacted], [redacted], [redacted], [redacted] and [redacted] accepted the Grand Jury's invitation and testified in this matter. [redacted] was also invited and wished to testify, but was unable due to circumstances outside of [redacted] control. The Grand Jury did consider [redacted] recorded statement to law enforcement in its deliberations. [redacted] did not accept the Grand Jury's invitation to testify. The Grand Jury did consider [redacted] recorded statement to law enforcement in its deliberations.

The Grand Jury, through the District Attorney's Office, made written requests to the family of Mr. Wells and their legal team to produce any evidence collected in their independent investigation into the death of Mr. Wells. [redacted], on behalf of Mr. Wells' family, advised that their investigation revealed no witnesses or evidence "whom the legal team reasonably believes possess information germane to potential criminal activity that warrants referral to your office [the District Attorney's Office]." Further, the family did not request that any "additional document, recording, photograph, digital media, report, or other material in the legal team's possession be submitted to the Grand Jury." The Grand Jury received a fourteen (14) page report concerning Mr. Wells' cellular phone prepared by the families' own forensic examiner, Garrett Discovery Inc., entitled "Mobile Device Examination Findings Preliminary Report" that was provided to the District Attorney on August 28, 2026. After the Grand Jury convened to hear this matter, the Grand Jury received a twenty-one (21) page "mobile device examination findings – device lock state, screen activity, messages, calls, location, and application usage…final report"

and a two-hundred sixty-one (261) page "Snapchat Conversation Report." The Grand Jury considered these reports in its investigation into the death of Mr. Wells. The Grand Jury also received copies of all correspondence between the District Attorney and the legal team for Mr. Wells' family.

The Grand Jury had full and open access to the complete investigative file of the Jackson County Sheriff's Office, which included materials from all law enforcement agencies who assisted in the Death Investigation of Mr. Wells. The Grand Jury considered, *inter alia*, the following:

- Testimony of witnesses;
- Physical evidence collected during the investigation;
- Digital evidence collected during the investigation;
- Reports generated during the investigation;
- Interviews and recorded statements collected during the investigation;
- Images collected during the investigation;
- Videos/recordings collected during the investigation;
- Maps collected/generated during the investigation;
- Global Positioning System (GPS) and location data collected during the investigation;
- Cellular phone extractions collected during the investigation; and
- Responses to subpoenas duces tecum.

In addition to the reports from Mr. Wells' family's legal team from their forensic examination of Mr. Wells' cellular phone, the Grand Jury heard sworn testimony of forensic pathologist Dr. [redacted] Dr. [redacted] was retained by the Wells family to conduct an independent autopsy. The Grand Jury is aware that Dr. [redacted] was provided full and complete access to all investigative materials. Dr. [redacted] also visited Horn Island with law enforcement and District Attorney staff and met with the Chief Medical Examiner for the State of Mississippi, Dr. [redacted] at the Mississippi Forensics Laboratory. Dr. [redacted] was given full access to examine Mr. Wells' internal neck structures retained by the medical examiner and his request for the making of additional slides for histological study was fulfilled. Dr. [redacted] confirmed that the retention of this tissue is appropriate and best practice in forensic pathology. Dr. [redacted] also dispelled rumors about various other organs, including the lungs and stomach, being retained. Dr. [redacted] confirmed that he received all of Mr. Wells' body parts, except for the internal neck structures appropriately retained by the medical examiner. The Grand Jury finds that Mr. Wells did

EXHIBIT A – GRAND JURY REPORT - PRINTED PAGE 4

not have cocaine in his system at the time of his death and found no evidence to suggest Mr. Wells ever used cocaine. The Grand Jury considered the toxicology report in this matter which supports witness accounts about Mr. Wells from July 4, 2026, but understands the toxicology is not particularly informative as decomposition fluid is an unreliable source for evaluating substance levels within a body.

Both the State of Mississippi Chief Medical Examiner and Dr. [redacted] opined that the cause and manner of Mr. Wells' death is undetermined and that drowning is a diagnosis of exclusion. There was bruising on the back of Mr. Wells' head which was not a fatal injury. Further, the Grand Jury found no evidence of any fatal injury or organic disease to Mr. Wells' body. The State of Mississippi's Chief Medical Examiner and Dr. [redacted] disagree about the presence of bruising (non-deep tissue) on Mr. Wells' buttocks and shoulder. The Grand Jury considered credible evidence concerning the circumstances of how Mr. Wells sustained the injury to the back of his head, but the exact cause of the injury remains uncertain. A witness testified under oath that he saw Mr. Wells slip awkwardly off the side of a boat around the time of 3:30 p.m. on July 4, 2026, but could not say whether Mr. Wells struck his head during the fall. The witness testified that Mr. Wells continued to socialize after the fall and did not appear injured. The Grand Jury understands that neither forensic expert has ruled out accidental drowning as a cause of Mr. Wells' death. While the Grand Jury found no other evidence to explain the bruising on the back of Mr. Wells' head, or the suspected bruising on his buttocks and shoulder, the Grand Jury cannot say with absolute certainty that this fall caused this bruising.

The Grand Jury finds that Mr. Wells accompanied a group of friends to Horn Island on July 4, 2026. This group of friends traveled on three (3) different boats: the Triton, the Palm Beach, and the Tideline. Mr. Wells traveled to Horn Island on the Triton. [redacted], and [redacted] traveled to or from Horn Island on the Triton. [redacted], [redacted] and [redacted] rode either to or from Horn Island on the Palm Beach. [redacted] and [redacted] either rode to or from Horn Island on the Tideline.

4

# EXHIBIT A – GRAND JURY REPORT - PRINTED PAGE 5

The Grand Jury finds that Mr. Wells chose to remain at Horn Island on the afternoon of July 4, 2026, after the Triton, the Palm Beach, and the Tideline departed the island. Other individuals, including Mr. Wells, remained at the island to socialize. The Grand Jury finds no credible evidence to support the public allegations that any persons who rode to or from Horn Island on July 4, 2026, on the Triton, the Palm Beach, or the Tideline engaged in any criminal conduct related to the death of Mr. Wells. The allegations against the occupants of the Triton, the Palm Beach, and the Tideline are not based in truth, and are solely the result of public clamor and private malice. Further, the public clamor and malicious allegations against the occupants of the Triton, the Palm Beach, and the Tideline have extended to their family members and friends. The Grand Jury finds that the public attacks on the occupants of the Triton, the Palm Beach, and the Tideline, as well as their family and friends, are malicious, false, and have no truth in fact or evidence.

The Grand Jury received the original Sea Tow call made by occupants of the Triton on July 4, 2026. The Grand Jury finds that the various Sea Tow calls and interpretations of the call circulating on the internet and social media are not true and accurate.

The Grand Jury recognizes that it is common for individuals visiting Horn Island to socialize on boats and in the water. The Grand Jury finds that it is not unusual or suspicious for individuals to return from the island on boats they did not travel to the island on; nor is it unusual for individuals to place their phones and personal items on other boats they visit and socialize on. The Grand Jury finds that Mr. Wells' phone was not the only phone to travel back to the mainland without its owner.

The Grand Jury finds that Mr. Wells attended a pool party on July 3, 2026, and a week prior. The Grand Jury finds that the pool party images widely circulating on social media and other internet platforms were not taken the night of July 4, 2026, and have no evidentiary value to the death investigation of Mr. Wells.

The Grand Jury finds that Mr. Wells purchased his alcohol with his fake identification card. The Grand Jury further finds that no individuals over the age of twenty-one (21) provided alcohol to Mr. Wells or his friends on July 4, 2026.

## EXHIBIT A – GRAND JURY REPORT - PRINTED PAGE 6

The Grand Jury finds that the Triton had a bilge pump and motor malfunction on July 4, 2026, and was actively taking on water and sinking. The Grand Jury finds that the Triton was towed for a short distance by the Tideline allowing the water to drain from the boat interior while a passenger manually held the motor trim button down.

The Grand Jury finds that there was a thorough search of Horn Island on July 5, 2026, in advance of the discovery of Mr. Wells' body. The Grand Jury is confident that had his body been on the island at that time, it would have been discovered during the extensive search.

The Grand Jury recognizes there have been public assertions that Mr. Wells was the only African American individual on Horn Island on July 4, 2026. The Grand Jury finds that Mr. Wells was not the only African American on Horn Island that day. These false assertions have led to misidentification, speculation, and rumors concerning the death of Mr. Wells.

The Grand Jury finds that GPS data and security footage confirm the accounts of the passengers on the Triton, Palm Beach, and Tideline.

The Grand Jury finds that Mr. Wells was not in any physical altercation or argument on July 4, 2026.

The Grand Jury finds that the individuals who traveled to or from Horn Island on the Triton, Palm Beach, and Tideline cooperated fully with this investigation, including offering marine GPS devices, surveillance footage, cell phones, and statements to law enforcement officers and Mr. Wells' family during this investigation.

The Grand Jury finds that the position of, the condition of, time of discovery, and location of Mr. Wells' body is consistent with drowning.

The Grand Jury finds that Mr. Wells chose to remain on Horn Island after the boat he arrived on departed, which is common for visitors to Horn Island on holidays and other crowded days.

The Grand Jury conducted a comprehensive inquiry into the death of Mr. Wells and is confident in the extensive investigation done by both Federal and State law enforcement agencies.

## EXHIBIT A – GRAND JURY REPORT - PRINTED PAGE 7

The Grand Jury acknowledges that there is no statute of limitations on homicide cases in the State of Mississippi. If credible evidence comes to light in the future that suggests Mr. Wells' death was non-accidental, this matter should be represented to the Jackson County Grand Jury for further consideration.

The Grand Jury wishes to extend our deepest and heartfelt sympathy to the parents, family members, and friends of Mr. Wells. The evidence received in this matter convinced the Grand Jury of Mr. Wells' outstanding character.

The Grand Jury wishes to thank the Court for the opportunity to serve our community in this important role and encourages citizens to serve when called upon.

---

COUNTY OF MISSISSIPPI

COUNTY OF JACKSON

PERSONALLY, appeared before me, the undersigned authority in and for the jurisdiction aforesaid, [redacted], Grand Jury Foreperson, who after being sworn by me, states on his oath and certifies that, to the best of [redacted] knowledge, the foregoing represents a true and correct report of the Grand Jury impaneled April 20, 2026, Grand Jury, being recalled on September 14, 2026.

[redacted]

Grand Jury Foreperson

Sworn and subscribed before me on this the 18th day of September, 2026.

Randy Carney, Circuit Clerk




By: [redacted]

Deputy Clerk

RANDY CARNEY
CIRCUIT CLERK
JACKSON COUNTY, MS
MY COMMISSION EXPIRES: DEC 31, 2027

7

## EXHIBIT B – UNOFFICIAL TRANSCRIPTS OF DEFENDANT'S YOUTUBE VIDEOS

Each video was published on the YouTube channel "Jay Megan" (@Nerdypinkpanda). Transcripts are the captions displayed by YouTube, copied October 5, 2026. View and like counts are as of that date.

### EXHIBIT B-1: "Defamation Letter Exposes More LIES in #NolanWells Case!!!"

Published August 26, 2026 | youtube.com/watch?v=hIiKUINjg5A | 83,039 views | 9,688 likes

[0:00] Okay, folks, let's get into it because I finally got my hands on the Al Sharpton defamation lawsuit and it has been illuminating to say the least because [0:08] y'all know that my specialty is those details and clearly these people are not detail oriented. I'm sure by now many of you have seen the picture that I posted [0:16] yesterday with a mysterious red watered down liquid dripping down the side of the boat. Now, none of us can [0:23] definitively say what this is, but it's clear to me that some people have never gone fishing in their entire life. [0:28] Because those people trying to argue and say that the color is off, that it's too light, don't seem to get that fishing boats are specifically coated with [0:36] something that makes things wash off of it, makes things thin, makes it easy to get things like fish guts out. But fine, [0:44] if that's not enough for you, I'll keep going because this Tik Tocker literally over a month ago thought that they spotted this on the side of the boat. [0:52] Now, they noticed those drips and full disclosure, they did run it through like a AI cleanup thing and this was the result of that. And even when you go [1:00] back and look at the older versions of this video, as the angle changes, you can see those drippy marks. But I even took this picture of Warren on the [1:08] Triton with his fish just so I can show you what it does look like on the side of the boat when there is a red fluid. [1:16] To me, it seems pretty obvious what this liquid is. Cuz I've genuinely racked my brain to think of something else it could be. And it just doesn't make sense [1:25] for like an alcoholic beverage because it's on the outside of the railing. If you look back in the original STO video, this person here, who I suspect to be [1:32] Ike Pyone, was holding something in his hands, and I could never figure out what it was until we got the new pictures. [1:38] Here, you can clearly see a gray something in his hands. Well, going back to this picture of Warren with all of his fish, you'll notice that the Triton [1:46] has a gray towel normally wrapped around it. Oh, why would they need a towel if they're in the middle of sinking, unless [1:54] they're trying to clean something up? I also noticed something in this much clearer raw shot of the sea toe picture right here. We see something dark [2:03] reddish here and like lighter red over here. Now, I have no idea what that is. [2:08] It could be a towel. It could be a swimsuit cover up. I did notice, however, it looked like somebody took a tool and like colored right here. What I [2:16] do know is if you look at the original SETO pictures and videos, uh I don't there's nothing seemingly red here. What [2:24] it does look like, however, is somebody's leg extending way too far into the council here. But again, can't say one way or the other what it is in [2:31] the background there. What I can say, however, is remember when I said that the AI felt like it was being used on the STO video to obscure the identities [2:41] of the girls? Well, I was at least half right on this because this is a third girl. This is not the girl in the blue suitsuit that we've been seeing before. [2:50] How do I know? Well, by now we've all seen this picture, this video a thousand times, right? Girl in the blue swimsuit with the backwards hat. Well, I have [2:59] suspected for a long time now that there was somebody being hidden back here. And I was proven right. Y'all see how this girl is wearing a watch? Well, right [3:07] there in the original video/photo is somebody back there wearing a watch. [3:13] Once you know to look for it, you can actually see it. Make sure you got your brightness turned all the way up, but you can see that reflection of the watch [3:20] right here. At the same time, the girl in the backwards hat is over here. Two major suspects for this. One of them [3:27] being Laney. But it seems to me like the more likely suspect is probably Ava, the other Seymour Hudson sibling. And as you [3:35] can see here, she does in fact have an Apple Watch that sure looks a lot like the one right here. Also found extremely interesting in that letter. Remember how [3:43] uh we've seen this picture? We never really confirmed whether it was real or not until Tatum showed us.

So somehow Officer Tatum had his hands on this picture. And you'll notice in the [3:52] filing, oh look, look what do we have here that the exact same swimsuit I talked about a couple days ago and that whole friend group. So clearly this [4:00] photo originated with the group that Katie got a ride from. Do y'all know I have said for a long time that I suspected that Katie was in those [4:09] pictures and on that boat based on the swimsuit and the white hat that she's wearing in this picture. that was taken on the boat of the people that came and [4:17] gave her a ride after being left on the island. And I do think that maybe they joined this group because there's a couple of faces that look familiar, but [4:25] I'll circle back to that later. I want to point out some more little stuff that I've noticed before we get to the big stuff, the meat and potatoes of this video. Like here, how I noticed that the [4:33] cooler that was on the boat earlier that day by the sea toe pictures is suddenly got the handle broken off. Don't know if [4:41] that's significant, but it's interesting. Also kind of surprised how nobody has pointed out in this picture that there is clearly at least one mom [4:48] in that group. And I suspect that it's Katie Hudson Seymour cuz she is literally like the only person I have found that has a shorter haircut. I'm [4:56] talking kids. I'm talking adults associated with this group. I mean clearly this is a mom vibe. So what boat did she go out on? I'm also very [5:05] confused on why this portion of the tideline in that farway picture doesn't seem to match up with this picture of the tideline. And sure, there's an [5:13] argument where you can say, "Oh, it's just in heavy shadow." But I'm sorry, the water reflects the sunlight. You would get at least a color difference. [5:20] But anyway, I also strongly suspect that the girl who's at the front of the boat is actually Warren and Carter's sister. [5:26] Her head shape, her smile, all of it just that feels correct. But again, like this is all my own opinion. Like I don't know, you don't know. But the reason I [5:35] say this is because if it's Katie on this boat with everybody, then that would make them the odd man out in this family affair. Notice how this boat is [5:44] absolutely not sinking. Like there's Wyatt still supposedly on the phone. [5:49] Most of these people are standing in the same place. And look, you can even see Horn Island in the background. But this boat looks like it's about to go under. [5:57] Guys, how did they magically get this boat to start floating without planing? [6:01] Cuz remember, they're supposed to plane it to drain all the water out to stop it from sinking. Now, just the last little thing I want to touch on before I move on to the meat and potatoes is anybody [6:10] else think it's weird that the fingers are covering the picture? I mean, truly, when was the last time anybody recorded or took a picture and had their fingers [6:19] over the camera? Like, especially with the finger like coming down over it like this? Like, I genuinely can't understand the mechanics of how they're holding [6:26] this because I know I haven't done that since digital cameras. So, was this picture video also taken from that same [6:34] digital camera that they all took the picture at the front of the boat on? One of the first things that piqued my interest in this defamation letter was this Apple Maps picture. Now, you'll [6:43] notice in the factual background portion, they just say that it arrived at 10:50 on Horn Island, but conveniently makes no mention of when it [6:52] left because right here in this picture, it says 10:50, but 10:22 is the leave [6:58] time, which is a half an hour difference from the 9:56 departure time we've gotten. That's when I started hearing the the little buzzing start to go off [7:07] because personally, I don't recognize this version of Apple Maps. So, I don't know if this was the actual route they did or if they just looked up another route and included it. Now, I'm going to [7:15] go through this chronologically. So, keep up because now because of this letter, we know the exact time that the SETO call was made. And guess what, [7:23] guys? It wasn't around 4 like they told us, but at 4:48. So, that would be 17 [7:29] minutes after the GPS said that they left Horn Island, which was at 4:31. [7:35] You'll also notice at 4:48 they cancelled the first call. Almost as if they looked up the number, pressed the link, it started to call, they freaked [7:43] out, cancelled it, then gave themselves a breath to calm down, and then they called. Now, that would mean that by the end of that call, it was almost 5:00. [7:52] almost 2 hours after they noticed the boat first sinking. 2 hours after they supposedly left Nolan on this island. [7:59] Now, given how close this picture is to this cluster of boats and this very casual pose that seems to be going on, I think it's absolutely possible that [8:08] Katie and Orlaney called this group of friends and was like, "Hey, can you pick us up?"

Because we know that by 5:34, [8:16] Katie was on the boat taking Snapchat pictures and having fun with these people. which just so happens to coincide with the 552 traveled into Fort [8:24] Bayou time from the GPS. The Triton then returning to the dock at 6:06 p.m. which would be about 4 minutes after this [8:31] picture of the guy in the red swim trunks that I think was Carter going out with this group earlier that day. [8:38] Because I also suspect that this is Carter right here. Based on the build, the lighter strawberry hair in the front and then I think right here is backwards [8:46] cap Katie because remember how I said in this picture it looked like these two people were cuddling up with each other. [8:52] And by process of elimination it had to be one of the girls in the blue swimsuits and the red shorts guy. I also suspect that this is Brooks and Kendall [9:01] right here. You'll notice that it looks like he's wearing a very thick gold chain right here. And Brooks seems to wear this thick gold chain all the time. [9:09] Now, there's no way for me to positively confirm the identities of these people, but it is a dot that would neatly connect these two boats. Now, fast [9:17] forwarding to Warren's phone call with the Coast Guard that lasted 21 minutes starting at 11:13. So, that would mean [9:24] by the time he got off the phone with the Coast Guard, it would be about 11:35. But while he's on the phone with the Coast Guard, he and Christine are [9:32] texting each other. She asked Nolan where Warren's car was, and he says, "At Jax's house." She says, "Where is that? [9:38] Can you send me the address from where you guys launched?" He says, "Yes, ma'am." She said, "When was the last time you guys saw him?" "3 p.m." Now, this is not a picture of Jax's [9:47] residence. He sent her the actual location of the boat launch, not from Jax's house where they all supposedly [9:54] left that morning. Why would he send her a picture of where they put the boat in the water instead of Jax's house that she's literally specifically asking for? [10:02] Then he sends her the pin of the house next door to Jax's house. Okay, so you've given the wrong address twice [10:09] now. And then Warren texts her this. We launched the boats yesterday evening and left from here this morning because wait [10:19] a [ __ ] minute y'all. I actually stayed with no that night at my buddy's house and I woke up at my buddy my buddy's house and we went to McDonald's. got food. Y'all was not with [10:26] me. And uh I went and got breakfast. My buddy I had my buddy's boat hooked up to my truck and well first I ran my house and I went to McDonald's and came back and uh I the boat was already hooked to [10:33] my truck. My buddy Watt and I went and with my buddies and we went filled top of the boat off, loaded down with ice and just got everything ready. Then why went and put his smaller boat in the water which is the Palm Beach. He's 18 [10:41] foot Palm Beach and why I drove the boat from four body boat launch to my buddy my my buddy's grandparents house. [10:46] No wonder he was stuttering all over that story. It was a [ __ ] lie. [10:50] Because you trying to tell me that the day of all of this, he didn't remember when they put the boats in. He had a [10:58] whole story about McDonald's and getting the ice and everything. But this means that they put all of those boats in the [11:05] water the night before and then everybody came over and had a sleepover party with 10, 15 people. Let's face it, it was probably just a regular party. [11:13] Now, I know you've thought it. I've thought it. A lot of us aren't even sure that Nolan ended up at Horn Island at all, which would explain all of the [11:21] weird photoshopppy pictures that we're talking about. Now, if it wasn't for Javvon and the coach, I know all of us would be like, "Did something happen the night before all of this?" Because why [11:29] lie? Why lie about what time you put the boats in the water? Now, after the 20-minute call with the Coast Guard, he then calls Christine back for about a [11:38] minute. Then, at 12:25, Warren gets a phone call from somebody from the Coast Guard that lasts only 2 minutes. So, a [11:45] whole hour has gone in between these calls. Now, mind you, listen to Tracan's side of the story because there's bit of a time discrepancy on Ton's end. [11:54] I didn't wake up again until a little after 11:00 and that was uh my brother coming in the room being like, "Hey, orange trying to get a hold of you. [12:00] Let's like you need to answer the phone." They look for Nolan and I'm half awake and I pick up the phone and by this time nobody has came to uh the house to grab anything and no one mean Warren gets on the phone and he's just [12:08] like, "Hey man, uh" he was like, "Hey, have you talked to Nolan? Anything else?" I was like, "No, I talked to him man." He was with that girl last Monday and he was like,

