IN THE COUNTY COURT OF JACKSON COUNTY, MISSISSIPPI

**BENJAMIN WARREN HUDSON, JR.**, a minor,
by and through his parent and next friend,
DR. BENJAMIN HUDSON

**CARTER HUDSON**, a minor,
by and through his parent and next friend,
DR. BENJAMIN HUDSON

**ELI JAX PITALO**, a minor,
by and through his parent and next friend,
GEORGE "TRAE" PITALO, III

and
**MORGAN SEYMOUR**, a minor,
by and through his parent and next friend,
MICHAEL SEYMOUR

PLAINTIFFS

VERSUS

CAUSE NO.: CO-2026-22,153

**JENNIFER M. SUSHKA a/k/a "JAY MEGAN"**

DEFENDANT

**TO:** **JENNIFER M. SUSHKA a/k/a "JAY MEGAN"**
**1822 16th Avenue**
**Moline, IL 61265**

**Or**

**Wherever she may be found**

# SUMMONS

## NOTICE TO DEFENDANT(S)

**The Complaint which is attached to this summons is important and you must take immediate action to protect your rights.**

You are required to mail or hand-deliver a copy of a written response to the Complaint to **Hon. Tyler Cox**, whose address is Post Office Box 0006, Pascagoula, Mississippi, 39568-0006. Your response must be mailed or delivered within 30 days from the date of delivery of this Summons and Complaint or a judgment by default will be entered against you for the money or other things demanded in the Complaint.

You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

Issued under my hand and seal of said Court, on this the 7 day of Oct., 2026.

RANDY CARNEY, CIRCUIT CLERK

(SEAL) CIRCUIT COURT JACKSON COUNTY, MISS

BY: [signature] ,D.C