# In The County Court of Jackson County, Mississippi

Benjamin Warren Hudson, Jr., et al. ,
Plaintiff(s),
vs.
Jennifer M Sushka a/k/a Jay Megan,
Defendant(s).

CASE NO.: 30CO1:26-CV-22153-MW

For:
North Shore Legal Services

## AFFIDAVIT OF SERVICE

Received by Meador Investigations, to be served on:

Jennifer M Sushka a/k/a Jay Megan, 1822 16th Ave, Moline, IL 61265.

I, Nicholas R Bull, being first duly sworn on oath, depose and say the following:

I Served, on October 23, 2026 at 11:32 AM the within

30 Day Summons and Complaint in accordance with state statutes in the manner indicated below:

**INDIVIDUAL SERVICE:** Served the within-named person.

**At 1822 16th Ave, Moline, IL 61265.**

Description of person accepting service:

| Sex | Skin | Hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Caucasian | Black | 35-45 | 5'06" | 180 |

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

SERVED BY: ____________________
Process Server Number: 129-223218

Signed and sworn to before me on
this 26th day of October, 2026.

Suzannah J Spears
Notary Public

*585885*

OFFICIAL SEAL
SUZANNAH J SPEARS
Notary Public, State of Illinois
Commission No. 1028976
My Commission Expires
April 01, 2030