"Okay." He was like, "Man, we can't get hold of him. We don't know where he's at." I was like, "Man, [12:16] it's Nolan. He's probably just out somewhere with that girl that girl like get hold of a girl. He probably find no one. It's not big deal." And he was like, "All right." He was like, "But we're starting to freak out. We're getting on the phone with Coastg Guard." [12:23] I was like, "Okay." And um at that time, he' already talked to his her mom. No one's mom. And um he was get on the phone with Coast Guard. And I called I [12:32] need to be specific about this. I did not call Warren's phone. I called another one of my buddy's phone. And it was on speaker phone. They were all together. I was talking with on my other buddy's phone, talking to Warren. [12:42] He was dialing cog because he hung up the phone and was like, "Hey, this is bot." So Tan says he gets the phone call a [12:51] little after 11. Tracan's all like, "Oh, I don't know where she is." Even though he's friends with Katie, like he keeps calling her that girl. But they were friends. Katie and his sister ran in the [12:58] same friend group. Mind you, he said that he had already talked to Christine at that point, but Warren told Christine that nobody could find Katie. So, they [13:06] didn't actually talk to Tristan or anybody else about this Katy girl before telling the mom that they couldn't find her. Then, you'll notice in that story, [13:14] he said that they were on the phone with uh the Coast Guard and then he was like, "Oh, they're calling. I got to go." Hanging up. But we now know that that [13:22] second call that I've got to go. They're calling happened at 12:30. So, none of Tristan's story there is making sense. [13:29] Now, according to the very, very, very first MDR report, dispatch sent a call from Christine to Lieutenant Patrick [13:36] Coron advising the dispatch of a caller reporting a missing male. If Warren had called the Coast Guard by that point, [13:43] spoke to them for 20 minutes, why didn't they reach out to MDMR? Let's not forget that the original statement from the [13:51] Coast Guard was that they did not receive word of Wells disappearance until 12:26 when the Jackson County Sheriff's Department reached out for [13:59] assistance. Then the leader had to correct this to around 11 p.m. But they maintained that no formal assistance was [14:06] requested at that time because it sounds to me like the Coast Guard wasn't actually notified until after Christine had talked to the Jackson County [14:14] Sheriff's Department, which then they called Warren to get more information, but that call only lasted 2 minutes. [14:20] Then we find out about 30 minutes later, Christine and Warren talk again on the phone at 1:00 a.m. exactly. Now, that is [14:28] extremely significant because guess what is happening at 1:00 a.m.? [14:32] They they come back to my house at around 1:00 in the morning. [14:36] Oh, so you mean the same time Christine is on the phone with Warren. Now, mind you, he is trying to claim that that is when they came back to his house, that [14:43] they had already been there, that they got the phone and they went to Wyatt's house and all that stuff happened. Wyatt called 911. But now we know for sure [14:50] that that is not true because Jax and his brother didn't call 911 until almost 3:00 a.m. And this is confirmed by Christine's text to Warren saying that [14:59] Nolan's dad is at the house to pick up the key. So it seems pretty obvious that Jax is confusing the two times. And the first time they showed up was at 1:00 [15:08] a.m. They found out where Wyatt's boat was. They went to that house. Wyatt called 911 on them there. And then they came back just his father at about 2:30, [15:17] an hour and a half later, which lines up with the Jackson County Sheriff's Office talking to the friends who were on the boat with Nolan that day and reporting [15:25] back at 138. And yet ODM says here that based on the information provided, they don't think Nolan's in any trouble. They [15:33] don't need Coast Guard. They don't need to search for him. He's probably just chilling at some chick's house. They even say here that Warren agreed to talk [15:41] to a deputy or investigator, but for some reason talked to them on another friend's phone. Something tells me they more or less had the attitude of it's [15:49] just our friend's mom being a little overprotective. I'm sure he's fine. Oh my god. I was going to talk about something else, but I think I just [15:57] figured something out in real time. I'll save that for another video because I was going over the GPS again right now. [16:03] We all know that something has been fishy with these GPS coordinates for a while, especially considering that the GPS doesn't seem to stop moving for a [16:10] very long time, going at a constant slowish speed for 2 and 1/2 miles. At no point do they ever mention the stopping, the calling the seat, all

of that stuff? [16:20] It just why isn't the GPS like telling us about that? Now, at about quart 8, the boat was taken to the grandparents [16:28] house. Now, for like Warren and Wyatt and everybody to come back together later on, it means that like Warren and Wyatt had to have been the ones to take [16:36] it there, drop it off, and then come back in their vehicles. Meaning that the Triton would have had to been docked on land and like in a parking spot. Could [16:45] just be sitting there unattached to anything on a trailer, right? And at 9:32 the next morning, the GPS was powered on. Then it was clearly turned [16:53] off again. And then it was powered on again at 9:51. [16:58] And the vessel moved 52 feet. Why and how did it move 52 feet? And the Triton [17:05] doesn't go back out because Warren was on the boat with his family and Morgan, Wyatt, and Tracan were on the Palm Beach. And about what time did they go out there? [17:14] About 7:00 that morning, we had all decided that we were going to go out in the boat and go look for Nolan. Wyatt had already had his boat still in the [17:23] water. We were on the water from 9:45 to uh 11 50. [17:34] Oh, you mean the exact time frame in which the GPS kept getting turned on, powered on, powered on, moved 52 feet, [17:42] powered on, powered on. Yo, I think that these were the GPS coordinate points for the [ __ ] Palm Beach because how would [17:51] the Triton move 52 feet if it was sitting in a driveway at Wyatt's grandparents house? And y'all remember the Palm Beach left before the Triton [18:00] did? They left Horn Island minutes before because again, according to the GPS, the boat was moving the entire time [18:08] and it was a good 17 minutes in between it leaving Horn Island and that SETO call. But you may be saying, Jay, the [18:16] guy said that the Palm Beach was in the water already that morning. It couldn't have traveled to the grandparents house. [18:22] But remember, this is what Jack said when they said they wanted to go out and look for him that night. Thinking about doing it that night? Yes. [18:28] Yes. And why didn't you do it that night? [18:30] So, we already called the Coast Guard at this point. Uh, we didn't have access to a boat that was already in the water, [18:38] ready to go, other than one that I'm just not allowed to use at all. And I was still this close to taking it out. [18:45] So, where was the Palm Beach, y'all? The Palm Beach was already in the water that morning. How come y'all didn't have a boat that was available for you to use? [18:52] Cuz remember when they were like, "Oh, they're demanding the address of the boat." They were driving to the grandparents house. Wyatt and Morgan were. And as it turns out, it's actually [19:01] quite easy to transfer your GPS memory from one boat to another. In fact, it's so easy if you're doing it from one Garmin to another. There's literally an [19:10] app you can do it on. Remember I told you literally Joseph McGrath worked for it for the Ocean Marine Group, which is the group that is owned by Jerry [19:19] Aderson, because my guess is they took the coordinates from the Palm Beach and put it into the Triton. But we're so tunnel vision focused on the Fourth of [19:27] July that they didn't even think about the 5th because I've told you all those GPS plotters and everything, you have to do it manually. It's it's not like an automatic thing and it's easily [19:36] changeable. And we don't know what the Palm Beach was even equipped with. I mean, even the GPS seemed a little confused because there is a literal [19:43] question mark in this report. Why was the GPS turned on four times in an hour? Especially here at 9:51. powered on. [19:52] Vessel moved 52 feet and then it was turned on again 2 minutes later. So, how did they move at 52 feet? Why did they move at 52 feet? Why did they turn off [20:00] the GPS and then turn it back on? Almost like Morgan took the Palm Beach and dropped a bunch of people off that would explain why there are so many data [20:08] points that are not being accounted for in any of these boys stories. Because notice Morgan never tells us what he did [20:16] after he left in the Palm Beach. Anyway, I'm exhausted. that I have spent the last 5 hours recording this video. So, if you like what I do and want to [20:23] support my work, you know where the link is. And also, happy birthday to me. But no, seriously, it's my birthday this weekend. Yay!

**EXHIBIT B-2: "#NolanWells Case is Falling Apart Because Of Their OWN LAWYER"**

Published August 28, 2026 | youtube.com/watch?v=-kLRI1vpPUI | 85,943 views | 8,852 likes

[0:00] I hope y'all are hungry for justice cuz I'm about to cook, I'm about to serve, and I'm about to eat. And we're going to come back to this boat video in just a minute. But first, we're going to back [0:08] it up to this defamation letter that the lawyer sent because something stuck out to me and I haven't been able to get it off my mind because according to the lawyer's own letter, on the night of [0:17] July 3rd, about 15 to 20 people spent the night at Jax's house. Right. And according to this, he said that Nolan [0:24] slept in Jax's bed and Jax found another place to sleep. Now, 15 to 20 people, that's a lot of people spending the night at one house. I know they got big [0:32] houses up in here, but that's still a lot. So, why out of all the people there did he let Nolan sleep in his bed? Now, I know it's been a long time since I've [0:41] been a teenager, but I remember sleeping in my friend's beds if I wasn't sleeping alone. And that got me thinking about [0:49] the whole phone and keys debacle because it was a female friend that was sent to retrieve the phone from Wyatt's truck. [0:56] Then when they went back looking for the keys and Jax was unable to immediately locate them because Nolan hadn't told Jax where he left them, another [1:04] individual who was with Elmore, the father, had to text the same female friend who handed the phone to Javvon's [1:13] mother. So the same girl that was there earlier got the phone out of Wyatt's truck and then apparently left within that time frame. For some reason, she [1:21] knew where Nolan's keys were on top of the Xbox. Why did she know that those were Nolan's keys? How did she know where they were and nobody else did? [1:31] Unless she was in the bedroom with him. [1:35] I think Nolan hooked up with a girl at the party that night, which would make more sense when Trac made a slick [1:42] comment about the girl that he was with, cuz Traston was out hanging with his family at a different place with the boats. Other than the fight, we've never [1:49] heard anything about Tristan hanging out with the three boats. So, it would make sense that Tracan would have been at the sleepover party since he was hanging out [1:58] with his family for Fourth of July. I think we also need to go back to the second interview that Javon did because his mom was the one who went and got the

[2:06] cell phone. I feel like not enough people talk about this interview and what is said. So, let's play it. [2:10] Um, were your boys? I said, well, Javon is with his girlfriend. Okay, so Javon was with his girlfriend. [2:17] Let's not forget that the Horn Island boys said that Javon left his phone on the boat with them and they had to give it back to him later. So when did those [2:25] boys see Javon? Because remember when Morgan said that somebody that he knew called him on Snapchat? Well, at this point really the only person that knows [2:33] that Nolan is missing is Javon and all of them. Remember how they said they were being all hostile? Well, maybe it had something to do with the fact that [2:40] Warren had now sent two addresses that were not the address that they were at and then put it into context with what Javon's mother said next. [2:48] That's when we started checking the phone. Well, for Christine, it said one place, but for them on Snapchat, it showed another place. [2:58] So, that's the place we went to. And it showed that everybody that was in the house, it was like a lot of people there. Like, it was I'm not familiar [3:06] with all the kids. I only know like one was there, but it showed that the phones and what a lot of people were at. So [3:14] that's how we knew where to go to. We went there. They were all there. They were sitting there, lights off, watching TV. [3:22] So there were a lot of other kids over at Jax's house. Supposedly, they had just come from a party at another person's house. Remember that's where they said they were at, an afterparty. [3:30] She said all of the kids were just sitting there in the dark watching TV. I mean, that doesn't sound like a bunch of concerned friends freaking out trying to [3:38] figure out where their friend is. It sounds to me like there wasn't a party at all that night. Now, I also wanted to circle back to this that we talked about in the defamation letter because I was

[3:46] told that apparently this is from a Life 360 screenshot. Remember yesterday I also pointed out that the departure time is different than what we've seen on the [3:54] GPS with the arrival time being the exact same that we've been told because a 10:22 depart time is almost an entire half an hour later than what the GPS [4:03] says that they left at. Now, going back to this picture of Bart's boat and the whole group getting on there, you will notice that the perspective of this picture had to have been taken inside of [4:12] a boat, supposedly the Triton. Now, I know this video has been bothering y'all as much as it has been bothering me from the very beginning. Now, I don't know if [4:20] any of y'all noticed it, but right here you will see a black and white boat drive by, keeping in mind that this is at 9:41, just minutes before they leave. [4:31] Where is it? Right there. And you'll notice Eric is there. Eric is the same kid from this picture. I can tell by his shorts, his build, everything. Y'all [4:38] will see here that there is a very pointed boat parked here, which I'm assuming is the Palm Beach. Keep in mind the Palm Beach left to go towards the [4:48] island first. They've told us that. Now, this angle is from camera 3. Remember that at 1 minute before they leave, so 1 [4:55] minute before the Triton is supposed to head out according to the GPS, right? [4:59] But the Palm Beach is still there. Now, oh so conveniently, when Tatum shows this video on his show, they zoom in so [5:07] that you can no longer see the date or time, etc. And zoom in even farther to see the Triton leave. Y'all will notice, [5:14] look at this shadow on the dock right here. According to camera 2, there's no shadow right there. Yeah, that's right. [5:22] These videos are from two different cameras. That's when I started taking a real closer look at some of the light and the shadows in these. Now, why is

[5:29] the shadow from camera three so much shorter than the shadow from camera 2? And you'll notice on camera 3, [5:38] notice how there is a hard shadow line on the front of the boat. It goes from real bright to real dark. And yet, you'll notice from this camera's [5:47] perspective, oh, look, there's no hard shadow line. And then that's when I notice how far this juts out. Like this was Tatum live there from the balcony. [5:58] same balcony we see here in camera three. And yet here in camera four, suddenly there's a huge overlay. And I [6:06] realized that the perspective here doesn't make sense cuz look, this would not go back farther than the closest [6:14] point to the camera. Like this would not outstretch this far. It would go back like almost like at an angle here. Like [6:21] in the same way the roof goes back that way, this would go back that way because it's farther away from the camera. And [6:28] look how flat it is. It is straight across flat. You can clearly see it is not that flat on that side. It's like [6:36] for some reason they extended this so that we couldn't see this boat. Now, mind you, look at the top of this boat from the angle of the balcony camera. [6:46] Yet, look how much farther this boat is down when Tatum is there. I mean, the boat is still clearly here, still clearly suspended. And mind you, those [6:55] suspensions don't change. The boat won't change positions. It'll always be suspended in the same place. And you'll also notice this part right here with [7:02] the black stripey stuff for some reason doesn't show up on this video, even though we can see all these roof tiles clear as day. We can see the wood grain [7:09] in this pole. And then I noticed, have y'all seen this comically oversized propellers? Cuz there's two of them. [7:17] There are two propellers in the back and they are massive in comparison. I mean, seriously, this was the size of them [7:24] when Tatum went there. I mean, look, the these ones are the size of the chair. [7:31] I think y'all get what I'm saying at this point that this was clearly an AI video. But why why were they covering up this part of the dock? I think it's

[7:39] pretty clear that they AI altered this boat to be higher up in the air because, you know, the Garmin would be scraping [7:46] the top of this thing. They digitally altered it to cover up the boat back there. Look really closely. You can see the blue cooler that was on the Triton [7:55] all day. So, why would they need to cover up that boat? Going back to where I started now, if at 9:54 is when the [8:02] Triton supposedly left and the Palm Beach is still in this position, then how the [ __ ] could the Triton have

taken this picture from the dock? Obviously, [8:10] it's not somebody standing on the dock because you can see the little pole in the corner. And all of this just supports my theory from yesterday that [8:18] the Palm Beach GPS data was the one that we were looking at. Because if the Triton is supposedly leaving within the next minute and the Palm Beach is there, [8:27] then Bart's boat couldn't have been there and being loaded up. If the Palm Beach actually left half an hour later, that would explain the sudden appearance [8:35] of these shadows. All these people have to [ __ ] do to shut up the entire internet is to release the security cam footage from when they arrived home that [8:43] night. That's all they have to do. They don't have to do nine interviews. They don't have to hire a defamation lawyer. [8:48] Release the damn security tapes. Oh, let me guess.

**EXHIBIT B-3: "9/2 Crocs Flipped With NO REAL EVIDENCE"**

Published September 2, 2026 | youtube.com/watch?v=dwVqLHOOmhQ | 58,430 views | 7,136 likes

[0:00] Oh, you had best believe we are going to talk about this because girl, you either got paid or you got played. We're going to go through step by step all of the evidence that has suddenly made you [0:08] change your mind because not a single damn part of it is actual evidence. And this morning, she's trying to do some sort of version of damage control. She keeps putting out this narrative that [0:17] she's just rage baiting, that she's rage baiting, but girl, that is not [ __ ] appropriate. Someone is [ __ ] dead. [0:22] And while you claim that you aren't getting paid, you think it's just a coincidence that suddenly you have flipped a switch the day after your [0:30] account was demonetized. You have played right into their hand because guess what? They took away my page. They took away your creator fund so that you would [0:38] be more financially desperate. But that's beyond the point. That video was taken on July 4th at 1:55 p.m. [0:48] Yeah, we already knew that. It says it right here in the defamation letter to Al Sharpton. So, nothing new. [0:53] 30 kids, literally 30, went out on three boats on the 4th of July morning. That is a fact. Another fact I would like to state is that Nolan was there. [0:58] Okay, 30 kids on a boat literally changes nothing about their story. There could have been 300 [ __ ] people on that boat. That doesn't change any of [1:06] the lies or inconsistencies in these stories. And I'm curious to see what proof you saw that Nolan was actually there on the 4th of July. Because, as I [1:13] talked about in my video yesterday, Javon is one of the people that saw him, but I'm suspicious of his story the more I look into it. But also, the only other confirmed sighting of Nolan that we have [1:22] is supposedly his football coach. But guess what? This coach went on TMZ. He was the one who went out with Nolan's parents that day. And he never once mentioned that he saw him on the island. [1:31] The only person who has told us this was Christine Wells herself. And she didn't specify which coach because, as it turns out, Ocean Springs High School has a lot [1:39] of coaches, like a lot of different coaches. And one of these last names, I'm not going to say which one, I have recognized in my research connected to [1:47] the Biloxi Bay RV. Don't know if they're related somehow or if that was even the person, but let's not forget that they didn't even have a moment of silence for [1:55] Nolan at the first football game of the season. A football team that now has Nolan's younger brother on it. You want [2:02] to know why? In my opinion, it's because Bart Edmonson Jr. also played on the same high school football team with Nolan Wells. How much do we want to bet [2:10] that the Edminstons like to donate to that school? And y'all are acting like we didn't just sit through an entire Carmelo Anthony trial where the coach of [2:18] the Metcalf Twins clearly [ __ ] lied on the stand about them in order to protect them. But let's continue.

[2:24] Photo with all the life jackets. That's AI. It doesn't even exist in the photo submitted. [2:28] Now, this pissed me right the [ __ ] off because this is when I knew that you were either a [ __ ] you were either being taken in or the entire time you were doing this just for clicks and [2:36] never actually did any [ __ ] research in this case because this photo is absolutely [ __ ] real. They included it in the goddamn defamation letter. It [2:44] originated on the boat that Katie was on. We've talked about this because you see when I'm doing my research, when I'm doing my videos, I don't just take rumors and I run with them. I don't just [2:52] take pictures and run with them. I wait until I find a verified source. which is why I never talked about the leg thing because once the newer versions of this [3:00] video came out and I saw this orange thing, I knew immediately that that was what that was. So, no, it's not a pool noodle. It's a flotation marker. [3:08] Also, this photo where Nolan is on the back side of the boat that comes from a video that is not AI. That is real. I saw the full clip today. [3:13] Um, I never thought that this video was AI. I don't know anybody who did think that this video was AI. What we aren't sure of is if this was actually Nolan [3:21] because just like how you can't really make the faces out of anybody in this video. You can't tell if that's him. In fact, it's the lawyers who clearly used [3:29] AI to clean up this video to make it look like

him. And in fact, I just said yesterday how I didn't think that this looked like him. Unless he grew out his [3:37] hair and changed his hairline in a couple of hours, I don't think that this is him. [3:41] Nolan's family was to try to sue for anything. Okay. Okay, so they would have to sue Wy, right? They are the ones who own the boats, but they don't know if there's anything worth suing for yet. [3:51] First off, Jerry Edgerson owns the boat, not Wyatt. Second, what a bizarre thing to talk about in your proof of why you've switched sides and everything. [3:58] Again, you're not showing us any [ __ ] evidence to change any of the timelines, any of the stories, or explain any of the lies.

[4:05] Katie and Wyatt both took a stress analysis test. That's what it's called. Okay. And yeah, we already knew that. [4:11] Tatum has talked about that several times. The problem is he tried to pass it off as a polygraph test. But a stress analysis test is something completely [ __ ] different because a stress analysis test only records your voice. [4:21] It records micro tremors. And guess what? Most of the scientific community agrees that stress analysis tests are a pseudoscience, including the Department [4:29] of Justice. And you know why? Because it literally doesn't test any other physical measure. You're not hooked up to any other wires. There's no heartbeat [4:37] analysis. There's no precipitation measurement. It doesn't record your breathing. You might as well have hooked them up to one of these. [4:44] Also, Warren's bio-mom was on Horn Island that day, not his stepmom. Okay, that was confirmed. [4:49] Again, I've never seen any evidence that the judge was there. I've never said that the judge was there. I've always said it was Warren's bio-mom. The judge inserted herself into this conversation. [4:58] The judge was the one that the tip line directed to, and it was the judge's house that the cops were going to that night. Again, none of what you have said changes anything that we have been talking about this whole time. [5:11] The red and white striped girl in the swimsuit. Y thought it was older woman cuz the swimsuit is like old school. [5:15] It's a young girl. I've seen it clear like a clear photo again. Yes, we know this already because we read the [ __ ] letter. I even said that it looks like Warren's sister. [5:23] Okay, Bart's vote coming back had 16 people. Them [ __ ] counted ass and ass. Okay, it was [ __ ] to [5:28] [ __ ] [5:28] Where [ __ ] where are there 16 people [ __ ] to [ __ ] Because as we just confirmed, this is a real photo. So [5:36] where's the 16 people? But this part, this part enraged me. [5:40] Let's talk about Sasha because you got a lot to say about me, but I got very little to say about you because your character in my comment is said enough, baby. Why, and this is quoted. Would you bust in the house at 12:30 a.m. and I'm [5:48] going to quit what you said to the boys, Sheema? I should be clapping ass in the club. [5:52] Why would you say that to young men? Why? And then one of them, I can't remember who. He told me who and I should write it down. One of them was like, "Well, that's classy." Why would you say that? Anyway, you bring 15 [6:00] people with you to go pick up some some stuff. I'm just super confused. Um, anyway, what the [ __ ] does that have to do with anything? What does that have to do with [6:08] a damn thing? Real rich for somebody to attack someone's class level when you just said the phrase [ __ ] to [ __ ] Does that change literally anything?

[6:17] Allegedly, Christine has the autopsy uh title 25 state law she's entitled to. [6:21] So, that's what I want to say. And yes, again, we already knew that. That doesn't change anything about the fact that his body was sent without the larynx, without the stomach, without the [6:30] esophagus. It doesn't change that Nolan's body was found in the same place he went missing. It doesn't change that he was in an advanced state of demp, [6:37] which does not indicate that he was in the water because cold salt water tends to preserve bodies more. And it doesn't change that this whole thing started [6:45] because within an hour or two of finding Nolan's body, they basically said, "Well, case closed. Looks like a drowning." And frankly, the only new [6:52] piece of information that you present to us actually seems to disprove the narrative. [6:58] Listen, I don't know why Katie was said to be the last person with Nolan or said to the last person seen to be with Nolan, right? because she was drunk as a [ __ ] skunk boat costume. I don't know

what boat she was on. It was not the [7:05] Triton. It was not at the Palm Beach. It was not Bart's boat and it wasn't the World Craft. What the [ __ ] ever. Um, she was on she was passed out on the boat and there was a girl in front of her [7:13] smiling, taking a picture. And in the background of that photo, you can see the two boats tying up to each other in the water. Also, I think you guys got a misconred about how close they were to [7:20] the island when the boat was sinking and Bart was trying to tie his boat up. [7:23] Y'all, they was a ways out from the island when that happened. Like, when you're looking at the photo, the island from where they were at, you could see it all and then you could see where she was at druging the boat. So, it's like boom boom. I'll tell you why they said that she was the last person to see him.

[7:33] Because they're [ __ ] lying. You just said it yourself. You saw evidence that disproved their narrative. And then also admitted that the boat picture was real [7:42] when just a few minutes ago you were saying that the life vest picture was AI. I've never seen a picture of them with a pile of life vest. I've seen what [7:49] looks like to be vague shapes of life vest. But as we know and as you just admitted, this photo is real. And there's not two boats here. There are [7:56] four. One right here. One right here where this propeller is. We've got Bart's boat. And then we've got another propeller in the background that is [8:05] black. And again, there are not 30 people on these boats. And unlike you, cuz clearly you don't watch my content, I identified the boat that she was on. [8:14] Because Bri, if you're saying that she was sloppy, drunk, passed out on a boat taking pictures with them in the background, then clearly Nolan wasn't [8:22] going to stay with her. If she was that sloppy, drunk, and wasted, then how could she have confirmed that Wyatt was screaming at Nolan to get on the boat? [8:31] Like, y'all know I found the boat she was on. I found the friends. I know whose Snapchat it is. I know everything. [8:35] And you know what? You're entitled to change your opinion. But given the information that you presented to us, this this was a [ __ ] insult. You knew

[8:43] exactly what you were doing. Don't [ __ ] claim that you were interested in justice and then also claim that you're rage baiting with your actions and your content. for someone whose [8:52] entire content is crocs on the ground looking for all of the surveillance footage. Funny how you didn't ask any questions about that. Funny how you [9:00] didn't ask any questions about this AI surveillance footage. In fact, why didn't you ask them about the surveillance footage of them coming home? No, no, no. You just went to the [9:08] office, sat there, and let them tell you what they wanted to tell you, which is what they do. They took the pieces of information that they knew they could [9:16] disprove because it's the internet. It's a lot of rumors. It's a lot of untruths out there. and they're keeping the focus on those little bits of information [9:23] instead of directly addressing the concerns that people had. Like how the GPS coordinates doesn't match up with any of the boy's story. Like why they [9:31] conveniently zoomed in and left out the time stamp when the Triton was seen leaving Jax's place. Like why the Life 360 is so different from the GPS? Or how [9:39] about why Warren lied about when they launched the boats? Because this is definitive proof that he lied either to Miss Christine that night or he lied in [9:48] those interviews and made up a huge story. Or how about the time difference of last seeing Nolan at 3 and then the boat was sinking, and they had to get the hell out of there. Yet it was almost 2 [9:57] hours in between the last time they saw Nolan and that SETO call. I mean, before you put on that hat, did you even ask why the grandfather canceled the SETO call [10:06] before the call was even finished? or why they gave Lany's name as somebody Nolan was possibly involved with yet Katie was an unknown female at the time [10:15] of these reports asked about the magic color changing shorts. Did you ever consider Brie that you're being manipulated? Because out of all the influencers out there, why would they [10:24] come to you who has less than 100,000 followers? Maybe if they wanted people actually on their side and to actually hear the truth, they would go to a creator who was against them with a [10:33] bigger following. Better yet, a person of color. You had a golden opportunity, and you played right into their hands. [10:37] It didn't seem like

you asked a single question. You just sat there like a good little dog and took in the orders. And trust me, take it from somebody who has reported hard truths before. I get it.

[10:46] But I also have a lot of experience in reporting on conspiracies. I did the Karen Reed case for 2 years. I studied Epstein for over a year and a half. I [10:54] mean, you don't even know what metadata is. What about that text message from Katie that Warren said he had a picture of? Why didn't we look at that? I have never seen lawyers go on lives the way [11:03] that these guys have. They also seem to laugh and make a joke out of this whole situation, which is what evil people do and which is what you have done. If they [11:10] want to change the court of public opinion, they need to change someone like me. I'm objective and I am fair. I always leave room for the possibility [11:18] that I am wrong. But Brie said so herself. She's like, I don't know why they didn't post any of these pictures or why these pictures aren't public. And she thought, oh, maybe they need to get [11:26] permission from the owners. That's not how it works. As long as there's no nudity or expectation of privacy, it's fair game. The reason they didn't post whatever it is that they showed you is [11:35] because people like me catch [ __ ] Some of us actually give a [ __ ] about what happened to Nolan. Some of us actually read the damn reports. If you want to [11:42] talk to me and reach out directly, we can have a conversation about all this stuff that I just talked about because you full on got played. But since you're a local, maybe you can tell me why I [11:50] haven't been able to find any information about anybody drowning on Horn Island. I found someone murdered there 20 years ago. I found someone who [11:58] fell off a boat three miles away. And then I found something to do with like a lighthouse. That's it. So why do these people keep acting like it's a super common thing? Why did Warren say he lost friends out there? And I'm confused cause are you now trying to imply that Nolan got left on the island and couldn't find [12:14] a ride and just tried to swim out? Did he did he try to swim home? Is that what happened? Javon was on the island still. [12:20] Why didn't he go get a ride with him? He saw his coach on the island. Why didn't he get a ride with him? Did Trasher from the Cajun Navy come out and say that my understanding was that Nolan's blood [12:28] alcohol level wasn't at intoxication level and somehow had access to that toxicology report when nobody else has yet? And also, if Javon was out there [12:36] right before the whole fight happened, you know, around the time that Nolan was apparently cuddling up with Katie and hanging out with her and deciding that he wanted to stay on the island with [12:45] her, why did Javon not see them together? Why didn't he mention that he was all cuddled up with a girl? Because Javon was out there long enough to leave his phone. And some of y'all are saying [12:53] that Javon said that that didn't happen, but I have comment pictures right here. [12:57] That would be a bizarre, wild lie for Warren to try and put out. Not that I'd put it past them at this point. And remember how we found out that Eric was [13:05] actually the one who was asking for a ride home when the boat was speeding away? At least according to that one witness that has come forward suddenly. [13:11] So, how many more people did they leave on the island? Cause you think they would have mentioned that Nolan wasn't the only one they left behind. I mean, hell, maybe I should go down to Ocean Springs. [13:20] How about that, Tyler Cox? If you invite me down to Ocean Springs, I will come meet you personally. I will sit in your [13:27] office and I will look at your evidence and I will come back and objectively tell the people what I saw. And if you [13:34] can convince me, well, I think the whole thing would be over. Unless you don't want it to be, unless that's the plan to [13:43] stoke more racial tensions in this country. If you can convince me, I'll wear your hat for a week in my videos. I will drink Tatum's bourbon on camera. [13:51] Ah, you know what? Let's do it. Let's do it. Let's make this a thing. And yes, this is exactly how stupid you guys look on camera when you wear this hat.

**EXHIBIT B-4: "9/3 The LAWYER Has Entered The CHAT & FULL #NolanWells TIMELINE"**

Published September 3, 2026 | youtube.com/watch?v=m1H3zG0q67Q | 128,024 views | 8,644 likes

[0:00] Tyler Cox has entered the chat, y'all. [0:02] Took less than 24 hours for him to respond, which tells me yes, they have been keeping a very close watch on my content. Thanks for the confirmation. [0:10] Now, Tyler, word of advice, you should probably get your blue check mark because I have yet to confirm that this is actually him. But given his very short list of people he follows, [0:18] including Tamron Neely, who he just gave an interview to, United Cage Navy, Josh Gil, as well as Officer Tatum, pretty safe to say that I think this is him. [0:27] Now, I'm reaching out to all of y'all before I give him a response because I don't want to do something that y'all don't want me to do. I'm more than willing to drive down to Mississippi. I [0:35] drove down to Kentucky to interview people in the Mickey Stein case, I am not a stranger to it. But after what Bri has done, I don't want any of y'all to not trust my motives. So, I'm putting [0:44] this out to the community. What do y'all think I should do? Do you want me to go? [0:48] I'll have to fund raise for it. I don't want to do that unless I got y'all support and I got y'all behind me. Just so you all know, I can't be bought. I don't work like that. If I wanted money, [0:56] I would have a relationship with my rich parents. I'll start a poll down in the comment section for y'all. If you're new to my page, new to my following, aren't familiar with my past work, I totally [1:05] get it if you are suspicious of my motives. I I mean, look at what's happened. Grifters going to grift. [1:11] Sometimes they're hard to spot. But I did just so happen yesterday to stumble onto an old backup page of mine that I had totally forgotten about. I have no [1:18] idea what the password even is for it anymore. found an archive of some of my older videos, some of my older social justice work. I've been fighting against corrupt millionaires and billionaires [1:27] for years now. I've been riding for the POC community for years now. I've amplified their voices. I mean, if I wasn't intimidated when Gelain Maxwell [1:34] sent her cronies after me to try and infiltrate me, to try and influence me. [1:39] If I wasn't scared when they sent people to kick in my door, then I'm not scared now. And I feel like the 20 plus hours I've spent on my complete whiteboard [1:46] timeline really has prepared me for a meeting with Tyler Cox. But I'm not one to gatekeep information. So let's go through this timeline together. And to [1:55] be clear, these are only for sure data points. I'm talking the reports. I am talking about interviews. I'm talking about GPS, text messages, timelines, the [2:04] lawyer's own timelines. This is strictly data. No rumors, no fluff. So, starting with July 3rd, suspiciously very little info about this day. But what we do [2:13] know, according to Warren, that the boats were launched the night before the 4th of July. We also know that Nolan slept in Jax's bed. So, the first point [2:20] of data we have is at 9:41 with the security cam footage from Jax's grandparents house. We also have security cam footage from 954 and green is the user supplied MDMR GPS reports. [2:30] So, according to that GPS, they departed at 956. However, the orange is what the lawyers say with their life 360 screenshots from the defamation letter. [2:39] According to that, they left at 10:22, arriving at Horn Island at 10:50. [2:43] According to Tracestin, Nolan calls him twice at 11:00 while they were looking for a spot to park the boats. GPS then says that they arrived at 11:14 on Horn [2:51] Island, and we get a significant gap in the timeline with 155 being the Snapchat of the Three Boats party. Now, around [2:58] 3:40 to 4:00, Javon said that the two boats were tied up to each other. Notice that he didn't say Bart's boat, just that two boats were tied up to each [3:06] other. And Javon said that the fight happened. He went and checked on Tristan. When he came back about 20 minutes later around 4:00, both boats [3:13] were gone. Life 360 said that the departure time was 4:28, but the GPS said that the departure time was 4:31. [3:20] The SETO call then happens at 4:48, ending 10 minutes later. By the end of that call, we know that Jerry Atkerson had called the captain and cancelled the [3:28] SETO. At 5:24, we have this Snapchat from Katie. At 5:25, according to the GPS, the boat returns to normal speed. [3:44] they then leave Jax's and then they go east into Fort Bayou. However, according to the Life 360, at 601 was when they [3:52] returned to Jax's

house. 1 minute later at 602, Katie does this Snapchat. At 6:06, the GPS then says that it returned [3:59] to Jax's house. 636 leaves Jax's house and goes into St. Martin Bayou the boat launch driving around for about 45 [4:07] minutes until it arrives at the boat launch at 7:19. By 7:47 they are back at Jerry's. Wyatt's parents house. It both [4:15] their names are on the house. So I don't know if the grandpa actually lives there or just owns the house. I'm not sure. [4:20] 9:20 said that this was when he received the first phone call from Warren. Even though Warren says that it wasn't until about 10:00 that Wyatt started talking [4:29] about Nolan and they all noticed that he's missing. 11:07, Warren calls Christine Wells. 11:12, the call ends. [4:35] 11:13, Warren calls the Coast Guard. At 11:26 was when the Jackson County Public Safety Call dispatch recording starts. [4:42] And at 11:34, the call to the Coast Guard is ended. 11:35, Warren calls Christine again for another minute. [4:49] 11:49, dispatch is notified. MDMR, Coron, Nolan is missing, all of that stuff. That's when we get the first reports of Christine talking to the [4:57] police. However, they told her to call the Jackson County Sheriff's Office. 5 minutes later, that dispatch call says that they were heading to the judge's [5:05] house. And yes, I have confirmed that that is real. 7:25, Warren gets a call from the Coast Guard that lasts for 2 minutes. At around 12:30 is when Warren [5:13] then says he went back to his buddy's house. 1:00 a.m. Christine calls Warren that lasts for 2 minutes, and Warren agrees to speak with a deputy on the [5:21] phone. Around the same time is when the boys say that the girls walked in with like nine guys, barged into Jax's house, [5:28] etc. At 1:38, Patrick Coron speaks with to uh the Jackson County Sheriff's Office, who said they spoke to their deputies, who said they spoke with the [5:36] boys that were on the boat with Nolan, etc. At 2:24, Christine sends a text to Warren that uh the dad is there to pick [5:43] up the keys. And then 911 is called by 2:57. Now, that phone call only lasts one minute, which I find interesting, [5:50] but another time. Now, that timeline we've heard a lot about, but it's the days after that have really piqued my interest. Let's go over the next [5:59] morning. So, our first data point comes from Tristan's interview where he says at 7:00 a.m. was when they decided to go look. Warren said he woke up at about [6:06] 7:30 to his dad's text and his stepdad walking in the room asking about Nolan. [6:11] Now, I have been very confused about when the official search for Nolan started. When did they suddenly go from [6:19] we don't see a reason to search for him to oh, we should send out everybody? [6:24] Because at 8 a.m. MDMR then launched patrol vessels and they found the coach and the Wells family looking for Nolan [6:32] on a boat. At 9:00 a.m., Lieutenant Colonel Gex requests drone assistance from Captain Will Freeman. By 9:30, Tracy went out on the Palm Beach with [6:40] Wyatt, his girlfriend, and Morgan. At 9:32 is when the GPS for the Triton was powered on. 9:51, it was powered on [6:47] again with a question mark in the official report, and it moved 52 feet. 2 minutes later, the GPS is powered on again. And by 10:00 a.m., we had three [6:56] failed drone launch attempts. Then at 10:27, the GPS was powered on again. And at 10:30, Freeman requests Sheay to come [7:05] meet him out on the island with another drone because it was a software issue. [7:09] Now, when y'all see it all laid out like this, it does look more and more like the GPS coordinates might have come from [7:16] the Palm Beach and not the Triton, but that's just speculation, really. [7:20] According to Tracen, at 11:50 noon, they stopped looking after they talked to a rescue guy who said that they basically [7:27] had it handled from there. Five minutes later was when William Freeman called in to say that someone needs to go question about Laney, Drew Johnson, and Jacob [7:35] Woods. Organ also confirms that after they talked to people, that they all met up on the beach and talked to each other, the two boats, the Palm Beach and [7:44] whatever Warren's boat was, which is right around the same time that the first drone flight from the second drone takes off. This is also around the same [7:51] time frame that Jack said that he, Warren, and Morgan all received calls about getting interviews or having questions done, which again falls right [7:59] into the time frame where it seems like they were actually inserting themselves into this investigation and taking control of the narrative and talking to all the cops, the police, the rescue, [8:08] whatever. At 1:22, the second drone flight happens. And from 1:22 to 3:22, that's when a bunch of knock and talks happen. I haven't researched exactly [8:17] whose addresses and who was working at these hospitals and stuff yet, so I'm not

going to go into that later. We'll do that another day. But after the [8:24] second successful drone flight, at 4:30, they contacted Wyatt's mom, who said that he had already spoken to the [8:31] Jackson County Sheriff's Office, but they'll do anything they can to help. [8:35] Right around that exact same time, Jackson County Sheriff's Office tells MDMR that they are taking the lead. MDMR [8:42] then uh cancels their sonar scans. At 4:50, the GPS is powered on by one of the officers and they take a picture of [8:50] the screen. Then at 9:52, Freeman requested more sonar data in order to help them with their search. Now, when I was going through and watching all of [8:57] these interviews again, I caught a couple things that I didn't catch before. This is what Tristan said the morning of July 6th, the day that [9:05] Nolan's body was found. And I'm not saying the day that his body was found, I mean hours before the body was found. [9:10] I was putting fuel in our boat at 6. I got told that they were we were taking out another boat to Chandelier at 7. So, [9:19] I put my boat back on the lift and I was I went to McDonald's [9:26] and then I got the news after I left McDonald's that his body was found. [9:31] So, Trac said that he was up all night and at 500 a.m. he decided that they were going to go back out and look. He never specifies who they were. He's [9:39] putting his boat in the water. He's fueling it up. Even though MDMR or rescuer, whoever told him literally the [9:47] day before that they got it. They were like, "Oh, we're not professionals. [9:50] They'll handle it." Yet some reason they're putting the boat in the water. [9:54] They're refueling it. Oh, but then after they fuel it, and after they put it in the water, suddenly they're changing boats and they're going to take another [10:01] boat out to the island. He puts his boat back up on the lift and instead of actually getting that boat and going and doing that, they go to McDonald's. And [10:10] then that's when he found out that the body was found. Oh, but it gets better, folks, because just as Trac is putting his boat back up at 6:00 a.m. is when [10:18] the Cinjun Navy is sending out their aircrafts. sent out a bunch more search vessels throughout the morning and the last one leaves right before 8 a.m. A US [10:26] parks ranger calls in that he found a body on the shore just before 8 a.m. and Sheriff Lead Better confirms that they received a call about the body at 8:45. [10:36] The body is taken to the coroners at 11:00 and it wasn't until 1:00 that the family confirmed that it was Nolan. Now, [10:43] all of those events might be true, but let me reframe the context that makes more sense to me. Traston is up all night and despite the fact that they [10:52] didn't take his boat out the day before at 6:00 a.m. he's putting fuel in his boat. But instead of taking that boat out, they put it up and he goes to [11:01] McDonald's. He gets breakfast and he waits for a call that they have found the body because clearly to me he [11:10] received a phone call before the public knew. Sounds more to me like the boat was out all night and that's why they [11:17] had to refuel it before taking it home and putting it up on the lift. Now, sunrise happened just a little before 6. [11:24] And would you be shocked to find out that I looked up the high and low tides for July 6th? Low tide the night before was at 10:19. Know when the boats were [11:33] all still out searching for him that night. We don't know when they were recalled, but we know that the sonar request happened at about 10:00. But high tide was coming in at 10:03 a.m. [11:43] Nolan's body was found way up on that shoreline. And we can argue high tide, low tide all we want, but the fact of the matter is it was an [11:50] uncharacteristically low low tide or I guess a low high tide with only about a 7 in difference. Now [11:58] July 7th by 200 p.m. was when Crump was officially retained. It's made public and everything. And at 3:30, the Jackson [12:06] County Sheriff's Office has a press conference asking for pics or reporting any unusual activity from Horn Island that day. Remember, at this point, they [12:14] had already pretty much written it off as, "Guys, it was probably just a drowning. We're fine." But now that Crump was on it, now they seem to actually be doing some work. Then at [12:22] 6:10, the GPS for the Triton was powered on again. By 9:15 is when the judge did her Facebook post that we've all seen. [12:30] And it was someday on this day when the Horn Island boys were officially interviewed. On July 8th, Trump announces the independent autopsy that [12:38] they're doing and that it will be completed by the 10th. At 1:41, the Jackson County Captain Kristen Johnson [12:45] requested William Freeman again to come and help download the GPS, even though Sheay Smith was the one that was sent to [12:53] actually retrieve it. At 409, Smith meets with Bart Jr. at 510, they meet with

Jerry and Jen Pyone. And at 5:13, [13:01] the GPS is powered on by Smith. That's when they downloaded all of that GPS data. Wasn't until July 8th. They never thought about downloading any of the GPS [13:09] data when they were looking for him. Now that Trump is involved, it seems like they actually had to do some investigation. that an independent [13:17] autopsy was going to be performed and they couldn't just go with whatever the, you know, coroner's office says would happen like so many other black folks [13:26] whose deaths were undetermined, thus preventing basically an investigation from happening to begin with. Well, now that there's an independent autopsy, they know they have to do some work. [13:35] July 9th, Crump does another press conference. And then that night, by 10:30, the judge posts about the threats and said that they won't do press. The [13:44] very next day, however, is when Javon does his first TMZ call-in, and then 3 days later, Tristan does his first with [13:52] Good Morning America. Now, when you lay it all out like this, when you put all of the data points together, it's starting to paint a picture, isn't it? [13:59] Here are some of the bullet points that I take away. Either something happened the night before they all went out and people are lying about seeing Nolan on [14:07] the island, which would make this a lot bigger and would cause a lot of coordination on the parts of the parties involved. the parents would have to get in on it. I'm sure the lawyers would [14:16] have been doing stuff behind the scenes, etc., because now we know that Tyler Cox was retained on July 5th, or something [14:23] happened after they returned from getting the boats out of the water. [14:27] Something happened between 8 and 900 p.m. Because if you think about it, these lawyers have focused in so much on the SeaToe video. They're obsessed with the story of it sinking and everything. [14:38] As we learned with Crocs of on the ground, they like to focus on the things that they can definitively disprove instead of answering the questions to [14:46] the pieces that don't make sense. So, what if we are misharing what is going on in the background of that CTO call? [14:53] What if all of the all of the stuff is explained away? What if they were genuinely calling out Nolan in the [15:00] background because he was on the boat still? He was helping with the situation. We just didn't see him in that video because as we all saw those [15:09] boats were all out in the distance tied up and everything. We never get a picture of the whole situation because remember according to Warren there's a [15:17] text message picture of Katie talking to one of his friends saying that the last time she saw Nolan was when he was heading to their boat and they were [15:25] like, "Get on the boat, Nolan. Get on the boat." Yet, we've never seen this text message picture. Probably because it would reveal more details than they [15:32] want us to know. These are just the two things that make sense to me. But I also do think that Javon there's there's something more going on with Javon than he's telling us. It might be an effort [15:41] to protect Javon while also still trying to get justice and get answers because again the only confirmed sightings that [15:48] we really have of Nolan besides some questionable pictures is Javon and the coach. But I did find this in one of the interviews that I missed somehow before. [15:58] We talked to them. We gave them all of our information. Uh they personally asked if any of us were uh like on on [16:06] the boat with him that day. We told him yes. Um they just said all right well I mean we got the area. [16:13] Who who else in the friend group was out there? Did you see Nolan's family? Did you see some of the other kids that showed up at your house? You see anybody [16:22] else out there? I we did see uh couple we met up with uh a coach that was previously Nolan's high school coach. We [16:31] met up with him. Uh they said that they had previously already been on the island. They already they walked uh a [16:38] good bit down the island both ways and uh they were just driving around the island like we were doing. [16:44] Did I not say that that coach that told Miss Christine that he saw Nolan on the island was suspicious? From what I could [16:52] tell, none of those boys played football with Nolan. But you know who did? Bart Jr., whose brother was helping them search that morning. And now that I [17:00] think about it, now that I say it out loud, isn't it weird that Bart wasn't out there helping them search? He was on the same team as Nolan. His brother was out there. All of his friends, his [17:09] buddies were out there. So why wasn't Bart helping search? Anyway, folks, here's the timeline. Feel free to screenshot it. Use it for your records.

[17:15] Spread it around. Do whatever you want to do with it. And y'all let me know. [17:18] Should I go meet with Tyler Cox? Y'all let me know.

## EXHIBIT B-5: "9/6 I Think I Solved The #NolanWells Case...."

Published September 6, 2026 | youtube.com/watch?v=1pHSkncpEig | 115,843 views | 11,279 likes

[0:00] Genuinely, legitimately, guys, I think I've solved it. I have chills all over my body right now. Going to put a full [0:07] compilation of the last two days of videos of mine on my YT page, but I think I did it. I know I look completely insane right now, but you know what [0:15] makes me insane? This case, cuz there's been something about the timeline that the boys presented that has bothered the hell out of me. And it seems like it would be insignificant, but it's not. [0:25] the driving arrangements to put the boats in the water and to take them out because anybody who's ever had a boat knows you need at least two people to [0:32] put a boat in the water, right? One person to drive the vehicle and one person to drive the boat. But going back and listening to those interviews again, I did a mini timeline just so I could [0:41] understand what they were saying that the arrangements were and I have found holes. So in the morning they went and got breakfast at Mickey D's, right? [0:47] Warren said that Wyatt's boat was hooked up to his truck. He also said that Wyatt went with him as well as somebody whose [0:54] name was edited out clearly was either Brooks or Jax because of the last syllable we could hear in the edit. Now, I'm going to assume that it's Brooks [1:02] because he shows up a lot in the driving stories later on. But then, according to Warren, Wyatt put the small boat, the Palm Beach, in the water, right? Then [1:10] Warren drove the Palm Beach to Jax's house. So, that's one boat in the water, one person in that boat, and now we only have two people left. So now let's [1:18] assume that Wyatt then put the boat in the water himself, the Triton, and that would leave Brooks left as the driver. [1:24] So then Wyatt and Warren drove the boats, right? But now we're left with two vehicles at the boat launch and only [1:31] one vehicle driver. Now, there's always the argument that they parked it at the boat launch all day and just left it while they went out. But there's not [1:38] many parking spaces. Given it was Fourth of July, I seriously doubt that there were any spaces. Now, all of that was before they went out that day. So then [1:46] according to the boys, the Palm Beach left first. No idea what happened with that. We've talked on that in other videos, so I'm going to kind of skip over it a little bit because remember [1:55] the Palm Beach was not available to them when they wanted so desperately to go search for Nolan that night. Yet somehow the Palm Beach was still in the water in the morning. So Palm Beach is gone. [2:04] We're taking that out of the equation. [2:06] Now, supposedly after they were done fixing the build pump and all that everything. I just realized they never explain how they got all those people [2:14] that were on that boat to someone else's house because at no point in their story did they ever mention dropping people [2:21] off. According to them, at that point, there were eight people on board. So, how did all those people who were at your house being picked up on your boat

[2:29] get a ride somewhere else? Who went and picked up a vehicle to even come and get the boat out of the water? Because according to Warren, after they took the [2:37] Triton out of the water, they went back to his buddy's house and had dinner and a nap. Remember, supposedly at this point when they're taking the boat out of the water, there's a ton of phones [2:46] that were left on the boat that they couldn't figure out who they belonged to. Remember? [2:50] Uh, well, I brought the boat to dock and that's when I had gotten out and got back in the car and I didn't I didn't [2:56] even drive. A buddy of mine drove me and we went back to Jack's house. five other people that also left their phones on [3:05] the boat and we had to wait at the boat launch for them to come and pick them up, including Javon. I mean, Javon left his phone on our boat. [3:13] So, besides Nolan, five other people left their phone on their boat. Notice that Jack said our boat, even though he [3:20] supposedly ran in on Bart's boat. So, was Bart also putting up his boat at the same boat launch at the same time? My [3:28] real burning question is you waited around for five people to come pick up their phones, even though you say yourself that you weren't sure whose [3:36] phone was which and you eventually get it all figured out. So my question is, why did you know to wait around for five people to come pick up their phones, but [3:44] it was okay to leave before Nolan came

and picked up his phone? And I'm curious if Nolan's phone had like a casing or [3:52] something that made it identifiable because how did they know it was Nolan's phone to begin with? For Nolan's phone to end up in Wyatt's truck, one would [4:00] assume that Wyatt was the one who came and picked up the Triton and docked it on his boat or his vehicle, right? But they took the Triton and they arrived at [4:10] the grandfather/mom's house at 7:47. And according to Traston's story, an hour and a half later was when he got the first phone [4:18] call from the group. So, I'm really curious, Warren, to know how you dropped off the boat, took a nap, ate dinner, then went to a party, went upstairs to [4:27] talk to your girlfriend's dad instead of, you know, actually party partying. [4:31] And Wyatt starts talking about how Nolan's not there. We've always known that this was the wonky part of the timeline for sure. And again, if you had [4:39] all of these people on these boats, where did they get rides from? Then the question becomes, where is Warren's truck? Because Warren also says that

[4:47] Brooks dropped him off at his house that night. You know, after they barged in and demanded the phone, and Warren slipped up during the interview and said this, the keys on the boat with the phone. [4:56] No, the keys were uh they're at my house at J's house. Uh cuz we all stayed there the night before. I'm sure if I would have left my truck at Jax's house, I [5:05] would have left my keys there, too. If you would have left your truck at Jax's house, where the hell was your truck? [5:11] Cuz your truck dropped off the boat in the morning. I mean, at this point, we know that that's a lie because we have the text message proof. But if your truck was the one to drop off the boat, [5:20] where did you park your truck? So, we have two huge pieces of this puzzle to me. The Palm Beach and Warren's truck. [5:26] Now, on its own, it might be nothing, but there is a clue hidden in the seat toe call that has led me to a framework of a theory. [5:34] Who would you like it to, sir? [5:37] and tow it to Ocean Springs or Fort Bayou launch. [5:41] Well, now wait a second. Why did he start to say a completely different boat launch? Cuz remember this is the Fort Bayou one. This is the one that the GPS [5:50] tells us about, but the Ocean Springs Harbor boat launch is right here, which is right next to the yacht club and that [5:57] fishing dock that they turn around at, remember? So, it would make sense that these people all parked over at the yacht club. And that's why we got that [6:06] fun little loop toloop turnaround there for no reason. That has been explained. [6:10] But it gets even better, folks, because right here, like I said, is the Ocean Springs boat launch. Now, what if I tell you that Warren's mom and his stepdad [6:19] right over here, right there? Right over here. I won't tell you where, but right in here. And yes, there is another boat [6:26] parked by their house. and what looks to be like a full-on yacht. Now, I don't really know what any of this means. I don't know how this puzzle fits together, but it just feels significant.

[6:39] I went back and I listened to Traston's story about how the fight happened. And I realized it doesn't make sense. Like, if you actually put it on paper and [6:47] listen to the timeline, my girlfriend, we were I wouldn't even call it an argument. She was upset that I lost the lid to her koozie. I dropped it in the water. [6:58] Okay, so step one of this story, drop the koozie in the water and lost it. So clearly they had to have been on a boat or in the water when that happened. [7:06] So she started to let me hear it and basically told me I was paying for it and she was really [7:13] upset with me and mad about it and I needed to kind of sober up a little bit. [7:18] And um so we're walking back and during that time this guy that I'm not I'm not friends with. I know of him. I don't [7:25] know him. I didn't even recognize him when I got in original fight. He had buted himself into my conversation. [7:32] Okay. So then he says that they were walking back. So first off, that implies that you went from the water onto the shore because obviously you weren't [7:40] walking on the beach when you lost her koozie in the water. And walking back implies that you were hanging out with the other group of friends when you [7:48] dropped this cozy in the water. Then that's when this guy that he recognized but didn't really know but budded into their conversation. mean that this [7:55] person either had to have followed you and your girlfriend from the water onto the shore to

butt into your conversation or he was on the shore when you were [8:04] walking by and you guys were having an argument. [8:06] Basically was telling me how I needed to handle or address the situation with my girlfriend. [8:13] And man, we weren't we weren't even yelling at each other. We weren't arguing. It was more along the lines of I literally told her I was like, "Man, I [8:21] just want a beer." And she was like, she was like, "Well, go get him." Blah, blah, blah. Well, when I said that, she [8:28] um she ducked her head under water and he had walked up and he told me, "Okay, so you weren't fighting. It was just like conversations." And then you [8:36] wanted a beer after she said that you needed to sober up and she told you to go get one and then ducked her head underwater. So now you are saying that [8:44] you are back in the water enough for her to duck under it. [8:48] Her head under water and he had walked up and he told me. [8:50] Okay. So now her head is underwater and he walks up to you. So again, was he supposedly following you guys around? [8:57] And after I came out, he swam. He threw the first punch. [9:01] Okay. So you guys are supposedly in the water and he threw the first punch. [9:04] First off, I don't think any of us are believing that he threw the first punch because according to you, he approached you in the water. And that is not in an [9:12] ideal place to start a fist fight. What does sound more likely is a drunk jackass who's upset with his girlfriend and now upset that someone doesn't like [9:20] the way that he's speaking to his girlfriend would take the first swing. [9:23] Um, I look over and I see my uncle and my uncle's yelling at me to get in the boat. I stopped fighting. As soon as me and him made eye contact, I got an uncle. I got in the boat. [9:33] All right. So now the uncle is telling him to get in the boat. So clearly he was now in the water by his uncle's boat. [9:40] I was getting there. So when I'm on the boat and I'm trying to they're trying to cool me down. I'm trying to get back off the boat. So I I see the crowd forming up on the island. [9:49] Okay. So he's on the boat. They're trying to cool him down. He wants to get off the boat, but they aren't letting him. And then that's when the crowd starts to form. [9:56] My my little brother and Carter are like really good friends. Like best friends, I would say. He's over at our house all the time. [10:04] Carter heard him still talking crap as he's getting out of the water and I'm on the boat and the situation is like done [10:11] and over with, right? Well, he sees him talking crap. So Carter gets up and more along the lines of defending me and for [10:19] what? He was like, "Well, if you got a problem with Tristan, we can handle it right here." Okay, so now you're on the boat. The guy you just had a fight with is getting out [10:26] of the water. Talking crap about Tristan as he's getting out of the water. But then Tracan said Carter got up and said, [10:34] "You know, we if you have a problem with him, let's handle this now." Now, what did he mean by Carter got up? Was Carter on the boat? Was Carter on shore sitting [10:42] somewhere? I I remember getting off the boat. I got off the boat and I walked up to the island. I told I was telling people I was like, "Hey, like I just need to cool off. Like, let me be. This is after [10:51] everything is dispersed. There was no crowd anymore." When I walked off the boat and I was like, "Let me be." Well, again, my uncle yelled at me and I was like, "I don't care what you're doing. [10:59] get back on the boat. We're leaving. [11:00] So now, supposedly the crowd had dispersed. Your uncle doesn't see you get off the boat or go up to the island because you clearly had to do that. But [11:09] for some reason, you get off the boat, go back up to the island to tell everybody to leave you alone to let you cool off. Cuz to me, it sounds like you [11:16] went back on the shore to rejoin the fight to help out Carter, which prompted your uncle to tell you to get back on the boat again. Now it's time for one of my now famous midv video discoveries.

[11:27] That's right. So, remember yesterday how I found this boat at Warren's parents house? Well, naturally, I thought to myself, if you've got this boat, why [11:36] aren't you taking this boat out for Fourth of July? So, I went to the other videos. You know, the ones that were taken around the time of the fight and they pan around. And in the background, [11:44] I saw this boat. In the other video, I found this boat. Very clearly the same boat. And I started to ask myself, could [11:52] this be the same boat? It has a lot of similar characteristics, but not enough for me to think that yes, that's definitely the same boat. Until

I went [12:00] looking for this picture. I wanted to find this picture because this girl, Caitlyn Brochard, the one who said that Nolan was nowhere in sight when they [12:07] left at 7:30, well, she's mutuals with Traca Moore, who was responsible for this video with Dr. Details. But that's not [12:14] the point. The point is, look in the background there. Oh, now wait a minute. [12:18] From this angle that seems very clearly to me the exact same effing boat from [12:26] this cabin deck area in the back from the bertrram at the top shape of the windows shape of the bow in my opinion [12:34] is absolutely the boat that clearly belongs to Warren's mom and his stepdad. [12:39] And look what's now missing. This little black boat. this little black boat that clearly is not a full-on boat and also not one of the two boats that belong to [12:48] the Hudson family. Which brings me back to the very first thing in this case that made me stop and go, "Wait a [12:54] minute." From the literal first day I looked at this report, looked at this case. The first thing I noticed was that [13:02] there was a different boat listed on this report than what the boys claimed was out there. Because a tide craft is a lot effing different than a tide line. [13:12] Cuz my whole thing about this report that I didn't understand was why the MDMR wrote down the wrong boat. It's [13:19] literally these people's jobs to know boats to know what kind of boats to look for like on a search mission trying to tell me that the professional water boat [13:28] people don't know the difference between a tide craft and a tide line. Now, don't get me wrong. I don't know if that's a tide craft in the background, but a [13:36] tidecraft would make sense because they're literally designed to usually be like inflatable. Inflatable. It's usually inflatable and it goes back and [13:44] forth from a bigger boat to land because bigger boats can't go that far up. So, if this video had some boat next to the [13:52] big boat right after the fight, then seemingly is turning around to leave during this picture where people look like they're getting ready to leave on [14:00] this boat, too. It's safe to assume that this boat in the background is suddenly taking off after the fight. Oh my god, [14:07] that's when it happened. I bet that is when it happened, y'all. Carter was drunk. He was fighting on the shore. [14:13] They were dragging his ass out into the water to go back to mom and dad's boat. [14:18] Nolan, the peacekeeper, probably went with Carter. And Trump Carter was still looking for a fight and Nolan was trying [14:26] to calm him down. Oh, this is this is fitting in some puzzle pieces, folks. [14:30] That's why Wyatt and Brooks went back to his house when they found out they were going to go search that boat and Warren [14:38] got dropped off at his parents' place where the body was actually at. That's why Wyatt said they don't know anything [14:46] about this. Oh yes. That's how Jerry canceled the SETO beforehand. That's how this plan was so much smarter than these [14:53] drunk dumbass teenagers are. And that's why this whole thing started is because the parents knew that they would be liable for Nolan's death from the beginning. All allegedly.

**EXHIBIT B-6: "9/10 So If Their YACHT was on #HornIsland…"**

Published September 10, 2026 | youtube.com/watch?v=4Tb1UA8PIqg | 114,344 views | 7,972 likes

[0:00] Now, some of y'all might remember that a couple days ago, I identified a yacht in the background of the Horn Island videos and pictures that just so happens to [0:07] bear a striking resemblance to the yacht that is parked in front of Warren's mother and stepfather's house. And when you really think about it, of course [0:16] they had a bigger mommy boat on the island. Like, of course, it makes sense that they would have a bigger yacht that would be their home base. How would they [0:24] have eaten? How would they have gone to the bathroom on the island for 6 hours? [0:28] You can't go out boating and not have a place to go to the bathroom and have food. So, now I want to go through my timeline again, factoring in this yacht [0:35] right there. Before we get to the timeline, I do want to point out a couple of things, like one of them being this boat seemingly parked alongside the yacht. And it would make sense that [0:44] there would be a boat that would going back and forth, back and forth from the island to the yacht. Now, if you look at this boat, it looks like it has like a [0:51] black canopy over it and it's long and kind of flatter. It's giving me pontoon style boat. And it just so happens that this morning I found some interesting [1:00] pictures on Instagram. Here we've got all the boys on a black pontoon boat with Warren who's tagged here driving [1:07] the boat and another picture in what I'm assuming is the same boat on the same trip with a big black cover. And you'll see Jax is driving the boat in this [1:16] picture. Now, there's no way of telling like who this boat belongs to or if it's the same boat that was seen with the yacht. But now we know that these boys [1:23] had access to a black pontoon boat and clearly had permission to drive it. And so one cannot help but think that this black pontoon boat might be a factor in [1:31] all of this. Also want to talk about something in Tristan's story that has bothered me for a while now and isn't adding up.

[1:38] My my little brother and Carter are like really good friends, like best friends, I would say. He's over at our house all the time. [1:45] Now, here's the problem with that. Y'all know that I have scoured their social media. I have discovered the connections, their families, all this stuff. Nowhere have I found that Tristan [1:54] has a brother. Not a single family picture, not a tag, not a mention. And his mom talks about her kids all the time. Yet, there's no trace of a [2:02] brother. And of course, there's an argument that maybe he's talking about his dad's son. Maybe that's a biological half brother. But then again, there's no [2:09] pics. There's no mention of it. So, it sounds to me like he's talking about a brother, which is still weird because he says that Carter comes over to our house [2:16] all the time, which implies that this brother lives with Tracestin, and clearly he does not. So, why is he making it seem like Carter was stepping into the [2:24] fight to defend him because he's so close with his brother? Makes no sense. [2:29] And what makes even less sense is when he said that he was asleep and his brother came and woke him up saying that Warren was trying to get a hold of him. [2:36] Which implies to me that this person, whoever this brother was, was actually with Warren when he was trying to get a hold of Tristan. And then that brother [2:45] went over to Tristan's house, walked in and woke him up while he was sleeping. [2:50] Like he was sent there. And while I was on Tristan's Instagram, I realized that the only post that he has posted on there in like nine months, like since

[2:58] Christmas, was this one on August 17th, he said, "Drew aligned in the sand and chose a side. # longlive Nolan # truth [3:07] is truth." Now, I want you to go ahead and read this whole thing because he's acting like it's a tribute to Nolan, saying, "Cherished people deeply because showing up for the people who matter is [3:15] the most important thing you can do." But when you go through the pictures he posted with this tribute, there's barely one of Nolan in the beginning, one right [3:23] there, and the rest were all the friends. And get this, the day that he posted that was the exact same day that the NAACP announced that they were [3:31] joining the legal team representing Nolan's family. as well as that being the day that

Crump sent a letter to the district attorney's office to figure out [3:39] a time when everybody could come in and view the phone. I also have to touch in on this message that Warren Hudson's [3:46] mother sent literally the day after Nolan went missing at almost midnight. [3:51] That frankly sounds like she was drunk off her a when she wrote it. You'll also notice that Nolan was asked to get on [3:58] the boat when they were ready to leave at 5. Now, let's get into this timeline because we might remember that Javon had said that there were two boats that

[4:05] Nolan was on that was tied up together and around 3:30, four o'clock was when he said the fight happened and he went to go check on Tristan, all that stuff, [4:14] which absolutely fits into the timeline of this Snapchat. Remember, this is the one at 4:01 that we hear the give me my effing phone back conversation happened. [4:22] We also know in the background of this video, the yacht is facing towards shore. Now, we know that Tston was yelling from this boat, which sure as hell doesn't seem like his uncle was [4:31] making him get on the boat to calm down kind of moment. This feels like just after the fight happened and everybody's on shore gathering, which would have been when Carter started it up again. [4:41] How much do we want to bet that Traston rejoined in on his fight and that's when his uncle was like, "Get on the boat. [4:47] We're leaving." By Warren's own words, a girl was the one who told him, "Hey, your brother just got into a fight." Now that I plotted out how close that fight [4:56] actually was to all of the boats, I find it insane that Warren didn't actually just see it happening or hear it happening. But remember, Warren said [5:04] that he went and got his brother and was like, "Hey, just come hang out and chill out with us in the water." Now, I'm thinking that 17-year-old jiujitsu [5:11] training Carter might have a hair trigger. Actor in his age and alcohol consumption, there's a good chance that he was just flapping around, unable to [5:21] settle down. Warren calls his mom and gets a hold of her because remember in one interview he said that he was able to get a hold of her no problem and that [5:29] she was just on the other side of the island and she told him to just bring Carter in. Now, how much do we want to bet that it was Wyatt that was yelling [5:36] at Carter to get on the effing boat cuz that kind of anger, that kind of language, that goes towards somebody who is making trouble and not listening. And [5:45] that doesn't sound like what was going on with Nolan cuz remember Katie apparently said that the last time she saw him was he was walking back towards [5:52] the friends. Warren also claims that he has a picture of a text message to his friend from Katie saying that she heard Wyatt yelling for someone to get on the [6:00] boat. Which is exactly why I think we have never seen these text messages from Katie. They showed us all this evidence but never showed us the Katie text message picture because I'm betting in [6:09] that text message Katie clarifies that it was Carter that was being yelled at. [6:14] That's the only reason I can think of to not show us that text message. Now, Nolan being the peacekeeper of the group seemingly would try to calm Tan down, [6:23] try to calm Carter down. For all we know, Carter and Tan were the ones fighting each other, and that's why they separated them. And I think whoever [6:30] Ton's brother is went with Carter and possibly Nolan to the yacht to drop Carter off. But something happens in

[6:38] transit because if you look at this picture with the black pontoon boat, it looks like there's a little bit of a wake trail behind the pontoon boat. Like [6:45] it had just sped up and was like pulling up to it. Keep in mind that that was around 401. Yet in this picture, we can clearly see that within that 25minut [6:54] period of whenever the Titan had to leave, we can see in the background the yacht has now turned around and seems to be leaving. Now, what if Warren's mom is [7:03] correct and the original plan was that they were all going to leave at 5. So, when they saw the yacht turn around and start to leave before that time, what if [7:12] Warren got worried because notice Warren is on the Palm Beach by himself. All these people are on the Triton. Like, they're all getting ready to leave, too. [7:20] But they haven't even brought in the buoy, you know, the bumper to keep them from knocking into the other boat. But what if this was the time Warren tried [7:28] to call his mom eight times and she just didn't pick up? So now let's

say that the Palm Beach has left and then that's [7:35] when the whole story about the sinking starts to happen. Bart's boat now being the only boat left tries to tow it out, [7:42] tries to plane it off like they all talk about, but all of that part of the story is true. They were having problems. They tow it out. Naturally, that's when the kids start calling their parents who are [7:51] all probably on that yacht trying to figure out what they should do. The boat's dead. Art's boat can't tow it. [7:56] What are we supposed to do? Now, I'm not going to fret over the details and stuff of the seat and the and the boats and the yacht and all of it. This middle [8:03] part, we don't know. But if Nolan was dead on the yacht at this point, along with Carter and all these rich parents who are now worried about their personal [8:11] liability and all of this, would make sense for everybody to assume that Nolan was effing okay. Also, why it makes sense that they knew to wait for [8:19] everybody else to come retrieve their phone except Nolan because they're thinking he's on the yacht with the parents. No matter what, Warren's story does not match up with what the GPS [8:27] says. Remember how I said the whole like where's Warren's truck thing? But if Warren when they got to the boat launch drove in his truck to his parents' house

[8:36] to figure out what was going on and Warren didn't really take a nap like he said, that's when the parents explained to him what happened. And that's why it [8:44] would make sense that Warren had to go back to this party that everybody was expecting him to be at and he talked to [8:51] his friend's dad upstairs instead of hanging out at the party. A crucial effing piece of that evidence is the 920 phone call that Tracon said he first got [9:00] from Warren because remember how they all went over there to watch fireworks together? Well, turns out fireworks started at Deer Island right here on [9:07] July 4th at 900 p.m. and they last approximately 20 minutes. Warren called Treyston almost the minute that the [9:15] fireworks were over. Contrary to the interview where he says that they noticed he was missing around 10 and that it was Wyatt's idea. How much do we [9:23] want to bet that the girlfriend's dad was also on that boat on that yacht? [9:29] Because guess what? The family, they're friends with each other. The parents, they're hanging out. They're partying together. They post about each other on Facebook all the time. Now Warren, the [9:36] dad, possibly his parents, who knows all else was at this party. All we know is that Warren seemed to segregate himself from the rest of the party. Instead, spoke to him upstairs about boats. [9:46] Warren, in an effort to protect his family, is now orchestrating all of these pawn points. Remember, Trac said in his interview that the first time [9:55] that he spoke with Warren that night was when his brother came into his room and woke him up and said that Warren is [10:02] trying to get a hold of you. We now know that Tston doesn't have an effing brother. So Warren specifically sent this brother to go wake Tristan up so [10:11] that he could call him. Remember Tristan said himself because he was like, "I need to I need to be clear about this." I called someone else's phone and it was on speakerphone and everybody talked. [10:23] Now what I'm thinking is Warren then called the Coast Guard. After that phone call ended, Warren went to the judge's [10:30] house, his dad's house to wait for the cops to come speak to him there for two reasons. one, so that the cops would be

[10:37] certain that they knew that he was the judge's kid, and two, so that Ashley could work as his lawyer. That way, they could be interviewed away from all the [10:46] other witnesses who might be like, "Hey, um, that's not what happened." And also keeping them away from his mom and stepdad's house where the body was. Cuz [10:54] remember how Tracan slipped up and said that Warren had to go when they were talking on speaker phone together because he was like, "Oh, this is the Coast Guard." And hung up. Well, that [11:03] happened at 12:25. So Warren gets a call from the Coast Guard that lasts only two minutes, which was probably the Coast [11:10] Guard following up after he talked to whatever law enforcement officer. And I'm sure at this point everybody is just downplaying it so that the Coast Guard [11:17] doesn't actually go out and look. But they had Traced on speakerphone because he had been looped in by his brother about what is going on. And so he was [11:26] giving them an update. And by he I mean

Warren was giving all of the group that were privy to what was going on an update from his conversation with the [11:33] cops. and then the Coast Guard because remember then five minutes later is when Warren said he went back to his buddy's place. Back to his buddy's place meeting [11:40] Jax. And so then when Javon's mom came over with the crew and things started going crazy, they were like, "Oh no, everybody's scattered." Because by 2:30, [11:48] we know that Warren and Wyatt are now no longer there. That's why Wyatt said 911. [11:54] My family doesn't know anything about this. So then they go drop off Wyatt and then Warren goes home. Brooks probably went back to Jax's to spend the night. [12:02] And my guess is around 7 o'clock in the morning is when the official word that they were doing a search party went out because Tristan because of his mom is [12:10] tight with all the cops in the area. His mom used to work for the cops and also her best friend is a cop. And that's why when Tan said they all decided to start [12:17] looking at 700 a.m. 7:30, uh Warren gets woken up by his dad texting him basically at the same time his stepdad [12:25] walked into his room. They obviously were not going out there looking for Nolan. They went out there so that they could insert themselves into the

[12:32] investigation like a lot of perpetrators tend to do. I mean, that's like serial killer 101 for the record. I mean, going back to the scene of the crime and [12:40] trying to insert yourself into the investigation. And now it's just dawning on me if what if they were never going to find Nolan's body? What if the [12:48] original plan was that they were never supposed to find the body? Then suddenly this became a social media firestorm. [12:54] But I think clearly Warren's mom was freaking out so much that she drunkenly sent this message and they realized that [13:01] they needed to find a body because eight hours after this message, Nolan's body was found in the exact same place. I did a whole video talking about how I'm [13:09] pretty sure that Ton was the one who actually had to dump his body. In his interview, Ton genuinely seemed both angry and guilty to me, like he was [13:18] overcome with guilt. But that's also why this message feels like it's not about Nolan. It's about the friends that he's [13:26] choosing to protect over Nolan. Cuz I'm sorry, saying drew a line in the sand and chose a side isn't what innocent [13:34] people say. That is not a phrase that normally would apply to this situation. [13:40] And it's like truth is truth has become their little dog whistle amongst each other. And if what I'm saying is anything even close to the truth, shame [13:49] on these parents. Shame on them. And I'll be honest, I am getting some weird vibes from the stepdad.

**EXHIBIT B-7: "9/13 Tyler Cox ADMITS HE LIED ABOUT ME in an attempt to sow doubt and ruin my reputation."**

Published September 13, 2026 | youtube.com/watch?v=6Dk4QPngBOA | 95,799 views | 7,307 likes

[0:00] Now listen. Um, so when you dropped that, who live who live stream was this with this comment you dropped? [0:08] I I don't remember. I think it was, was it last night or the night before? [0:15] Hell, I don't know. I just saw uh what's the name? Um, what's what's this? Bri, she dropped this she did I think she dropped this video yesterday or today. [0:28] Oh, well I don't know why B dropped that video. Um, but I did I did make that comment on it. [0:36] So when you said meeting, what what do you mean meeting? J Megan meeting cuz you said it was a phone call. So it was a phone call. [0:46] No, I put that on there um because I thought it was funny. [0:56] I know you [ __ ] lie. [0:59] I know your mother. [laughter] No. [laughter] No. We ain't doing this. We No. [1:12] [laughter] [1:15] No. We ain't doing this [ __ ] No. First of all, you said you new to Tik Tok. You you new to this whole social media [1:23] thing, right? So, do you know how Jay Megan took that comment? [1:29] Oh, I can't even imagine how she took it. Well, hell, man. We f to listen to it. [1:33] No, I've already seen all the videos, dude. [1:35] Hold on. You seen You seen the one Jay Megan dropped?

[1:38] Yeah, I saw it and I saw the one Secret Service Sam did. I I don't know what's so wrong with meeting with me. [1:46] No, no, no, no, no. She said she didn't meet with you. No, she did not meet with me. [1:53] So, she's on social media trying to defend herself because with the [ __ ] that you put in the comments, you can't play like that, especially with this case. [2:03] Well, this don't have anything to do with the case. It has to do with J. [2:06] Megan. It may have something to do with the future defamation case. [2:09] No, no, no, no, no, no. I'm talking about No, no. It has a lot to do with that because now, you know, after Bri met with you, Bri is completely [2:18] different. Hudson family, sorry. Yeah, sorry to tell you this, but you have a bad lawyer. [2:25] He is doing a terrible job for you. I hope you're picking up on how harmful he is to whatever y'all got going on

[2:34] because your defamation lawyer just admitted to defaming me. And by the way, he wrongly defines defamation later on [2:43] in the video. that in a defamation case, I have to I have to for sake of conversation, I've got to prove three [2:50] things, right? I've got to prove um you made a false statement um and that you published it, whether that be um in [2:59] writing or um through your voice. And three, that it caused damages. [3:05] Except that's not what you have to prove. You have to prove someone knowingly made false statements. [3:12] Otherwise, everybody could just sue each other for lying. Courts don't like to be clogged up with these ridiculous [3:19] defamation claims, which by the way, the amount of lives that he goes on not only is super unprofessional and can be used against him in court cases, but him [3:28] going on all these lives, assuming that he's not a complete idiot for a lawyer, he knows that, which means he's tipping his hand and revealing that they're [3:36] never actually going to take anybody to court. Tyler's just happy to be the face of this and getting it out there and getting all that recognition because

[3:44] when he said that he only started practicing law in 2019 and he's never done a defamation case before, I was [3:51] like, "Yeah, that makes sense." Yeah. Um I I could you Yeah. Did y'all hear Cox tip his hand? You guys were right. It [3:59] was totally a trap. I am so glad I came to y'all. I'm so glad y'all told me not to come. And honestly, I'm glad that I just didn't get around to maybe calling [4:08] him. I hadn't decided yet. I had a lot going on because he and I know I have said nothing defamatory. I have said [4:15] opinions and theories that I back up based on the statements from his own clients and nothing more. Y'all know I don't go on rumors. I stick to the data. [4:26] I stick to the report. That's why he knows that I'm airtight legally. What they were trying to do is, in my opinion, lure me in there either in

[4:34] person or over the phone so that they can later claim that they gave me all this evidence that exonerates their [4:41] client. And then if I went back and still continued to talk about them and what I think they did and how I think [4:48] they did it and show all my work, then they would try to haul me into court for defamation. Because in the eyes of the [4:55] law, intent is what? vital. [laughter] Now, normally this is the time when I start writing the state bar and I send

[5:03] them all the evidence, yada yada. You and I both know the Mississippi bar ain't going to do nothing to you. I'm not going to waste my breath. And you [5:11] know what, Tyler? Surprisingly, for a lawyer, you're very easy to read. I bet you are terrible at poker. Your voice, [5:18] it gets a a certain softness. And I don't know if you know this, but desperation. It seeps through the pores like you've eaten a red onion raw. And [5:26] we can smell you through the screen, baby. Here's the delicious irony for you, Tyler. I was literally announcing [5:34] that I was just slowing down for a little while because I was grieving. But guess what? You tried to take an [5:42] opportunity to sew doubt in people and to make it look like I'm a liar. Now, you can go back and tell your clients that um [5:51] because of you and because of your good little laugh you had, I'm gonna be going even harder. I'm back, baby. [ __ ] my [5:59] break. What a perfect way to channel my grief and work through it. By the way, did y'all know that Katie Hudson Seymour [6:06] and Beth Edmonson started their own ebike company about 2 years ago? you know, a company that may be vulnerable if, say, someone was being sued civily. [6:18] That seems like a pretty good reason to lie and cover up something. I know, right? You know, just in some hypothetical situation in which maybe [6:26] some irresponsible parent bought alcohol for their underage children. I mean, I maybe I don't know. I don't know what they did. Or maybe just something [6:34] happened on one of their properties. Or maybe they entrusted some drunk teenagers with a heavy piece of [6:42] machinery and somebody ended up dying. I don't know. I don't know. Anyway, your lawyer is terrible.

**EXHIBIT B-8: "9/22 Nolan Wells Grand Jury"**

Published September 22, 2026 | youtube.com/watch?v=d-5tHow6Fw4 | 61,271 views | 6,801 likes

[0:00] We all knew that this was going to happen. Let's not kid ourselves. Let's not pretend like we thought people were going to actually hear the real [0:07] evidence. Because in case you don't know how grand juries work, it's not a back and forth. There's no opposing side. [0:13] It's the prosecutor just presenting however they want to the jury. There's an old saying that a grand jury will indict a ham sandwich. So, this isn't a [0:21] grand jury finding that there was no crime committed. It was a grand jury that was not presented the evidence in its actuality. We don't know who [0:28] testified. We don't know what documents they were shown. We don't know if anything was ever actually authenticated with metadata. Now, we're finding out [0:36] that there was evidence of blunt force trauma to the back of Nolan's head, his shoulders, and his buttocks. White blood [0:43] cells had not yet began to form when the pooling of blood in the back of his neck had happened, which means that his injuries had to have happened within 4 [0:52] hours of his death. I don't know about you guys, but I'm pissed off that we're just finding this information out now. [0:57] Why did they withhold this from us until the day after the grand jury? There's only one reason I can think of, and that is to somehow protect Javon. Like, they [1:04] were afraid if they came out with this information before the grand jury concluded that the prosecutors would somehow try to spin whatever happened [1:12] into Javon's fault. But rest assured, folks, I will be pouring over this 39page report. There's something that I've been holding on to for a couple weeks and now feels like the time to [1:21] share because you remember the same day that a bunch of other creators got phone calls from Tyler Cox and he was saying he was going to sue them for defamation, [1:29] you know, letting them know he knew their address, all of that stuff. The exact same day that that happened, I got an email from him, an email with a lot [1:38] different tone than what he was approaching the other creators with. Let's have a read together, shall we? [1:43] starts off by calling me my government name, even though they fully know what my name is. And Tyler writes, "Jay, I'm writing regarding videos and public [1:51] comments that you have made concerning our clients, Warren, Jax, and Morgan. [1:55] The statements you've made are very concerning for us. Those statements are false and have been broadcasted to the entire world." Funny way to say, "We [2:02] don't like your opinions, so stop putting them on the internet." Now, you have turned your ire on a minor child, Carter Hudson. Again, this is very [2:10] concerning as you can imagine. Due to these false statements made by you, Carter's family asked me to reach out. [2:16] Now, there's a lot of things you might notice about this email. Date on that letter was September 11th. Let's go over what I discovered that week because that [2:24] was the same week that Tyler Cox extended his invitation that totally wasn't a trap to go see him. And then when I didn't respond to him, that's [2:31] when he lied about me trying to ruin my reputation and discredit me. Thanks to you guys, I didn't fall for that trap. [2:37] And so then when he was publicly outed as a liar and I made that video talking to the Hudson family directly about how [2:44] stupid their [ __ ] lawyer was, then I came out guns blazing talking about how the Tracen fight was inconsistent with physical reality. That I thought it was [2:52] possible that Carter and Tracon were the ones fighting each other. You know, since the other party of that fight has never come forward. I also started to [3:00] question where Warren's truck was cuz after you broke it down the goings and comings of all of the boats, it didn't make sense. Came in with the one, [3:07] two, three when I found the yacht, the mommy boat, while at the same time finishing my full timeline. And if the yacht in the background was in fact [3:16] theirs, it would completely nullify any evidence or pictures that they had. By the tone of this email, I had not only [3:24] struck a nerve, but I scared them so badly that they didn't even try to threaten me. Oh, and don't worry, I never responded to this email. But you [3:32] can tell by the tone and the dramatic shift in the way they approached me as opposed to the other content creators [3:39] shows that I was [ __ ] on to something. And now that this investigation is over, there shouldn't be any problem with me cold calling all [3:47] of these witnesses, the dozens of people I've been able to

identify that were right there on Horn Island that day for me to cold call them and find out from [3:56] them what they saw that day. And perhaps now maybe one of them is looking to unbburden their soul. And I may not be a [4:03] Christian myself, but I did go to Catholic school and I know that Jesus does not forgive those who do not repent. God makes it very clear that he [4:11] may still love the sinner, but he will not forgive someone who does not turn their heart away from sin. And those [4:18] that continue to lie are embracing the sin.

## EXHIBIT B-9: "9/23- #NolanWells #Autopsy RELEASED! Here's My Opinion…They Changed My Mind."

Published September 23, 2026 | youtube.com/watch?v=mLA2HvrwwjY | 83,317 views | 9,662 likes

[0:00] Today, Ben Crump released the independent autopsy findings, and I have found some very interesting things in there that didn't seem to be addressed. [0:08] Also been going over the grand jury report, so we're going to get to that as well. Now, the first thing I noticed is that this report was not sent to the district attorney's office for the grand [0:17] jury until September 14th, which was the day that the grand jury reconvened to go over this stuff, and it went through to the 18th. As we go through this, it is [0:26] also important to note that both the original and the independent autopsy both said that it was an undetermined death. That's important because drowning [0:33] deaths are deaths of exclusion, which means they have to rule out everything else and consider the circumstances.

[0:39] Going through this report, there were some things that I considered some pretty shady moves by the original medical examiner. And again, I am in no [0:47] way a medical professional, just somebody who does a lot of true crime work. The original autopsy did record two dark subcutaneous scalp contusions [0:54] overlaid the superior nucleial line of the posterior skull, meaning that there were two different contusions in the back of the head just above where that [1:02] soft tissue was red discoloration. Only the second autopsy actually took evidence of that blood in the soft tissue behind the neck. Now, at this [1:11] point, we've all heard about the blunt force injury to the back and the buttocks. And there were not one but two focal contusions on the lower back that [1:18] is seen in the original autopsy photographs. And despite those being visibly available in the autopsy [1:26] photographs, the original autopsy report did not include these contusions. Not for the contusion on the left shoulder [1:33] either. The left shoulder was left out of the original autopsy as well, even though it could be seen in photographs. [1:39] Here's a visual that I drew up myself just to kind of give us a ballpark of what we are looking at and I think it shows something pretty obvious to me but [1:48] I will save that until we go through more evidence. They did a dissection of the deep soft tissue in the back, buttocks, arms and legs and they found [1:55] no evidence of deep tissue injury, meaning the amount of force that was used to make those bruises was not enough to permeate the surface level. To [2:04] me would indicate that there was something with a low energy impact. most likely not caused by something heavy or fast like a car accident. What's weird

[2:12] to me is the original autopsy used decomposition fluid instead of like blood for their toxicology report, which [2:20] doesn't make a lot of sense to me because that would alter what the out uh ethanol level would be. Basically, your body starts to produce its own ethanol [2:29] and it skews the results of an alcohol test. The original toxicology report included a presumptive positive for cannabis, but the independent autopsy [2:38] retested that and found it to be negative. What really stands out to me is that there was a presumptive positive for nicotine in his system and tobacco. [2:46] There's just something weird about that to me because I just don't see Nolan being the type to puff on a, you know, and maybe he hit a vape. I I don't know, [2:55] but it's just it's weird. All of it is weird. We also have confirmation that the rumors were not true that the body was sent to the second autopsy without [3:02] the stomach or the lungs. We also find out that the independent medical examiner did not get to see the contents of his neck structure until August 31st.

[3:12] Now, here's where things going to start to get really interesting for me. And I'm actually surprised that the independent autopsy didn't cover this, but during the investigation, it is [3:20] standard to have like photographs of like the scene so that um independent autopsies can like take that into account, especially in something like a [3:28] drowning. The scenery and everything is really important. The

original autopsy report said that Dr. Stacy Turner revealed that the deedent was found face [3:36] down in the water on Horn Island. What I found interesting was that the photos that were given to the second autopsy showed that a black male decomposed was [3:45] face down in the sand with his head in the sand. Which tells me that someone did had to drop his body in the sand [3:55] like that. That that was how he was left on shore by whoever left the body there. [3:59] Because I don't know if you've ever felt wet sand right by the tide line, but in order for the face to be down in the [4:07] sand, it wouldn't make any sense for it to just naturally wash up on shore like that. Especially when you consider that postrigger mortise, which would be [4:15] completely done after 36 hours, would mean that his body would be decomposing and it would be turning all which way. [4:22] It wouldn't be just stiff like that. If the investigators did find his body floating in the water, that's a huge [4:29] indicator that he was actually dead way earlier than what they are saying because the natural gas in your body doesn't build up for about 3 days. In [4:38] cold water, like the ocean, we know that that actually slows down the decomposition process. But the biggest red flag to me that is not addressed [4:46] anywhere in this report is the fact that his upper torso was more severely decomposed than the bottom half of his [4:54] body. I've learned more about skin slippage than I have ever wanted to know in my life. All the explanations I have found for half of his body decomposing [5:03] way faster than the other half are ones that indicate that his body was stored somewhere other than the water. either [5:11] his top half was somewhere hotter than his bottom half or just his bottom half was submerged in water while his top [5:18] half was exposed to the elements. Here's where it gets real interesting to me and I don't understand again why we're not talking about this more. But upon review

[5:26] of the original Mississippi autopsy report, the original forensic pathologist did not identify water in [5:33] the airways, nor were there any gastric contents, including water, within the stomach. Now, water reabsorption after [5:41] death is not that uncommon. But you're telling me that there was no evidence of sand, silt, any sort of biological [5:49] organisms in the stomach? He was in the water for days. Why was there no presence of water in the lungs or the airway? Wouldn't there be a continual [5:58] source of water? But it's not just the lack of the water in the stomach. It's the lack of anything in the stomach that concerns me. For the most part, the body [6:06] stops breaking down anything in your stomach after death. Although it would depend heavily on what he ate, it would mean that he did not eat anything for four to six hours prior to his death. [6:17] Are we trying to say that he didn't eat any food while he was on the island heavily drinking in the hot sun? We also find out that the red discoloration that we now know to be blood, bruises, [6:26] contusions as a secondary blunt force trauma. Apparently, that red discoloration was 12 by 8 in. That is a [6:33] huge surface area. And even though the original autopsy did identify those two contusions on the back of his skull, they didn't take any close-up photos. [6:43] They didn't dissect that area of the head, didn't test any of the tissue. [6:46] They did, however, report those bruises and contusions to the sheriff's department on July 7th, which is important because that was the day that [6:54] they started interviewing all of the boys, remember? And yet there is no record of any of the investigation [7:01] involving a blunt force injury in their questioning of these people. Meaning they didn't even ask any of these kids [7:08] why he had a contusion in the back of his skull. It's clear that the bruises on the back of his body were taken from far away because they can't even say [7:17] what their size was. Meaning they put no scale or no ruler next to the body in order to get an accurate scale of the [7:24] injury, which smells like cover up to me. Now, in this report, the medical examiner also says very clearly and plainly that he cannot rule this an

[7:32] accidental drowning because in order to rule it an accidental drowning, they need to understand the circumstances of why he was not able to help himself out [7:41] of the water. The forensic pathologist is not convinced based upon the review of the investigative witness summaries or the post-mortem toxicology that Nolan [7:50] Wells was too intoxicated to swim. This pathologist cannot rule out

if any intervening non-acal factors contributed to or caused the death of Nolan Wells. [7:59] And in fact, the original autopsy agrees and was also undetermined. And the independent autopsy goes on for quite a [8:06] while talking about why they don't test the uh decomposition fluid for a toxicology report. And I think it's [8:14] pretty clear that the independent autopsy was actually indicating that this was intentionally done because they [8:21] were not specific on the specimen that they tested in the decompositional fluid that was only described as cavity [8:28] decompositional fluid rather than a defined and validated matrix such as peripheral blood, vitrius humor or urine. Meaning that they knew that those [8:36] results were going to be skewed. And to me, this autopsy report seems to indicate that there is definitely some collusion going on between the DA and [8:45] the witnesses because in the grand jury report, suddenly we have a witness saying that about 3:30 that they saw

[8:52] Nolan awkwardly slip off the side of the boat. Now, who exactly was this witness who saw him at 3:30, half an hour [9:00] supposedly after all the other witnesses said they saw him? Whose boat was he slipping off of? That seems really important because whoever this witness is, they are the last account of Nolan. [9:10] But as we know from the GPS that the boats didn't leave until 4. So, but isn't it funny how that explanation somehow made its way to the grand jury [9:18] but not the public? Almost as if somebody prepped this witness for that question. I also find it very interesting that in the grand jury [9:26] report, we learned that Nolan went to a pool party on July 3rd. Remember how I always said it was so suspicious that [9:33] the boys just glazed over what happened on the night before Fourth of July? [9:38] Because remember how we found out from the text messages that Warren either lied to us or lied to Miss Christine and the boats were actually launched the [9:47] night before as well and not in the morning like his long story claimed. [9:52] Funny how that probably wasn't brought up to the grand jury, right? Just this little bit of information is giving me a bigger picture, y'all. Because what that tells me is that everybody went over to [10:00] Jax's that night. Probably not actually Jax's, but who knows at this point. They went out, they put the boats in the water so they'd be ready to go in the [10:09] morning. And then they partied at someone's house that had a pool. This is not a pool. This is a hot tub. Could [10:17] find no other evidence of a pool on this property. So, where were they all partying at? also find it really interesting that only seven witnesses

[10:26] were invited to testify in front of the grand jury. Only seven. How much do you want to bet that every single one of those people were part of the boat party [10:34] and nobody that was, you know, independent from them? Because as it turns out, only five of them actually took them up on it. Two of them, they [10:42] just listened to their interview with law enforcement. And in fact, there is one name here that is redacted that did not accept the grand jury's invitation [10:51] to testify. Isn't that interesting? I also find it really weird that in this grand jury report, they said that the Nolan Wells attorney, family, [10:59] investigation, everything, they didn't give the grand jury anything. They didn't give them any other documents. [11:04] They didn't give them any other witnesses. They didn't request any photographs. Like, this is weird. I'm confused on what that legal team has [11:12] been doing this whole time. Have you guys hired no independent investigator? [11:15] Did they request security cam footage from neighbors? Like nothing? Cuz I find it absolutely effing insane that the family has found nothing that nothing [11:23] else additional that they they wanted to submit. Something is weird going on with the family in my opinion. And I think that it possibly has something to do with Javon. In my gut, that's the only [11:32] reason I could think that they they wouldn't be more proactive in an investigation because they already know. Which is going to bring me back to this. [11:40] Because to me, what I see here is a pretty obvious pattern. And I'm curious if it's just me or if you guys see it, too. Cuz what I see are two knees [11:50] holding somebody down with their left hand on their shoulder and pop pop. Now, y'all know I have always been on the

[11:57] side that this was an accident that I I that that just something happened and the boys and the families all panicked and they tried to cover it up. This [12:06] these injuries, they have me leaning more towards the side of murder. And his upper half of his body was intentionally left out in [12:15] either open air or in the sun. I don't know what. I can't pretend to say I know what, but they intentionally tried to speed up the decomposition in the upper [12:24] half of the body to cover up these injuries. And we don't know if there's any defensive wounds because the water would wash away any forensic measures. [12:32] the skin slippage would pretty much cover up any sort of uh you know like defensive wounds, scratches, that sort of thing. And I thought that there were [12:40] two potential scenarios. Now, everything in my body is screaming that I instinctually I'm like either he was [12:48] held down in the water like this, like they stunned him to the back of the head before getting on top of him and holding him down. Or he might have been [12:55] suffocated face down in say like a pillow or something like maybe they only meant to beat him. But either way, I think it's pretty clear that he was [13:04] struck from behind first in the back of the head. And now that I have all of this laid out in front of me, I don't think he went to the island that day. [13:13] All of it together is adding up to me that it happened on July 3rd. And all it would take is a couple of doctor parents [13:20] who know forensics to figure out that water is the best countermeasure, that decomposition is a best countermeasure, that drowning is one of the harder causes of death to actually prove. [13:31] Because if only five effing witnesses testified in front of the grand jury, seems pretty likely that every one of those witnesses probably has a motive to [13:40] lie to the grand jury. And just as a reminder, if you like my work, want to see me keep doing it, or just want to say thank you and appreciate me, there are donations in the descriptions or the [13:48] bio, depending on what platform you're seeing this on. There's nothing I wish more than I could get my hands on all of the investigative materials.

## EXHIBIT B-10: "9/24- Nolan Phone Data BROKEN DOWN(First Look)"

Published September 24, 2026 | youtube.com/watch?v=bwfHlfsA-3I | 66,992 views | 7,028 likes

[0:00] Okay, folks. I have been spending the morning going over the GPS tracking that we saw in the Ben Crump press conference today and I have found some interesting [0:08] things. Now, this is all going to just be my preliminary surface findings. I haven't plotted it yet on my big timeline, but in the morning, we know [0:16] that Nolan spent the night at this house. Now, I was able to track down this house, and it is in fact Jax's actual house, not his grandparents [0:25] house, or at least it's the house that's registered to him as his address. [0:29] Interestingly enough, no pool, even though the grand jury findings said that uh Nolan was at a pool party the night before. Interesting because I don't see [0:38] a pool in this yard. Unless we're trying to say that Nolan didn't take his phone to the pool party that night either. And then the next thing we see on July 4th that Nolan's phone goes to McDonald's. [0:49] Huh. I thought Warren said that Nolan didn't go with them. So, I wonder if the security cam footage from that McDonald's was pulled or not. But [0:56] because Nolan did have his vehicle, we don't know if he went with anybody to McDonald's or if he even was in his own vehicle. But what we do know is after McDonald's, he goes back to Jax's house. [1:07] And then from Jax's house, they leave and go to Jax's grandparents house where that boat launch where they picked up everybody, all that stuff. Something [1:15] tells me that Nolan was probably traveling with someone else because he made uh Warren made that comment about Nolan wasn't with me. I always thought [1:22] that that was really weird and now we know why. So then they arrive to the grandparents place at 9:44. At 9:26, [1:30] Eric aka Ricky called Nolan and they talked for 23 seconds. Nolan tells Eric in a Snapchat message that it was 11, I [1:38] got three. And a Snapchat message to Eric that said, "Could I get one?" Going to dig into that more later. And Nolan's [1:45] phone leaves there by uh 10:22 and they travel to Horn Island and they arrive at 11:18 like they've always said. So, so [1:53] far all of the GPS coordinates is matching up with the uh the boat data. [1:57] Now, right about here at 11:00, all the way out in the middle of the water, that Nolan did in fact call Tracen Shepard [2:04] twice. Except here's the thing. It says that both calls were answered and were approximately 3 seconds long each. Now, one might automatically assume that that [2:13] means it went to voicemail, but I learned from the Karen Reed trial that it actually says in these reports whether the phone was went to voicemail [2:21] or if they were picked up. So, I'm tend to believe that it was picked up. But perhaps there was bad cell reception at this point. But remember, Traston's [2:29] story was that he missed both phone calls and then that he saw Nolan's boat ahead of them and he was like, "There's a spot. There's a spot." But as you just [2:38] saw, it seemed like they were way too far from the island for that to be the conversation. Now, at 12:30, there is lock activity on his phone. And then his [2:46] last attributed to him interaction with his phone was at 218. And there was app activity attributed to Snapchat, Door [2:55] Dash, and Instagram. Now, the Door Dash is interesting to me because either he accidentally clicked on the Door Dash app when trying to go to one of the [3:03] other ones, or he was getting hungry and thinking ahead to dinner. Also want to point out that they said they did recover deleted photos and Snapchats of [3:11] him on the island showing that he was actually there. I personally am waiting until I see these pictures myself, but at this moment, I will take that as [3:20] word. Now, according to this little map they showed us, the uh phone stayed in a stationary position till about 3:37 to [3:27] 3:56. It started to move in that little time frame. It's hard for me to pinpoint it, but at 3:56, we see the boat start to move. What's interesting about this [3:35] is the phone did not start to move until 4:30. But then look how it's moving and still at the 4:30 time frame. Watch this [3:44] again because at 4:48 is when they call the SETO and say that they're sinking, right? weird that this the GPS just kind [3:51] of stops moving for a second. But even as that SETO call was supposedly happening, the GPS was moving. Now, this entire time and after his death and [4:00] everything, these people were all part of the same Snapchat group called like the Super Seniors or something like that. At 4:37, Morgan apparently [4:09] messages saying sit yikes. At 4:39, it says Morgan Seymour relays build problem. But wait a minute,

I thought [4:17] Morgan was on the Palm Beach. remember why and how is he telling the entire group chat about the BGE problem? And [4:24] better yet, why is it at 4:39 Morgan says, "Captain, pull the BGE." We'll probably dig into that more at another [4:32] time. But I also want to mention that here in this report, it says at 4:36 the the call to Sito happens, but we know [4:40] from the lawyers and their like screenshot of the phone that it happened 10 minutes after that. So, does the SETO [4:46] record of the call differ than the phone screenshot we've seen? Then we see the boat return to normal speed. We've seen [4:54] all this GPS coordinate basically stuff before. [4:58] And then, you know, it's going past the yacht club going around that island and then it stops there, which is like this [5:05] little area of like land that's not really on maps. I I mean, it just seems like probably just marshy island kind of stuff. I don't know what that means, but I need to take that into consideration. [5:15] Now, the next part lines up pretty much with what we've seen with the data, except it it's more closer to this island instead of over by like the Buxy [5:23] RV and stuff. So, I am very confused on why it's not like over there where we've been told. But they do go back to Jax's [5:30] grandparents place, stay there for like half an hour, and then they leave. And they arrive at the boat dock or the boat [5:37] launch at about 7:21. And then watch the phone immediately gets off the boat [5:45] and moves to a vehicle and starts leaving. I thought they were waiting for everybody to come pick up their phones at the boat boat launch. Remember? Why [5:52] is it that as soon as they arrived, Nolan's phone was in a vehicle? Again, this was Fourth of July. I'm sure there was a line to get people's boats out of [6:01] the water. So, I severely doubt that it was less than 10 minutes to dock the boat, get it all hooked up to the truck, and leave. So then Nolan's phone travels [6:10] to Wyatt's grandfather's house. Takes about 15 minutes and they stay there between 45 minutes and an hour. So it might be Wyatt's actual house and it's [6:17] just under the grandfather's name. Like he bought it. Never been able to figure that out. Then after they leave the grandparents house, I noticed that they made another stop that they never [6:26] accounted for. And yes, of course, I figured out where they went. It was a gas station. Again, I wonder if any security camera footage was pulled from [6:34] this gas station. Then the phone leaves the gas station and goes all the way to whose house? Ava's house. So, all of our [6:42] suspicions have been confirmed that they did go to Ava's home that night. Now, that's where their presentation ends. [6:48] But, I'm dying to know why they didn't show us because we know that Nolan's phone was not at Ava's party when it was picked up that it was at Jax's house. [6:56] So, I'm wondering why they didn't show that travel because that time frame is the one with the most questions for us and it would probably fill in a lot of [7:03] gaps for me personally. But I I'll just wait until they release the report. There's a lot for me to dive into.

**EXHIBIT B-11: "9/25- Nolan Wells Phone GPS Plotted On FULL TIMELINE"**

Published September 25, 2026 | youtube.com/watch?v=jb7-2Tdo00c | 124,275 views | 10,896 likes

[0:00] Are we ready for this? Oh, are we ready for this? Because I have now taken the cell phone extraction that was presented in the press conference yesterday and I [0:08] plotted all of the data points on my full timeline. Let's get right into it because this is going to be a long one, folks. As a reminder, I have [0:15] colorcoordinated the sources of this information. Green is going to be the GPS data collected from the MDMR report [0:22] specifically for the Triton. Orange is information that is derived from the defamation letter to Al Sharpton from the lawyers. Black is going to be [0:30] confirmed times like through the MDMR reports or or things that are timestamped like photos of the times calls were made, etc. Brown is going to [0:38] be information that was given to us on interviews. And blue is going to be all of the Nolan phone GPS data. On July 3rd, we know that Nolan spent the night [0:46] at Jax's real house and not his grandparents house, which was the place that they left with the boats the next day. We also know according to Warren, [0:54] the boats were launched the night before and not that morning like they tried to tell us. And according to the grand jury report, they were presented with [1:02] evidence that Nolan was at a pool party on July 3rd. At 8:24 a.m., Nolan's phone leaves Jax's real house and goes to [1:10] McDonald's. They arrived at 8:24. I just want to clarify that because they leave from McDonald's at 8:32, arriving back at Jax's real house 5 minutes later. The [1:19] phone remains there for about 45 minutes before leaving his real house at 9:13.

[1:24] Now, during this time period, I'm assuming that they had to have stopped somewhere and picked up supplies and refreshments. Hence why Eric calls Nolan on Snapchat and it lasts for 23 seconds. [1:36] That's when Nolan snaps Eric. It was 11. [1:39] I got three. Referring to the jewel pods. Now, this is important and I think a lot of people are missing it. Nolan then snaps Eric. Could I get one? This [1:48] is significant because we learned from the grand jury report that Nolan bought alcohol with a fake ID at some point. [1:54] And because of federal law, you have to be over 21 now in order to purchase nicotine. As a bartender with 15 years [2:02] experience, I can tell you that it is well known in the industry that people of color are less likely to be clocked with fake IDs because of, you know, [2:09] racism. Now, Jewel Pods are only about $4, hence why he got three for $11. But then he asked if he could get one, meaning that Nolan did not have money. [2:21] He was buying alcohol for everybody with their money using someone else's ID. [2:26] Remember, Warren said that everybody went and got supplies that morning for the boats, you know, ice and stuff like that. So, more indication that Nolan was [2:36] with all of them that morning when they were doing this supply run. theory is also backed up by the fact that Nolan's phone did not arrive to Jax's [2:44] grandparents house until 9:44, almost half an hour after leaving Jax's real house. I looked up the distance. It's a [2:51] 7minute car drive. Now, I want to remind everyone that the only security cam footage we got of Nolan that morning was

[2:59] at 9:41, 3 minutes before Nolan's phone even arrived at Jax's grandparents house. [3:07] meaning that this couldn't be Nolan. And it seems like I was likely correct in saying that that was probably James, whom I identified as being on the island [3:16] that morning wearing the exact same hoodie, shirt, whatever you want to call it. The next data point we had was at 9:54 where we see no Nolan and the [3:24] Triton is back there. or they conveniently love to zoom it in, which I always suspected was to keep us from knowing the exact time of the departure [3:32] of the Triton. But we know a significant amount of time had to have passed between these two scenes because the Palm Beach is not present when they [3:39] leave cuz you can see right there because the front of the bow is no longer pointed and it has a gray surface area like the tideline. Now, I've never been 100% convinced that this was the [3:48] Palm Beach. And now, as I'm looking at it again, doesn't it look like the boat is literally like on the dock? Like not [3:55] just that it

was just higher out of the water than the Palm Beach seems like it would be. I mean just looking at it from far away you can tell like the angle is off. I don't Yeah, it's off. But the [4:04] point of the matter is if Nolan was there and doing all this stuff, why did we get no actual security cam footage of him? That's what's not working for us. [4:12] And if what they're saying in the press conference yesterday was true and they had like pictures and proof that Nolan was in fact alive on Horn Island on July [4:20] 4th, why would they cover anything up at that morning? Why would they cover it up? But let's go back to the whiteboard cuz as you just saw in that timestamp,

[4:26] the Triton and the Palm Beach were there at 9:54. And according to the GPS data that was given to the MDMR from the [4:35] Triton, it supposedly departed Jax's grandparents house at 9:56, just 2 minutes later. And yet Nolan's phone did [4:43] not depart from the house until 10:21, which corresponds with the life 360 data that was given to us by the lawyers in [4:53] the defamation letter showed whoseever phone that came from departing at 10:22 and arriving at the island at 10:50. [5:01] Now, we know that the Triton left before the tideline because this picture was taken from the perspective of someone on the tideline and we just watched it [5:09] leave and we had the GPS data saying it left at 956. Meaning that only one of two things are happening here. Either [5:17] Nolan did not leave on the Triton and was in fact on the tideline or the GPS we got from the tideline is from another [5:26] boat, possibly the Palm Beach since we no longer see that boat there. just like I have been saying for months. So again, [5:34] why are they lying about something as stupid and simple and unimportant as which boat he went to the island on? [5:44] Now, Tristan had said that Nolan called him twice while they were at the island and he had missed both calls. Now, this is confirmed by Nolan's data, except [5:52] that it said that both calls were answered and lasted 3 seconds each. And phone extractions usually will say whether something went to voicemail and [6:01] not just say that the voicemail was it being picked up. Now at 11:14 the GPS data for the Triton arrived on Horn [6:08] Island while at 11:18 Nolan's phone arrived on Horn Island. I can tell you y'all when it comes to phone time data I learned from the Karen Reed trial that

[6:16] there is uh tends to be some discrepancy in between like phone times and app times. It has something to do with like the Earth's magnetism and losing seconds [6:25] throughout the year. But if you update regularly, it can change. So, we don't know if any of these discrepancies between the app data and the real true [6:33] time data. So, there is some wiggle room, there is some grains of salt to be taken here. But, since they specifically mentioned in the report that Nolan had [6:42] to updated the last version of the Snapchat, that more than likely his time was close to true time. at least in my [6:50] personal non-professional opinion. Now, obviously, they're holding back a lot of information on this extraction. I am dying for them to release the actual [6:57] report. But they did mention at 12:30 there was lock activity on Nolan's phone, which obviously that feels significant to them somehow because [7:06] obviously you lock your phone after you do something on it and they didn't include what he was doing on his phone at that time, so I'm not sure. Then at 155, we get a snap of the three boats [7:14] partying. Then at 217, the phone was unlocked for the final time. And the final uh motions that are attributed to [7:21] Nolan happen at 218, which was Instagram, Snap, and Door Dash. Makes me wonder what he was trying to do because [7:28] that's 20 seconds on average each for each of those apps. So, was he just checking messages? Why go to Door Dash? [7:34] I have questions about that. Then at 3:30, now all of the sudden, one of the only five witnesses that were called to testify under oath in front of the grand

[7:42] jury suddenly said that they saw Nolan awkwardly fall off a boat at about 3:30. [7:48] And yet this entire time they had all been adamant that the last time they saw Nolan was at 300 p.m. over and over and [7:56] over again. And if Nolan was supposedly hanging out with that Katie girl, cradling her in chest deep water, how did he suddenly end up on a boat and [8:04] fall off of it? Which just so

coincidentally happens to be around the same time that Carter and that Ton got [8:11] into fights on shore. Right around the time this angry person is yelling on a boat, "Give me my effing phone." Right around the time that Nolan's phone [8:20] starts moving around on the boat, but doesn't actually leave that location. [8:25] Stick with me here. There's going to be a lot of data points coming at you. [8:28] According to the defamation letter with the Life 360, they left Horn Island at 428. Nolan's GPS does not leave the [8:36] island until 4:30. 431 is when the Triton's GPS said they left. So, the Life 360 data said that they did not [8:45] return until 6:01. Remember that as I'm going through this because that is over an hour and a half. 437 Morgan snaps

[8:53] sit. Yikes. And then two minutes later, he messages, "Captain pull the BGE." We're putting a pin in that because I'm very confused from the press conference. [9:03] Why? They have a data point of the SETO reported call being at 4:36, 1 minute [9:10] before Morgan's Snapchat. And I'm confused on why the time says it's 4:36 when we have the defamation letter and [9:18] the SETO call number confirmed and everything lasting 10 minutes at 4:48. [9:24] If you read it real closely and squint, it says specifically that the phone call was not made from Nolan's phone. [9:29] Reported by an independent source, vessel reported taking on water. So, what do they mean by independent source? [9:36] Was there another STO call? Because I'm very confused on where they got that data from, unless they got it from [9:43] another witness, an extraction of one of the other boys phones, or from STO themselves. Now, Morgan Snapchated sit [9:51] yikes, which seems like an obvious autocorrect slashreaction to the sinking. Now, I went through a different bunch of possibilities that it could [9:59] have been, and I think it was either yikes or it's ike. Then Morgan relayed the billagege problem just over [10:06] a minute later and message from him said, "Captain pulled the BGE." Now, what does that mean? Because first off, [10:15] you can't pull a billagege pump. So, it seems like he was referring to a build plug. Now, is Morgan calling Wyatt [10:21] captain? Is it like a joke? Telling him to pull the build as they are pulling them? Because the only reason that they would need to do that is if they were [10:30] trying to pull them and try to do the hydroplaning thing right off the island because pulling the build plug in the middle of the water is guaranteed to [10:38] sink it. or was Morgan relaying a message from the captain that Jerry was possibly on the phone with who was [10:46] telling them how to fix the problem which would indicate to me that Morgan had left on the Palm Beach, found out [10:54] what was going on and relayed it to the closest adult on the mommy yacht. At least that's my interpretation of the only thing that makes sense to me. Now,

[11:02] I want you all to notice that at 4:30 Nolan's phone starts moving away from the island slowly, right? But then suddenly in the middle of what would [11:10] have been the SETO call, it changes directions and speeds up. I want to remind everybody that this is supposedly within about a 30foot accuracy. Okay. [11:20] And it's supposedly not until about just now the boat returned to normal speed. [11:24] Oh, and look at that. Look how close Nolan's phone went to the yacht club. Like I've been saying this whole time. [11:29] Now, here's where things get really inconsistent with each others, folks. [11:33] Because according to the Triton GPS data, at 5:44 the Triton arrived at Jax's grandparents [11:40] house. Yet, as you all saw, Nolan's phone did not arrive at Jax's grandparents house and in fact cuts [11:47] around this little island and heads to what I have dubbed weird island and stays at this point for about 5 minutes. [11:55] Now, I was able to find a pretty decent view of this little weird island and it's all flat and marshy and muddy. As we know, these boys are familiar with [12:03] these little islands and areas cuz they hunt on them frequently. Now, supposedly 8 minutes after the Triton went to Jax's [12:10] grandparents house, then it leaves into East Fort Bayou, 3 minutes before Nolan's phone stops at the island. And [12:18] at the same time that Nolan's phone is leaving Weird Island, according to the Life 360 data, at 6:01 was when they [12:27] returned to Jax's house. which is 5 minutes before the Triton GPS claims that it returned to Jax's house. Within [12:41] different boats in play here, traveling in similar paths, then meeting up at Weird

Island. It's possible that it was [12:49] three boats meeting up at Weird Island, and then all of them leave there at the almost the exact same time. Both the Triton GPS and Nolan's phone arrived at [12:58] Jack Jax's grandparents house at about the same time, but then left the grandparents house at about a 5minute difference. Now, according to the map

[13:06] that was generated by the GPS coordinates that were given to MDMR, the Triton actually left Jax's grandparents [13:13] place and went into St. Martins's Bay going past the Beluxy RV and all that other stuff I've talked about before before going be below the bridge and [13:22] then heading to the boat launch arriving at 7:19. However, Nolan's phone does not go into St. Martin and arrives at the [13:30] boat launch 2 minutes later. 8 minutes later, supposedly Nolan's phone now being transferred into, I believe, Wyatt's truck. And then this is [13:37] supposedly when Warren and Wyatt go to Jerry's house and they have some dinner and take a nap. Now, I don't know if [13:45] it's actually Jerry's house, but it's under his name. However, Wyatt's parents live there, too. So, I don't know what the situation is there. What I do know [13:52] is that Nolan's phone is only at that house for 49 minutes, which is not enough time to unhook a boat, go get [14:00] some food, fall asleep, then wake up and go out. So, right there is another lie told by Warren. However, 9 minutes after [14:07] arriving, so at 7:59, we get our last data point from the Triton GPS that day. [14:13] I personally am very confused on what that means because once I thought about it, I didn't understand why they didn't specify what that last data point means [14:21] because in the MDMR report, they like included the GPS being powered on, powered off, moving 52 ft. For some reason, on this data point, they don't [14:29] give us anything specific. Why would that GPS even be on at this point? The boat's not on. So, was that them accessing the GPS so that they could [14:39] have the coordinates on the ready for when they called later? I don't know. [14:43] Were they trying to figure out times that they could coordinate their story with? Because as we know, after they left, they stopped at a gas station for [14:51] three minutes. So, I would love to see the security footage on that. Then, ultimately, Nolan's phone arrived at Ava's house for the pool party at 9:13, [15:00] which is just 7 minutes before Warren first tried to reach out to Tristan. [15:06] According to Tracan's interview, very specifically said that he received his first phone call from Warren at 9:20, but he was asleep. That means that the [15:15] boys with Nolan's phone had to have arrived at AA's house after the fireworks show already started. It ended [15:22] at 9:20 and as soon as the fireworks were over was when they called Tristan for the first time. Then supposedly [15:29] Warren went upstairs to go talk to Ava's dad about boats and it was at 10:00 that Wyatt said something about Nolan being [15:37] missing. Quickly run down what I think all of this means. I think Nolan arrived with all of the booze at about 9:44.

[15:44] Then was distributed amongst both the adults that were there as well as the kids, which may be why they didn't include that security footage of him [15:52] because we see these cases suddenly randomly appear. I think the 956 depart time was actually the Palm Beach leaving because they were both owned by the same [16:01] person. And I've talked about how the GPS has an app that they could literally easily combine any of these uh data [16:08] points on. And Nolan left on either the Triton or the Tideline and then all of them reconvened on the Mommy Yacht out [16:16] in the water, which is why our earliest arrival time was at 10:50 on the Life 360. After all of those boats unload the [16:23] supplies and the adults onto the mommy yacht, that's when they all three boats went to the island, which would explain [16:30] why Nolan would then call Trac looking for him and looking for a parking spot. That would be why the GPS [16:37] arrived at Horn Island at 11:14 and Nolan's phone arrived at 11:18 because those boats were basically leaving the [16:45] mommy yacht at the same time. The day goes on like normal, everybody partying, having fun. Then between 3:30 and 4:00 is when the fight happens. And then the [16:53] second fight happens and the give me back my effing phone video when supposedly this grand jury witness saw Nolan awkwardly slip off a boat. Then we get that movement with the phone data. [17:03] Then once again

we get three different times of departure from Horn Island, but all of them are within 3 minutes of each other. Now, to me, it can't be a [17:11] coincidence that the whole give me my effing phone thing happened right around the same time that the phone was moving because the best lie is something [17:18] closest to the truth. I think that Nolan may have left his phone on one of the boats while he went with Carter or [17:26] Traston or whoever back to the mommy boat to cool off, which is probably when something happened. The reason it took these boats so long to come back from [17:35] Horn Island is because they were trying to figure out a plan, trying to figure out what to do. Their mistake was they clearly had these two boats separate and [17:42] drop people off before meeting up at Weird Island to possibly hide his body until they could figure out the next [17:51] steps. And if this is where they stored Nolan while they tried to figure everything out, it would explain why his [17:58] top half would have decomposed faster than his bottom half. He might have hit his body somewhere where he was more partially exposed in his upper half. [18:06] Then the two boats met up at Weird Island. Maybe they're picking people up from Weird Island. Maybe they're switching around people. I don't know. I [18:14] do know is now it seems like both boats are returning to Jax's place. One of the boats leaves Jax's and they go to the [18:22] St. Martin towards St. Martin where Nolan's phone does not go. And from there, Warren and Wyatt had almost two [18:29] hours to get some stories straight. What do y'all think?

## EXHIBIT B-12: "9/26- WE HAVE NOLAN's MESSAGES!!!"

Published September 26, 2026 | youtube.com/watch?v=1aqy6Jxf8U0 | 105,416 views | 8,364 likes

[0:00] Yes, I now have the messages. Thank you everybody for letting me know because I'm already on to something. But first off, let's address this life 360. So, [0:08] apparently Officer Tatum posted this life 360 of Warren Hudson's as like a way of explaining, "Oh, I wasn't at McDonald's with Nolan. We weren't [0:16] lying." Except with this little tiny piece of information, I'm pretty sure I know where he was because wherever he went, it only took him 3 minutes to get [0:23] there from Jax's home, only staying for 4 minutes. Now, a 3-minute drive is not a very far radius. And on a hunch, I looked up how long the drive is from [0:32] Ava's house to Jax's. And wouldn't you know it, it's three minutes. So, it seems pretty clear to me that he picked up Ava that morning and she was with all [0:40] of them on the boats, which I had suspected for a while because of the GPS of the Triton and how close it was to her house at one point. I have other [0:48] things I have to do today. So, I haven't been able to deep dive these snaps and I haven't been able to plot them yet and all that stuff. So, I'm just going over like my surface preliminary things and [0:56] hopefully by tomorrow I'll have a better picture for y'all. But there was one exchange that really stuck out to me. I think we need to focus on it a little

[1:03] bit. Straight up, I've never used Snapchat. I don't like Snapchat. Back in my day, it was just used for people to cheat on people. So, I just never got into it. So, I'm unfamiliar with all of [1:12] its in-n-outs. I don't know it very intimately. So, if there's something about it that explains something, please let me know because in one of the group [1:19] chats at 502, somebody sends some sort of media record. I don't know if it's a video. I don't know if it's a voice [1:26] note, but it was sent at 502 and opened at 50:04. So, if I'm reading and understanding that timestamp correctly, [1:34] then he was out in the middle of the water. Then, another video or recording was sent at 5:31 and then opened at [1:41] 5:38. Again, Nolan's phone is supposedly in the middle of the water at this point. And I noticed that the only things that seem to be opened after the [1:50] time he went missing are all just videos. So, I'm confused, especially if this is all in a group chat. Then another recording gets sent to the group [1:58] chat at 6:36 just as Nolan's phone is starting to like move again at Jax's place. And it was opened at 6:44. Then [2:07] another one sent at 7:14, which is opened almost immediately, and again at 7:19, which is again almost immediately [2:14] open within seconds. Then we get an actual text message inside the group chat that says, "Please move your truck out of my driveway." You'll notice that [2:22] happened at 7:20 when they officially got to that boat ramp. And then the phone is starting to move and it's only coming up as received. Even though less [2:30] than 30 seconds later, another video is sent that is opened again almost immediately. Now, the next text comes [2:37] about half an hour later at 7:53. If your vehicle is at my house, come and pick it up, please. Now, who is this? [2:44] Why are they so mad about trucks being at their driveway? I mean, the only logical person that this could probably be from is Jax, right? Because he had a [2:52] bunch of people over. Someone's even like driveway at 753. Like, why is this such a thing? Yes, my brother is pissed. But I don't think Jax has any brothers. [3:01] So, it might be maybe Warren. Maybe Brooks. I bet it's Brooks because look how long the name is. 2 minutes later, somebody asked Bruh, "Where were y'all [3:09] when you got in a fight?" And then, seemingly the same person texts again right away saying, "MF pressing charges on me now." and he swung first. Well, [3:18] isn't that interesting? Somebody was filing charges because of the fight. [3:22] Then the long name again asks, "Where is everybody? Is everyone going to We can assume Ava's." Then they said, "We at [3:29] blank." I have a ton of shirts and stuff I'm going to bring. What? What? What? [3:35] What does that mean? I have a ton of shirts and stuff I can bring. Why are you bringing shirts? Again, I want to point out that none of these texts are [3:42] actually being open yet all of the media is. I'm I'm confused on what what that means, how that happens. Now, down here, [3:49] it says, "Me and blank on the way to blank house, which is at 7:58." Now, here's where

it's interesting to me [3:57] because then someone said, "My mom's bringing us at 7:58." And I'm not sure what this shorthand is supposed to be. I couldn't figure it out, but do y'all [4:05] have my car? I Someone goes, "What? Hey, y'all come to mine." Okay, so somebody's parent is dropping them off. Somebody [4:13] does not have their car. Somebody else took someone else's car and now someone suddenly seems to be changing the plans when they were all just talking about [4:21] how they were going to go to Ava's. And given the size and length of this redaction, it seems like all of them are coming from the same person. And then they say, "Right now." Hm. Interesting. [4:32] Then seems like they maybe caught themselves and said, "Then we can go out." But all of these messages were literally sent within about 13 seconds [4:39] of each other. So that tells me something weird is going on here. [4:43] There's some panickiness. Then seemingly someone different replies, "I just drove your car to Taco." Hell no. As in replying to, "Come over to my place

[4:51] right now." Then that person said, "WTF?" And clearly that person is the same as this person. And then they say, [4:58] "Get gas in her. She's low." And then come. But then seemingly someone else jumps in telling the person saying, "Come to your house." Blank dead ass. [5:07] Y'all move your vehicles right now. And that's the same person it seems there. [5:11] Then they send a video. a video that gets opened saying like, "No My brother is pissed and I'm starting to get pissed as well." Then another video that is opened like actually at 8:04. [5:22] Then we get two videos that are not opened. Isn't that interesting? 809. [5:28] This is effing ridiculous. Then we get three videos that are opened. Then we get another video that is not opened. [5:35] Then someone asked, "Did anyone see these flops?" And someone answered yes. [5:40] Interesting. Could they be talking about Nolan's flip-flops? Because we've never gotten any real answers about his clothing. 8:22. Where at? Whose boat are [5:48] they on? And then nothing. Well, except another video. Now, that comment about the gas really interested me because it [5:56] was sent at 7:59, which was the last data point for the Triton, remember? And 45 minutes later, we know for a fact [6:03] that someone stopped at a gas station because Nolan's phone pinged at that gas station. So, if the phone was in Wyatt's [6:11] truck, then who had Wyatt's truck and why did they take it without them knowing? And remember how I said it was [6:18] quite interesting that they didn't give us any information about Nolan's phone after uh they arrived at Ava's place? [6:25] Well, my intuition on that was right because it did tell me a lot. I found this slide at the end of the 300page report, right? Because we know that

[6:32] Nolan's phone arrived at Ava's place that night at 9:13. You'll notice right here it says step 10 of 12. Right here, [6:39] step 11 of 12 says overnight from 11:57 to 3:09 a.m. And I remember asking [6:47] myself in that press conference, I was like, why did he say that the phone was picked up by the family at 3:00 a.m.? [6:51] And we all know that the keys were picked up at about 2:33, but the phone was picked up earlier. Now, I'm confused because if the phone never moved from [7:00] Ava's at that point after it arrived at 9:13, why is it included as an extra step? I'm very confused about that because that's almost 2 and 1/2 hours [7:08] time gap in between these steps and yet no movement or motion was done. And you'll notice that that time starts at [7:14] 11:57 p.m. which is about 50 minutes after Warren first contacted Miss Christine. Now, going back to our handy [7:22] timeline and putting that in context, it's about 25 minutes after the Coast Guard call for the first one ends, as well as him calling back Miss Christine, [7:31] and about 5 minutes after we hear that dispatcher say that they were heading to the judge's house. Now, we know that [7:37] Nolan's phone was not at Ava's house till 3:00 a.m. And it says right here, unrecorded interval, meaning that after [7:46] the cops got involved and after the police were heading to the judge's house, somebody had to disconnect the [7:52] location services, disconnect the app or something. Maybe it was put on airplane mode. I don't know. All we know is that [7:59] there is a gap here that has no logical sense unless the phone was tampered with. And as I'm sure we've all seen by [8:06] now, this message the next

day at about 2:30 where somebody in a Snapchat group was saying that blank have the login. So [8:15] somebody had the login to his phone. And 3:09 a.m. may line up as to when Christine got Nolan's phone back [8:25] herself. And if his location services were disconnected at 11:57 p.m., it would explain why a bunch of people showed up at Jax's house. All right, [8:33] y'all. It might take me a day or two to get all of this plotted, but I'll be back when I got something for you. Bye.

**EXHIBIT B-13: "9/30 Snapchat Timeline & NEW Surveillance Video(pt 1)"**

Published September 30, 2026 | youtube.com/watch?v=1loWSSqNKhA | 126,461 views | 13,785 likes

[0:00] Now, I know y'all have been anxiously awaiting for me to comment on the newly released security cam footage, and yes, I have a lot to say, and yes, I've [0:08] discovered a lot of things. But first off, I don't think this is Tyler Cox, y'all. I know, I know he looks similar, and it may very well be, but I have an [0:16] alternative person that I think it is that makes more sense within this story. [0:20] But to get to that, we have to go through some other stuff first. Starting with how absolutely correct I was about this towel and bag. Y'all remember when I talked about this, the red towel in [0:29] the blue bag from this picture of a mom clearly about ready to get on Bart's boat carrying a red towel and a blue over-the-shoulder bag? How I said that I [0:38] believed that that was Warren's mom and that that was the towel in the bag on the floor here, which was proof that at some point she and other adults like [0:45] Beth Edmonston were dropped off on the mommy yacht because how and when did that stuff get on the Triton? Next, y'all might remember the original security footage that they put out that [0:54] has now been disproven that this could be Nolan because, as we know, Nolan's phone did not arrive at Jax's grandparents house until 9:44. And now [1:02] we know that they were intentionally trying to mislead us with that because at 9:26, this video footage of the same person who they had claimed to be Nolan [1:11] is seen helping set up. And then you may be thinking, well, maybe this guy right here is Nolan. They kind of look similar. Again, we have the same problem because here he is. And here's the fake [1:20] Nolan in this same frame 3 minutes before Nolan's phone arrives. But you will notice that this person does seem remarkably similar physically to this [1:29] person. And we all know that I've been saying for a while now that I believe that that was James the entire time. [1:34] Here's a fun fact for you. Did y'all know that James is an identical twin? [1:38] Yeah, Cooper. In fact, Cooper was recently hired to work at the same fishing charter that uh his brother worked at with this guy, Captain Cole. [1:46] And you know who else they work with? [1:48] Captain Chance Seymour. I wonder if that's Morgan's brother. Now, you may notice that Captain Cole bears a pretty strong physical resemblance to this guy. [1:56] Stick with me here, guys. I promise I'm going to wrap it all up for you, cuz we remember the three boat party snap. You may notice these two boats right next to [2:04] the Triton and the Palm Beach. I noticed them because they look almost exactly like the Palm Beach and the Triton just with black motors. Now, there's also [2:12] this picture I found from Fourth of July. I think it was early on in the day, but remember that brown boat and that Palm Beach with the girls? That [2:19] that was the boat that I believe that like uh Kendall and Jacob and all those people were on that day. Meaning that about right here is where the Triton and [2:27] the Palm Beach would end up hanging out for the day. Well, you may notice those boats. Let's zoom in so that we can get a better look at the guy on the boat. I [2:35] believe that that is Captain Cole. Look, he's even wearing a dark hat like he was earlier in the day. Now, why do I think that this is Captain Cole? Well, in the [2:43] newly released security cam footage in which the Triton returns at 606, well, I'm sure by now you hopefully saw that [2:50] somebody gets off the Triton and sprints off running. And I believe it's either Brooks or Wyatt. I can't tell. And you will notice that that happens at 6:08. [3:01] 6:08 happens to be the time that Nolan's phone arrives at Jax's place, right? [3:07] Well, about a minute later, two people who were clearly not on the Triton suddenly come into frame as if they had [3:15] arrived on a separate boat. And I believe the person that was with him was James. This makes me think that they [3:23] arrived on the Palm Beach just out of view of this camera. I think Cole, Morgan, and James were all on the Palm [3:30] Beach. Either that or they pulled up on one of these boats, which would explain what Morgan meant when he just said, "Captain pulled the BGE." He could have [3:38] been referring to Chance Seymour or Cole. I would also like to point out the motive for why they said that this was [3:46] Nolan because again, we know 100% for sure that it is not Nolan because at 9:23, Nolan was nowhere near them. What [3:53] do you guys see in James' hands right here? How about right here in Warren's hands? Doesn't that look like several cases of alcohol?

I'm very curious to [4:01] see whatever security footage proved that Nolan bought alcohol with a fake ID that day, considering the buddies that he was just with all night seemed to [4:09] have gone on an alcohol run. By the way, there is a liquor store across the street from the McDonald's. But I do think that that's only a small little [4:17] piece of it. And isn't it interesting that we got more footage from this morning, from before Nolan even showed up to the place and not after? Why are [4:25] they refusing to show any footage of Nolan actually being there that morning? [4:29] Maybe it's because any footage that had Nolan in it was footage that would have had this boat that they clearly have been trying to hide the whole time. [4:36] Because in case y'all didn't catch it, notice how they conveniently chopped off the security footage from the first release of it. Whereas the new footage [4:44] of them returning shows, oh yeah, you can see what's going on over here from the security cam. I don't know what they thought they were trying to prove with [4:52] this because if anything, it is more suspicious. You see, right before the video cuts off, you'll notice this is [4:59] the front of the boat, the bow. Watch right here what happens right before the video cuts off. We can clearly see them [5:06] opening up the storage container at the front of the boat. And I know it would make for a great story if it was actually Tyler Cox, but we've actually [5:15] seen Tyler Cox without his shirt off in the water when they went back to Horn Island. Yeah, he was in the background. [5:20] Tyler Cox is bigger than this guy. And Tyler's sunburn as opposed to this guy's coloring tells me that this is somebody that spends a lot of time out in the [5:28] water and this guy does not. Again, it may be him. I'm not saying it is or it isn't. I'm just saying the other guy makes more sense with the whole day in [5:36] context. I think we also get a better idea of how wasted all of these kids were. I need you to watch how stressed this kid is on top of it. And I'm not [5:43] sure if it's Wyatt or if it's Brooks. As he's coming on screen, you can see on the shadow here that he has both of his hands on his head, which makes it seem like he is an active stress even though [5:52] his boat is clearly no longer sinking and fine. Now watch. James and Cole has arrived and he's going to be following behind them all stressed out with his [6:01] hands up yada yada. He takes a puff of her vape. [6:06] And again, like I said, I can't tell if this is Wyatt or if this is Brooks. [6:11] I have noticed that I don't see like an American flag like print or whatever on it. I haven't seen any of these kids have that like red stripe. So, it makes [6:20] me wonder if Wyatt arrived with them or not. But watch, he gets the phone and he throws the phone and then he tries to go over and he stumbles trying to pick it [6:28] up and then just gives up and walks away stressed out again. Now, I don't think that that is Nolan's phone. I want to be clear there because I do see him pick it [6:36] up later. And as you can see, he is definitely stumbling trying to do any sort of coordination, but yeah, he uses the phone there. And you may think that [6:44] they could use the excuse, oh, they were looking at the motor because the motor was not working, yada yada. It seems like a lot of the video is them being in [6:52] the middle of the boat or on the bow of the boat, which makes me think that is why they pulled in and came all the way around so that the back of it would be [7:00] blocked from the security camera. This, I think, might have been when they were messing with the GPS coordinates. And why does he suddenly take off start [7:07] running? I see more stress and panic happening here. And there being two boats at Jax's house also explains why [7:14] Nolan's phone left five minutes after the Triton did. Cuz [clears throat] it was on the other boat the whole time and that boat met up with everybody at the [7:23] boat launch. The Triton was trailered back to the Jerry Wyatt house. The phone was given to them, which makes a lot more sense to me because remember how [7:31] Warren said that his phone was on the Palm Beach and before he left he grabbed it from the Palm Beach to get on the [7:37] Triton? the weird like this where we're like, "Why are you lying about the other boats?" If you actually had nothing to hide, why not just show us [7:46] all of the security cam footage? Release a whole 2 hours. Or better yet, release the security footage from the first time the Triton was at Jax's grandparents [7:54] house. Because they showed us the security footage from when the Triton arrived at 6:06, but the first time the GPS showed up at Jax's place was at [8:02] 5:44. But they won't because I do believe that there are adults more heavily involved in this than we were led to

believe. And I'm thinking that [8:09] because of what I have learned through these text messages, putting them all on the timeline and separating the groups.

[8:15] As y'all know, I have been working on this for days. Purple is the direct messages that Nolan received on Snapchat. Blue ones are his other group [8:23] of friends that weren't the ones he went out with that day. I did not plot all of them yet. I think most of that group chat is not significant, but I will eventually go and plot those, too. I [8:31] just did this really important time frame that I think may come to some motive. Now, the pink is the super senior's boys chat. There are only 15 [8:40] participants in that as opposed to just the regular super seniors group chat that had 17 people in it, which makes me think that there were two girls in the [8:48] gray Snapchat that get excluded from the boys one. And when you look at it, I think it's pretty obvious that Christine was correct and that there are gaps in [8:57] the chats. That shows that one or several people in the group chat deleted the messages from their end on Snapchat, [9:04] which is why maybe they didn't offer the phone over to the parents and they actually went to a second location to try and wait out the chats, but they [9:12] panicked when a group of people showed up at their house. Let's dive in, y'all. [9:16] Before we go through it, I do want to explain my shorthand here because video doesn't necessarily mean video. I was just using that as a quick term. When it [9:24] says video, it's because this is what showed up. And if there's two question marks, then that's because this is what the text says. So, the video could possibly be like pictures, videos, etc. [9:34] And my guess is that the question marks are like voice recordings. But again, I can't be sure. Just wanted to make sure that I categorize them differently on [9:42] this. Now, on July 3rd, it's mostly DMs with one video in the super senior guys chat showing that it looked like they may have been partying till about 3:00 [9:50] in the morning. And around 7 a.m., Nolan starts getting direct messages. Don't feel like these messages are super important, so you can read them yourself. To me, it reads like Nolan was [9:58] actually meeting somebody at the McDonald's. As you can see, not a lot of activity. Then, he gets this video at about 1:22 with a lot of negative [10:06] reactions to it, saying like, "My day got ruined at 1:22." But then here's where it gets interesting for me because again, we don't know who all is in this [10:13] chat. This next part is the timing that has piqued my interest. You'll notice at 3:52 in this group chat, dot dot dot, [10:21] y'all poo. That ain't even you. I'm BS. And he got my visor on, fam. Then we get five videos, three videos, three videos, all in like a twominut uh span. [10:33] Now, if you guys remember correctly, this is right around the time of the give me my effing phone video. Makes me wonder whoever was yelling, "Give me my [10:42] effing phone," was actually yelling about this because this seems like some juvenile stuff and kind of out of nowhere and doesn't really make sense. [10:50] And I wonder if all of these videos in succession were perhaps videos of a fight starting to happen because remember how I said it was really weird [10:58] that Morgan seemed to have not been reacting to anything in the group chat? [11:02] Like there was no videos or anything in this pink group chat. Yet he says, "Sit. [11:07] Yikes. Captain, pull the BGE. One minute before that was a video in the blue chat. Then at 4:50 in the boys group [11:15] chat, there's a video and then another video at 454. 1 minute before Nolan's phone suddenly changes speed and [11:22] direction. Then we get a flurry of videos from different group chats. We get direct messages. Then at 5:18, we [11:30] get go to redacted. And then there was a message where the text was cut off. It's like the only one that I am not able to read, but that is sent at 5:20. Then [11:39] it's basically radio silence for a while, you know, right around the time everybody's over at Weird Island. This is where the timing of some of these

[11:46] messages start to get a little coincidental for me because here we have like a voice note literally a minute after Nolan's phone returns to Jax's [11:54] grandparents house, aka the video that we just have all seen. Then in the group chat, a video is sent at 6:36, the exact [12:02] time that the Triton leaves Jax's grandparents house again. Then there's a couple chats, a couple videos, oh, within a 5 minute time frame here. Then [12:10] in the seniors group chat, there's a video at 7:14, followed by a video at

7:19, which is the same time that the Triton arrived at the boat launch, [12:18] followed by a message, please move your truck out of my driveway, along with another video at 7:21. And at the same time, Nolan's phone leaves the boat [12:26] launch at 7:29. What's our game plan, boys? Which tells me that somebody who had Nolan's phone sent that because they [12:34] got into a vehicle and they were doing it at the same time as they were leaving. At least that's my theory on that one. That's the first pink group [12:42] chat that we've seen since the goto blank and the text that gets cut off. [12:46] And as you notice, nobody seems to respond to that. We get a video, a voice note, and a video in rapid succession at 7:53 talking again about somebody's [12:55] brother is pissed because there's a truck in the driveway, meaning it had been half an hour since they first told someone to please move their truck. They didn't know whose it was, it seemed [13:04] like. And instead of addressing this truck situation, somebody then messages 2 minutes later, "Buh, where were y'all when you got in a fight? MF are pressing [13:13] charges on me now and he swung first." Now, y'all might remember Tristan from his Tatum interview kept saying that the other guys swung on him first, which [13:21] makes me think that that's who's talking right now. So, not only does it seem like there were definitely more people involved in the fight, but why are they bringing it up now? And isn't Tristan [13:30] supposedly at home sleeping right about now? And once again, this question doesn't get an answer. You get answers to where is everyone? Is everyone going [13:39] to Ava's house? I'm assuming that says Ava's house. We at Redacted. Then suddenly we get I have a ton of shirts and stuff I'm going to bring to blank. [13:47] And at 7:58 1 minute before the last data point at Jerry/Wyatt's house of the Triton says me and Blank on the way to [13:56] Blank House. We waiting. I My mom bringing us. Whose mom is bringing them? [14:01] Is that Wyatt's mom bringing him and Warren back? I don't know. With these names dedacted, it's making it a lot harder for me to do my job. Now, I do [14:09] think this HWO might have just been an autocorrect thing and this actually says, "How do y'all have my car?" But it might just be, "Do y'all have my car? I [14:18] What?" Then someone says, "Hey y'all, come to mine right now. Then we can go out." Like, that sounds like they're telling the group, "Get to my house [14:26] now." But then we find out that someone drove someone else's car. I think this hell no was a response to come to my [14:33] house. WTF was a response to I just drove your car. And then someone said, "Hey, get some gas in her." She low and [14:40] then come. Then someone says, "Come to your house." Blank dead ass, y'all. Come move your vehicles right now. Video. [14:46] Like, no My brother is pissed and I'm about to get pissed as well. [14:50] Video. Video. Move your vehicles. Move your vehicles now. So effing pissed. [14:54] Done with this Like actually. Then three videos, two more videos. This is effing ridiculous. Now, it sounds to me whoever left their vehicle in the [15:02] driveway might have taken someone else's vehicle to get Taco. I assumed that this was going to be like a Taco Bell or something, but it turned out just down [15:11] the street from Jax's place is a Taco Sombrero. But if they were just going down the street to get Taco, why is it taking them 40 minutes to move their [15:19] vehicle? And do we think it's a coincidence that they tell the person to get gas and then Nolan's phone stops at a gas station 50 minutes later? Maybe, [15:28] maybe not. Now, 1 minute after the this is effing ridiculous whole move your stuff out of my driveway thing happened. [15:34] One minute later, we get a video in the pink group chat, which is just the boys. [15:39] Hey, anyone seen these olakis? And as soon as it's sent in that group chat, a video and did anyone see these flops? Is [15:48] sent in the super senior's chat to which someone said yes at 8:16. And then at 8:22, we're at whose boat were they on? [15:58] And then one minute later, Nolan gets a direct message with some sort of voice note. Wasn't it weird that somebody said, "Yes, I saw them." And then never [16:06] answered the question of where they were at. Then immediately Nolan gets a direct message with a voicemail. Now, how much do we want to bet that they realize they [16:14] didn't know where his shoes were cuz at this point, it seems to me that only a couple people are privy to what happened. That's why there's some anger [16:21] and some freaking out, which is a stark contrast to the way that they're talking later on, which is why their love fest feels performative and alibi building [16:29] and Now, 3 minutes after Wyatt's phone leaves Wyatt/Jerry's place, suddenly we get a

direct message video. In fact, it's almost an hour [16:37] before a single other message comes through. There's a direct message at 9:39 saying, "Where you at?" or "What you on?" which is 20 minutes after [16:45] Treyston says that he gets his first call from Warren that he missed because he was asleep. This is the first time anybody tries to seek him out, at least [16:54] through text. Then one minute later, he gets a message. You're right. Keeping in mind that the last message in that group [17:01] chat was about the flops. So, it doesn't make sense. And it's literally an hour and a half later. So, right there feels like there are messages missing. Now, [17:09] according to Warren, at about 10:00 was when the group noticed that Nolan was missing with Wyatt being the first one to point it out. And we get the first [17:17] direct message saying, "Where the f are you?" at 10:20. 9 minutes later, there's a video, "Are y'all out there?" Two more [17:24] direct messages, yo. And a voice recording, and then that's it. What sticks out to me about this is you'll notice that they never asked the group [17:32] where Nolan was. In fact, neither of the group chats were asked about Nolan. Now, why wouldn't that be the first thing you would do to try and contact everybody [17:41] quickly? And in like a casual, we're not throwing up the alarms yet kind of way. [17:45] The only reason I can think of why you wouldn't message those group chats is because all of those people were with you. They were all already at the same [17:54] house. Which is why I don't think it's a coincidence that all of the sudden at 11:07, the exact same time Warren is calling Christine Wells, that suddenly [18:02] the group chat starts talking and everybody already seems to know the situation. So either they individually called all of these people, they just [18:10] happen to all psychically start communicating with each other publicly about it, but then they only talk in this group chat for 2 minutes. It seems [18:17] pretty clear to me that they're trying to set things up. Then they talk about friends pulling up and didn't get anywhere. and they immediately said that she's lying or the girls are lying. It's [18:26] not making sense. And in fact, you may notice that all of the group chats seem to go silent after that. Now, Nolan suddenly gets flooded with a bunch of [18:34] direct messages of people trying to find him. I think it's pretty obvious to me that these are probably some of the people that pulled up at the house because all of that group would know [18:42] that his phone was not on him. So, none of these direct messages are probably from them. And those messages really start to come in after 11:57, which is [18:50] when the unrecorded data on his phone happens from 11:57 to 3:09. Yet at 12:59, there is a message directly to [18:58] Nolan that says, "It says you were last active 30 minutes ago, but your location stopped 12 hours ago." Now, isn't that [19:05] interesting? Because that would be half an hour after the unrecorded data time frame started. Why is his Snapchat [19:12] saying that he is active at the same time Warren gets a call from the Coast Guard, which lasts two minutes, and then he goes back to his buddy's house? Cuz [19:20] remember, his phone data was not recording anything. So, I don't think it's a coincidence that 1 minute after somebody notices that he was active on [19:28] his Snapchat that Christine called Warren and they spoke on the phone for 2 minutes because my guess is that's when she got suspicious and everybody rolled [19:37] up to the house. I have a feeling she didn't let them know that they were coming so that they couldn't be doing any tampering like they were trying to do. Mind you, in the boys group [19:45] Snapchat, the last group message that we get is this one where Nolan, where the f are you dog coast guards on the search [19:52] for you, man. Don't you think if a bunch of people just came into your house and demanded phones and everybody was acting weird and crazy and aggressive, blah blah blah, then maybe you might want to [20:00] clue people in on that in the group chat. No, nobody's talking about that. [20:04] Well, maybe that's because all of them were still there at Jax's place. Because remember, Javvon's mom said that there were about 15 people there just watching [20:12] TV, sitting in the dark as if they were hiding because honestly, I think they were going to try and keep the phone until all of the snaps were expired, [20:21] which is why they tried to hide the location. and I can't find it right now, but in another group chat that's clearly not with these guys. Someone who was clearly with the group that went over to [20:29] Jax's house that night said that somebody redacted started crying when they started asking questions. Okay, quick check-in. Everybody still with me?

[20:37] We all still good? Cuz now we're going to move on to the next morning where we see a dramatic shift away from the super senior's chat over to the super senior [20:46] boys chat. Now, starting at 6:15, someone in the Super Senior Boys group chat says, "Has anyone seen Nolan yet? [20:53] Just heard about it, who he ride back with, which is again why it's weird that they didn't say anything in either of the group chats about Nolan being [21:01] missing." An hour and 15 goes by, nobody says anything, and right around the time Warren claims that he's woken up by his stepdad, we get any word. 45 minutes [21:09] later, I think I take our boat out there today. Anyone want to come out with me to look? Obviously, not anything else. [21:15] Yes, I would. Someone got to have intel, man. And then someone else says Nolan's parents are out there right now. How does this person know that Nolan's [21:23] parents are out there? Unless the coach that took them out there clued someone in. Then we start getting into Katie talk and the tone has definitely shifted [21:31] at this point. Who are they talking about when they say Blank is missing? [21:34] Remember in that interview, Christine said that Warren was the one who told her that Katie was missing? Some boof ass chick. Lovely. Blank is the girl he [21:42] was talking to. Then someone says, "She is not missing." And everybody just glazes over that. Last time I saw him was when he was talking to that girl. [21:49] Dude, I'm scared. Has she responded to anyone yet? He's got to be with her. [21:53] Could he have gone to the north side alone with her? Nobody on Blank's boat could get in touch with her. Or could they have rode home? Now, here we get a little interesting bit of information [22:02] which explains why they didn't go back out that night and maybe drop off the body because someone says, "Thing is if he's out there, there's definitely people who stayed the stayed overnight. [22:12] I don't think they would have let him get stuck out there. So, the island was occupied all night. That explains it. So many people that you could have asked to [22:21] give a ride to the shore. That's what I'm thinking. If him and that girl are both missing, they're both definitely together. But where? I think he's with that chick in Moss Point. Somebody asked again how y'all know she's not missing. [22:32] She is. Blank said she rode back with him. I thought, oh, isn't that interesting? Somebody said that they rode back with him. Call her. What's her [22:39] snap, bro? How did she rode back? and Nolan didn't get a ride. We need to ask that girl. Yeah. No way. They haven't spoken to her. What's the girl's name? [22:47] Think blank. No last name. Blank or some Now, it seems to me like they are turning on this girl for no reason, even though they seemingly don't even know [22:55] her name. They're claiming that she is missing. And they are assuming that she left him there. Why is everyone assuming that he didn't get a ride back at all? I [23:03] would be thinking, did he get into a car accident and people haven't found him yet? I would be thinking, did a boat sink since, you know, their boat almost [23:11] sank the day before. In fact, my first reaction with everybody drinking and it being Fourth of July would be that route. Which is why I'm glad somebody [23:19] chimed in and said, "I talked to her this morning. She already talked to Nolan's parents and the cops." When she last seen him walking back to Blank's [23:27] boat, what' she say? What she know about it? She's main person to know anything right now. So, no, she was never missing. She already talked to the [23:35] parents and the cops. And it seems like her story has been the same from the beginning. The last she saw Nolan, he was walking back to their friend's boat. [23:42] So why are they saying she's the main person to know anything? And just the way that those sentences are phrased, it sounds like they're trying to dig up the [23:50] information that she knows to try and match their story to it. Now at 9:18, someone says, "My dad's taking the boat out right now." Someone else says, "We [23:57] are too." Which happens to coincide with the timeline that Tristan gave us when he went out on the Palm Beach with Wyatt, his girlfriend, and Morgan. What [24:05] I also find interesting is that my dad's taking the boat out, not we are. [24:10] Remember how Warren said that his dad texted him and his stepdad walked in and he's like, "We're going to go look for him." Why do I get the feeling that Warren didn't go out there? Now, the [24:18] last message in this group chat is at 9:20. At 9:32, the Triton's GPS was powered on. My educated guess is going to be that this is when they reached out [24:27] to Wyatt the first time and he powered on the GPS and gave them those wrong coordinates. Remember? Then 20 minutes later, the GPS was powered

on question [24:35] mark again and moved only 52 ft. Then it seemed to be turned off and then powered on again. I find it interesting that again there's no messages during this [24:44] time, but then just 3 minutes after this, somebody starts messaging in the group chat again saying, "Have y'all contacted the police? Anyone on the boat [24:52] that he rode out there on with the information y'all have?" Yeah, the police and DMR and Coast Guard know about it. Then at 10:00 a.m. there are [24:59] those three failed drone launches. And at 10:19, someone asks, "Is anyone going to Horn? My dad is out there now and hasn't left." Then there's a video. I want to help. I'm on my way home. [25:10] is awful, bro. Then the GPS is powered on again. And at 10:30 is when Freeman requests Officer Sheay to bring their drone out to the island. Now, suddenly [25:18] at 11:00, we've got some new information. Someone at DMR said that Blank Girl saw someone on a boat screaming for Nolan to get on before [25:26] they left. Did he get on? He said it might have been Mr. Blank. I don't think so. So clearly someone's dad was talking [25:33] to DMR on the island. Weird that they're just handing out that information to anybody who seemingly asked them. It was DMR saying that somebody else said that [25:41] somebody else may have been a person yelling at Nolan to get on the boat, which again, nobody corrects anybody in this conversation and claims that it was Wyatt. So either they're covering for an [25:50] adult here and incorporated that into their story or changing their story based on the information other people have given the cops. Because in fact [25:59] almost 40 minutes later somebody finally responds to that saying no he came out and was hanging out with us and was [26:06] around us. He never disappeared with blank when it was time to leave around like 6:00. He got off his boat with this other guy and started walking back to [26:15] the other boat. That is what redacted said. Um that's a weird reaction because clearly this is a copy and paste from someone else. Like why do you sound [26:23] disappointed in this? Then they ask, "Did somebody recognize this other guy?" Now, remember how Tristan specifically said in the interview that 11:50 was [26:32] when they stopped looking? And remember how at 11:55 was when Freeman called onto the home base saying, "Hey, we need to talk to this Laney girl and this Drew [26:41] guy and this Jacob guy." Well, at 12:51, no. Drew is trying to figure it out. [26:46] This confirm was it a black guy or a white guy? By the way, love that this is basically confirming what I said about the boys being the one to tell Freeman [26:55] about these people because they were desperately trying to get them to focus on anybody but them. Which is evident when someone once again said he's got to be hibernating somewhere. Really? [27:05] Someone said Blank was acting weird, too. It sounds like someone else was calling out the BS in response to this video because they say, "I'm confused [27:12] how you don't know what if this guy looks like, but you saw him." Then it's redirected to thousands of n-words down there on that damn island and nobody [27:20] knows who he was with. BS. I'm about to talk to Mr. Blank right now. Yeah, bro. [27:25] We effing left at 4. Weird for that to just be thrown in there. Blank and them were at Petite Boy, obviously talking about Laney and her friends. Yeah, they are getting information from Redacted. [27:36] They weren't actually there, I don't think. So, it seems like they thought Laney was there. Tried to throw her under the bus. You would think that her boyfriend Drew would have told his [27:44] friends that she wasn't on horn that day. But then this is where it gets even weirder for me. Immediately they pivot to anyone been able to get in touch with [27:52] blank. Him and his dad are off the grid, bro. I texted him earlier. No response. [27:57] Same here. Me and my dad have been trying to get a hold of his dad for hours and nothing. Now that seems weird to me. The group chat seems to agree [28:04] when even asking, "Are they racist at all?" I wouldn't think so. hearing tons of stuff that could be true about some people out there. You never know. This [28:12] shit's weird. But with all this suspicious behavior from a lot of people, this is really weird. And again, I would like to point out at this point [28:19] that nobody is even hinting or whispering at the possibility that he might have drowned because it sounds to me like the guilty conscience was trying [28:28] to come up with a different route to go down. Never even thought to make it look accidental because him drowning out there wouldn't make effing sense. Now we get a group chat change, y'all.

[28:39] Literally the first time someone is talking in that particular group chat since the 11:07 group chat from the [28:47] night before. Yeah. No look on the island. Officials got that island covered miles out to air support. The people walking the dunes. He got to be [28:55] schlup somewhere. It's already noon, though. He might have got drugged or something, dude. OMG. I've woken up for [29:02] work before 7 am and he was still up from the night before on the couch and went to bed and woke up much later that night. So that's what I'm hoping. So again, nobody is thinking car accident. [29:13] Nobody is thinking something along those lines. They now have jumped to he might have been drugged. That's where a woman's mind might go. But a bunch of [29:20] teenage boys, no, they're [snorts] they don't think their missing friend is getting drugged. Now we're switching back to the pink chat. Link said that [29:28] Nolan wasn't ever planning on writing back with them. You got to figure out whose boat he was planning to get on. Yeah, but no one knows anything. [29:35] Someone's got to know something. I don't like this at all. Can't even imagine how y'all are feeling. Keep praying for our guy. Again, I find the phrasing of that so weird. We got to find out who he was [29:43] planning on getting on the boat with, not whose boat did he get on. Blank also said that his girl was passed out around 6, but said that she saw him with other [29:52] people around that time. It's always the Chuds. Yeah. So if that's the witness that saw him on the island after 6, [30:00] someone who was so intoxicated that they were passed out drunk by 6 and that they saw him around that time. Not exactly a [30:07] star witness there because I don't know anybody who passes out drunk and is coherent the hour before that. Then it [30:14] switches back to the gray chat. Y'all check y'all's memories and camera rolls if you took video or pics and see if you can see him in the background of [30:22] anything. He's in the background of all my pics, but that was at 12 to 1. See if he was talking to anyone we don't know. That's weird. Why would that matter? [30:31] Yeah, see if he was talking to that girl. Why are we back on Katie? And even the person says it's just with y'all. [30:36] It's just pics like that. Him in the background with y'all. It's in the back of a video, but it was at 12:39. All I got. Yeah, it's all like one. Nothing [30:45] past that. Yeah, same. Was that drone that kept flying above us the whole time? Do we know whose that was? No. [30:50] Good point, though. First off, why haven't we seen any of those pictures publicly? And isn't it a little weird, y'all, that nobody had him in any videos [30:59] or pictures past one? The threeboat Snapchat video with him in the background was taken at 155. Now, the conversation is going to jump back to [31:08] the pink one. Starting right around the time that MDMR is doing their knock and talks, starting with Kendall. Blank's dad is next to my house right now. Yeah, [31:16] apparently he lost his phone or some I'm talking to Blink right now, but he said he never said he was gonna go on his boat or never asked at all. [31:23] Now, at 2:15, we go back to the gray chat and someone asks, "Does someone have his phone or his snap login?" Not, "Did they find him?" And why doesn't [31:32] this person know at this point that the phone is now in the possession of the parents? But someone says, "His mom has his phone." Then someone says, "I [31:40] redacted have his login." Oh, okay. But right there, we know that somebody in this group did have his Snapchat login, [31:47] which is why Andrew Garrett chose his words very carefully when he said nobody deleted anything from his phone, but that conversations were deleted. Goes on [31:55] to say, "Because it keeps saying he is active. It says he is active at his house. It's his parents. I think it's his mom." Then at 2:37, someone says, [32:02] "Sheriff's office just called me." Yep, same earlier. They're probably going to call all of us. Whatever gets him home fastest. Yeah, this is going on about [32:10] the same time that there's the knock and talk at Drew Johnson's house. Now, in the MDR report, it said that they did not get a hold of Drew Johnson, though, even though Drew Johnson was clearly in contact with everybody at this time. [32:21] Now, mind you guys, at 3:09, MDMR goes to Singing River Hospital, which is where Ben Hudson works. At 3:05, [32:29] suddenly they're messaging again saying, "Do any of y'all remember those real sketchy looking guys behind us in two boats?" I mean, like, yeah, the one that [32:37] looked like blank. Maybe. Apparently, the guy who's real skinny, the ones that were right behind us. Yeah. One was black, one was white. Apparently, those [32:44] guys were felons or some At least one of them. And they were there

when we were all gone. Really? You for real? [32:50] Yes, they were. My dad had to walk this lady to her boat because she knew one of them. All right. So, we've got confirmation that another dad was in the [32:59] area and around their boats. Sheriff talking to my dad said something like, "You wouldn't want to be alone with them, especially when you're really drunk." What the There were so [33:08] many people out there. I don't know if they could have even done they just said to and stuff for info. Wonder if that girl knew them. Bringing it back to [33:16] Katie for some reason. Yeah, who the was that girl? Which has already been explained several times at this point who the girl was. She was so ratchet. Like, do we have her number? [33:25] There's something really fishy about her. Yeah, she was weird. Remember, Katie is really good friends with like Laney and Kendall and Naa. It just seems like they are trying to keep the focus [33:34] on her for some reason. Probably because she's the only one that's directly connecting Nolan to going back to their boats. But they continue on. Yeah. She [33:41] rode out on Blank's boat and he even said he didn't know her and it was the first time meeting her. They need to like pull her in for questioning. Yeah. [33:48] Again, it had been confirmed by this point that she had already talked to the cops. Now, we get another about hour break in between the messages. And [33:55] according to MDMR's report, at 4:20 they made contact with Wyatt's mom, Jennifer Peron. Said that she already spoke to [34:02] the sheriff's office, but that they'd be happy to help. Fully willing to cooperate. So, I'm sure it's just a coincidence that at 4:18 some sort of

[34:11] voice note or whatever gets sent to the group. Someone said, "Who sent that?" Then another video. Dead ass. Everyone be safe. The private investigator. [34:18] is that? Like, really? Yeah. Our friend group is really getting blasted on FB. [34:23] Just don't read that BS or be running your mouths because people will make an inch turn into a mile. Turn off your [34:30] locations, too. They've been showing up at people's houses. Okay. No one say anything to anyone. Don't talk out of our friend group to anyone. End of [34:39] story. This is insane. Agreed. I blocked the number that was spam calling me. [34:43] Now, do we think it's a coincidence that all of a sudden they're starting to freak out once the cops talk to Wyatt's mom again? I am dying to know what this [34:52] private investigator said that spooked them so much. But then we get another video and someone says, "Looks like Nolan. Is that Nolan and that girl?" At [34:59] 4:34, we left the island 437. Just a possibility. Voice note. Voice note. Now at 4:50, we know that the cops showed up [35:08] and took a picture of the GPS on the Triton. And 15 minutes later, somebody in the group chat says, "Are we sure that's Nolan on the jet ski?" I didn't [35:16] see it. Did y'all? Oh, so there's a picture of Nolan maybe on a jet ski with a girl. And once again, isn't it funny that they're reiterating the exact time [35:24] now that they left the island? Clearly going from the time that Morgan sent that yikes text. And then once again, instead of answering the jet ski [35:31] question, they pivot and say, "I love y'all so much. If anyone needs a place to go to, my house is always open. If y'all don't want to be by yourselves." 2 [35:38] minutes later, somebody says, "I'll come by tonight." That feels like they need to get together and compare notes because then we hop back over to the pink text messages. any of the guys that [35:47] will be in town tonight, I think we should all go to blanks later and just say a few prayers. I won't be there. [35:52] Love you guys. Right back at you. Then an hour and a half later in the gray Snapchat conversation, somebody says, [36:00] "We need to go pray. Let's go to blank tonight." Yeah, I wrote out a little prayer I can read out for us. This at the same time in the pink group chat [36:09] where someone says, "The police just called me. They've called everyone. I had to give them your name. All good." Yeah, that praying thing. That sounds [36:17] like a cover to me. That sounds like a little code they worked out. Also, why would they be reluctant to give someone their name? Gray Snapchat, what time do [36:24] y'all want to go? Same time in the pink one. And asking for times and I told them I didn't have my phone for most of the day, which is true. I don't [36:32] know how they want me to tell them the time when I'm in the water and Again, why do you have to put the modifier in there that what you're saying is true? Remember when Warren did [36:41] that in the interview, too, when

he was like, "I thought Nolan was wearing black shorts." which is true. Implying that things they are saying are not true. We [36:48] are just trying to find Nolan. So be as cooperative as possible. I was 7:30 people carpool. Clearly responding to their prayer get together. Why do they [36:57] need to carpool? Because they go on to say you can all park at Freedom Field and I can pick people up from there. [37:03] Okay, sounds good. I'll be there like 7:45. So can y'all please wait on me? [37:07] Now at 7:04 is the last message we get from the gray group chat. So, I'm really curious why at 10:00 they start saying, [37:14] "Don't respond. Ignore it. Don't respond." Once again, that feels like proof that there is missing parts of this conversation. Then, nothing else in the gray chat for the rest of the night. [37:22] The pink chat then says, "I love you, boys. Man, we're going to get through this. Love you, dude." Weird that the focus is on them and not Nolan. And [37:30] before I wrap it all up with the July 6 messages, just a reminder that if you like what I do and want to appreciate me, find that info in my bio on TT or in [37:38] the description if you're watching this on YT. Now, remember that Tan said that he was up all night and that by 6:00 a.m. he was putting fuel in his boat to

[37:45] go back out. 6:00 a.m. is also when the Cinjun Navy arrived that morning and they put their search vessels in the water with their last one being deployed at about 8:00 a.m. And remember [37:53] Tristan's story was that he was going to take his boat out, then got a call from somebody that they were going to go on their boat. And so then he went to [38:01] McDonald's and then that's when he got the news. Now I've always suspected that Ton because he admitted to being up all night was the one who took his body out [38:09] to the island and dumped it probably with other people. And so I believe that this was probably him responding at 6:15. Same probably waiting to respond [38:18] until he got back on land so as to not arouse suspicion. At 8:45, Sheriff Led Better confirmed that they received a [38:24] call about a body. But about 15 minutes before that public announcement, some sort of voice recording message is sent to the Grrey Group. I'm going to go [38:33] ahead and use an educated guess and say that somebody was privy to that information before it was public. One responds with, "Love you all so much." [38:41] And as Lead Better is making this public announcement, someone says, "As the ship picks up more online, we really got to keep our head straight." Um, no you [38:49] don't because you're supposed to be grieving for your friend and not worrying about keeping it together. A couple of us are going back out today. [38:55] We will keep you all updated if we hear anything while out there. Real report what you can for harassment so they can't text you anymore. After Sheriff [39:04] Led Better talks about there being a body found on the island, an unprompted message we've all seen by now, but I don't know if we will, but if anyone [39:12] does, just a little advice. We get called in for questioning that the smart move is to ask for an attorney, and that doesn't mean we're guilty. It's just smart so we don't get played by some [39:21] biased cop. I'm already here. I'm thinking that that was actually a response to a couple of us are going back to the island today because that [39:29] makes more sense to me. And as we've seen, they keep jumping back and forth between these two conversations and they might be getting them confused. I've already touched on the they got him and [39:38] how that's not how I definitely would have put that. And just the response to that news is so bizarre. Talking about how they all love each other and how [39:46] their friend group is so special. Keep y'all's head up. Then we get another y'all can come to my house. That sounds like they are trying to get people [39:53] together again to like compare stories because they know shit's about to get real. And it seems like some of them very quickly have switched Nolan to past [40:02] tense. Only one person in the group is still using it in the present tense. By 11:00 a.m. the body was taken to the coroners. And by 11:30, instead of [40:11] mourning their friend, they're sending each other all of the nationwide news coverage. And once again, we get a huge time gap in between the last messages. [40:20] Even though this message was written in a different group chat at 10:00 a.m. [40:25] Suddenly, everybody seems to start responding to it in another group chat after 700 p.m. Same. Yes, of course. Me, too. Me and Blank almost there. Same. [40:35] I'm on my way, too. You're telling me they all just read it at the same time and they

all decided that that was the time they should come over without [40:42] checking? Nope. This just to me is more proof that they were deleting messages and their next exchange isn't for another couple of hours when they start [40:50] talking about all of the people in their DMs. And you know what? On the surface, when you read these Snapchats, it might seem innocent. It might seem like these [40:58] boys are trying to just figure out what happened. I could see it fooling some dumbass Gen Xers. Hell, maybe even some of us millennials. But you know what I [41:06] have noticed is missing from these conversations? Notice how nobody talks about the fight. There's one comment about it and then it's never talked about again. The person that they got [41:14] into a fight with isn't considered a suspect. Y'all didn't even try to like figure out who that person was because remember Tan said that he kind of knew [41:21] the guy or he knew of him. Yet, he didn't seem to come up in the conversation at all as a possib possibility. And not once do they mention anything about the boat sinking [41:30] or being pulled out or any of that stuff. If we're going to go deep, let's go deep. Two years ago, I lost a close friend of mine very suddenly, very [41:38] mysteriously. We didn't find out how she died for a year. Her tissue samples and her toxicology got lost. Her landlord had noticed that she hadn't walked her [41:47] dog in 2 days and opened her apartment to check on her. And it was all just very weird. And even though she was living in California at the time and I [41:54] was on the other side of the country and even though I hadn't even seen her in several years, I blamed myself. For some reason, when you are experiencing a [42:03] sudden traumatic grief, one of the first things your brain will try to do is blame yourself. And what I haven't seen [42:10] an ounce of in any of these messages is any survivors guilt. There's no anger or blaming each other. Even though a whole [42:18] ass boat left him behind, nobody's mad at each other. Nobody is mad at themselves. Nobody asks if the family is [42:26] okay. Nobody asks if anybody's been in contact with the parents. And I can't help but wonder if they were just going to never let his body be found because I [42:34] think after people started suspecting them and after the police started questioning them that suddenly they needed to go have a little prayer [42:41] session and carpool there that they realized that they needed to have a body for people to find. But they figured with whatever connections they all had [42:50] that if the body was found on Horn Island, they would just assume it was a drowning. But that's what I've got so far, folks. I'll keep y'all updated as I [42:57] plot out more Snapchats. I just know more information and more bombshells are definitely going to be trickling out as the weeks go

## EXHIBIT C – STILL IMAGES FROM DEFENDANT'S YOUTUBE VIDEOS

Still frames captured October 5, 2026, from the videos identified below, at the time marks shown.

### EXHIBIT C-1: September 24, 2026 video (Ex. B-10) at 0:22



**EXHIBIT C-2: September 24, 2026 video (Ex. B-10) at 0:30**



**EXHIBIT C-3: September 6, 2026 video (Ex. B-5) at 6:18**



**EXHIBIT C-4: September 6, 2026 video (Ex. B-5) at 6:26**



**EXHIBIT C-5: September 6, 2026 video (Ex. B-5) at 11:30**

